**Milwaukee Reptile Inventory**

Revised 16 June 2010. The snakes inventoried at Lake Tower DNS have been added. There was no animal given MADACC # 37, and a previously uninventoried dead snake has been added, thus the total remains 212, of which 210 were removed.
Bronx Zoo (WCS) #s have been added for the Chinese alligators, with one being from the Talinn (Estonia) Zoo.

identifications by Gregory C. Mayer (1,2), Craig S. Berg (3), Jay Christie (2), Robert W. Henderson (4), Robert Carmichael (5), Sean M. Murphy (1), and William Zeigler (6)

[1] Dept. of Biological Sciences, University of Wisconsin-Parkside, Kenosha, WI 53141 [2] Racine Zoological Society, 200 Goold St., Racine, WI 53402 [3] Milwaukee County Zoo, 10001 West Bluemound Rd., Milwaukee, WI 53226
[4] Vertebrates, Milwaukee Public Museum, 800 W. Wells Street, Milwaukee, WI 53233 [5] Wildlife Discovery Center, Lake Forest, IL 60045 [6] Brookfield Zoo, 3300 Golf Road, Brookfield, IL 60513

**Amphibians**

| MADACC # (Lake Tower DNS) | MPD evidence # | MADACC registration # | Common name | Scientific name | Size | Sex | Condition | Where inventoried | Other |
|---|---|---|---|---|---|---|---|---|---|
| | IB 1 | | tree frog | *Anura (gen. et sp. indet.)* | 35 mm | | | MADACC | |
| | | | tree frog | *Anura (gen. et sp. indet.)* | 60 mm | | | MADACC | |

**Turtles**

| MADACC # (Lake Tower DNS) | MPD evidence # | MADACC registration # | Common name | Scientific name | Size | Sex | Condition | Where inventoried | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | Gibba turtle | *Phrynops gibbus* | 180 mm | | | MADACC | head width 36 mm; carapace and head by calipers |
| | B 26 | | Twist-necked turtle | *Platemys platycephala* | 15 cm | | | MADACC | |
| | A 2 | | Common snapping turtle | *Chelydra serpentina* | large adult | | | MADACC | |
| | K 1 | | Common snapping turtle | *Chelydra serpentina* | 9 cm | | | MADACC | |
| | K 7 | | Common snapping turtle | *Chelydra serpentina* | large adult | | | MADACC | |
| | K 9 | | Common snapping turtle | *Chelydra serpentina* | 9 cm | | | MADACC | |
| | K 10 | | Common snapping turtle | *Chelydra serpentina* | 9 cm | | | MADACC | |
| | K 13 | | Common snapping turtle | *Chelydra serpentina* | 11 cm | | | MADACC | |
| | | | Common snapping turtle | *Chelydra serpentina* | 11 cm | | | MADACC | |
| 1 | | | Alligator snapping turtle | *Macroclemys temminckii* | 60 cm | male | rust stained | Lake Tower DNS | total carapace length 69 cm, width 55 cm |
| 2 | B 30 | | Alligator snapping turtle | *Macroclemys temminckii* | 20 cm | | | Lake Tower DNS | |
| 3 | | | Alligator snapping turtle | *Macroclemys temminckii* | 40 cm | | | Lake Tower DNS | |
| | B 29 | | Alligator snapping turtle | *Macroclemys temminckii* | 22 cm | | | MADACC | |
| | A 1 | | Alligator snapping turtle | *Macroclemys temminckii* | 21 cm | | | MADACC | |
| | IB 13 (?) | | Alligator snapping turtle | *Macroclemys temminckii* | 9 cm | | | MADACC | |
| | | | Malayan box turtle | *Cuora amboinensis* | 11 cm | | low weight | MADACC | |
| | B 27 | | Asian yellow pond turtle | *Mauremys mutica* | 13 cm | | | MADACC | |
| | D 17 | | Keeled box turtle | *Pyxidea mouhotii* | 14 cm | | | MADACC | |
| | D 21 | | Central American wood turtle | *? Rhinoclemmys* | adult | | dead (mummy) | MADACC | |
| | D 31 | | Painted wood turtle | *Rhinoclemmys pulcherrima* | 12 cm | | | MADACC | |
| | IB 9 | | Ornate box turtle | *Terrapene ornata ornata* | 124 mm | | | MADACC | interfemoral seam 18 mm (calipers for both lengths) |
| | IB 2 | | Three-toed box turtle | *Terrapene carolina triunguis* | 11 cm | | | MADACC | |
| | IB 3 | | Three-toed box turtle | *Terrapene carolina triunguis* | 12 cm | | | MADACC | |
| | K 2 | | Painted turtle | *Chrysemys picta marginata* | 6 cm | | | MADACC | |
| | K 8 | | Painted turtle | *Chrysemys picta marginata* | 12 cm | | | MADACC | |
| | IB 26 | | Blanding's turtle | *Emydoidea blandingii* | 35 mm | | | MADACC | |
| | IB 8 | | Red-eared slider | *Trachemys scripta elegans* | 11 cm | | low weight | MADACC | very pale in coloration |
| | K 6 | | Red-eared slider | *Trachemys scripta elegans* | 18 cm | female | | MADACC | |
| | K 11 | | Red-eared slider | *Trachemys scripta elegans* | 19 cm | female | | MADACC | |
| | K 12 | | Red-eared slider | *Trachemys scripta elegans* | 16 cm | female | | MADACC | |
| | K 14 | | Red-eared slider | *Trachemys scripta elegans* | 11 cm | | | MADACC | |
| | K 15 | | Red-eared slider | *Trachemys scripta elegans* | 15 cm | | | MADACC | |
| | | T086 207963 | Red-eared slider | *Trachemys scripta elegans* | 21 cm | female | | MADACC | |
| | | | Red-eared slider | *Trachemys scripta elegans* | 18 cm | female | | MADACC | |
| | | | Red-eared slider | *Trachemys scripta elegans* | 13 cm | female | | MADACC | |
| | K 4 | | Florida red-bellied turtle | *Pseudemys nelsoni* | 16 cm | male | | MADACC | carapace dark, but markings faintly visible; upper jaw notched with two cusps |
| | D 20 | | Home's hinge-backed tortoise | *Kinixys homeana* | 19 cm | | dead (mummy) | MADACC | |
| | | T224 207962 | Boulenger's Cape tortoise | *Homopus boulengeri* | 15 cm | female | | MADACC | |
| | D 39 | | African spurred tortoise | *Geochelone sulcata* | 25 cm | female | | MADACC | |
| | D 18 | | Russian tortoise | *Testudo horsfieldi* | 14 cm | male | | MADACC | |
| | D 19 | | Russian tortoise | *Testudo horsfieldi* | 12 cm | female | | MADACC | |

**Crocodilians**

| MADACC # (Lake Tower DNS) | MPD evidence # | MADACC registration # | Common name | Scientific name | Size | Sex | Condition | Where inventoried | Other |
|---|---|---|---|---|---|---|---|---|---|
| 4 | MR 1 | | Cuvier's dwarf caiman | *Paleosuchus palpebrosus* | 1 m | | | Lake Tower DNS | |
| 5 | MR 2 | | Cuvier's dwarf caiman | *Paleosuchus palpebrosus* | 1 m | | | Lake Tower DNS | |
| 61 | B 19 | | Cuvier's dwarf caiman | *Paleosuchus palpebrosus* | 1.25 m | | old hole in snout | Lake Tower DNS | |
| 66 | B 38 | | Cuvier's dwarf caiman | *Paleosuchus palpebrosus* | 1.5 m | | | Lake Tower DNS | |
| 68 | B 39 | | Cuvier's dwarf caiman | *Paleosuchus palpebrosus* | 1.25 m | | | Lake Tower DNS | |
| 71 | MR 30 | | Cuvier's dwarf caiman | *Paleosuchus palpebrosus* | 1.5 m | | digits missing right front foot | Lake Tower DNS | |
| 81 | B 15 | | Cuvier's dwarf caiman | *Paleosuchus palpebrosus* | 1.25 m | | | Lake Tower DNS | |
| 83 | B 12 | | Cuvier's dwarf caiman | *Paleosuchus palpebrosus* | 1 m | | | Lake Tower DNS | |
| 86 | B 32 | | Cuvier's dwarf caiman | *Paleosuchus palpebrosus* | 1.25 m | | | Lake Tower DNS | |
| | | | Cuvier's dwarf caiman | *Paleosuchus palpebrosus* | | | dead in trough | S. 13th St. | not seized; ID based on photo of skeleton |
| 6 | MR 18 | | Schneider's dwarf caiman | *Paleosuchus trigonatus* | 1.5 m | | a bit thin | Lake Tower DNS | |
| 18 | B 40 | | Schneider's dwarf caiman | *Paleosuchus trigonatus* | 1.5 m | | | Lake Tower DNS | |
| 12 | MR 12 | | Black caiman | *Melanosuchus niger* | 2 m | | | Lake Tower DNS | |
| 22 | B 44 | | Black caiman | *Melanosuchus niger* | 1.5 m | | snout rubbed, hind toes damaged | Lake Tower DNS | |
| 75 | MR 25 | | Black caiman | *Melanosuchus niger* | 2.25 m | | | Lake Tower DNS | |
| 69 | MR 24 | | Spectacled caiman | *Caiman crocodilus* | 1.75 m | | | Lake Tower DNS | narrow snout |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 76 | B 33 (or ?B 3) | | Spectacled caiman | *Caiman crocodilus* | 1 m | | | Lake Tower DNS | narrow snout |
| 85 | B 34 | | Spectacled caiman | *Caiman crocodilus* | 1.25 m | | | Lake Tower DNS | ssp. crocodilus or fuscus |
| 87 | B 31 | | Spectacled caiman | *Caiman crocodilus* | 1 m | | a bit thin | Lake Tower DNS | |
| 64 | MR 9 | | Yacare | *Caiman yacare* | 1.75 m | | dried algae on snout? | Lake Tower DNS | blotched jaws; no marbling on sides |
| 67 | MR 15 | | Yacare | *Caiman yacare* | 1.25 m | | | Lake Tower DNS | blotched jaws; marbled on sides |
| 72 | MR 27 | | Yacare | *Caiman yacare* | 1.5 m | | | Lake Tower DNS | |
| 90 | IB 23 | | Broad snouted caiman | *Caiman latirostris* | 60 cm | | | Lake Tower DNS | |
| 93 | IB 21 | | Broad snouted caiman | *Caiman latirostris* | 40 cm | | | Lake Tower DNS | |
| | | T381 207965 | Broad snouted caiman | *Caiman latirostris* | 32 cm | | | MADACC | in one container |
| | | T381 207965 | Broad snouted caiman | *Caiman latirostris* | 36 cm | | | MADACC | " |
| | | T381 207965 | Broad snouted caiman | *Caiman latirostris* | 39 cm | | | MADACC | " |
| | | T381 207965 | Broad snouted caiman | *Caiman latirostris* | 42 cm | | | MADACC | " |
| 19 | B 45 | | American alligator | *Alligator mississippiensis* | 2 m | | eyes inflamed | Lake Tower DNS | |
| 82 | B 4 | | American alligator | *Alligator mississippiensis* | 1.25 m | | | Lake Tower DNS | |
| | | T219 208285 | American alligator | *Alligator mississippiensis* | 70 cm | | | MADACC | briefly at Wildlife Discovery Center |
| 7 | MR 17 | | Chinese alligator | *Alligator sinensis* | 1.25 m | | | Lake Tower DNS | Trovan pit tag 00-01C7-EBF2; WCS 860180 |
| 8 | D 59 | | Chinese alligator | *Alligator sinensis* | 1.25 m | | | Lake Tower DNS | no pit tag |
| 9 | MR 8 | | Chinese alligator | *Alligator sinensis* | 1.25 m | | | Lake Tower DNS | Trovan pit tag 00-01C7-EC1E; WCS 850352 |
| 14 | MR 3 | | Chinese alligator | *Alligator sinensis* | 1.25 m | | | Lake Tower DNS | Trovan pit tag 00-004D-69EF; WCS 870189 |
| 16 | B 43 | | Chinese alligator | *Alligator sinensis* | 1.25 m | | | Lake Tower DNS | Trovan pit tag 00-01C7-C67B; WCS 800309 |
| 73 | MR 28 | | Chinese alligator | *Alligator sinensis* | 1.25 m | | | Lake Tower DNS | Trovan pit tag 00-0013-8FF5; WCS 890055 |
| 88 | IB 28 | | Chinese alligator | *Alligator sinensis* | 1.25 m | female | gravid? | Lake Tower DNS | Trovan pit tag 00-0133-39D4; "Moo Shu"; WCS 910259 |
| | | T229 207980 | Chinese alligator | *Alligator sinensis* | 1 m | | | MADACC | Trovan pit tag 00-0600-AADB; studbook # 330; WCS 980120 |
| | | T324 207981 | Chinese alligator | *Alligator sinensis* | 1.25 m | female | | MADACC | Trovan pit tag 00-0675-C288; "Moscow Sally"; Talinn (Estonia) Zoo |
| | | T862 207982 | Chinese alligator | *Alligator sinensis* | 1.25 m | male | scoliosis | MADACC | Trovan pit tag 00-0605-6CF5; "Twisty"; WCS 560502 |
| | | T800 208287 | Chinese alligator | *Alligator sinensis* | 1.25 m | | | MADACC | Trovan pit tag 00-0026-82B3; WCS 930202; briefly at Wildlife Discovery Center |
| | | T530 208286 | Chinese alligator | *Alligator sinensis* | 1.25 m | | | MADACC | Trovan pit tag 00-0013-2E63; WCS 850356; briefly at Wildlife Discovery Center |
| | | T480 208288 | Chinese alligator | *Alligator sinensis* | 1.5 m | | | MADACC | Trovan pit tag 00-0011-EBA5; WCS 870185; briefly at Wildlife Discovery Center |
| | | | Chinese alligator | *Alligator sinensis* | 135 cm | | dead (frozen) | MADACC | Trovan pit tag 00-0205-04BD; from S. Kinnickinnic Ave; at UWP; WCS 800314 |
| 10 | MR 6 | | Dwarf crocodile | *Osteolaemus tetraspis* | 1 m | | U-shaped injury on snout; eyes, feet | Lake Tower DNS | single enlarged transverse scute row on nape |
| 13 | B 20 | | Dwarf crocodile | *Osteolaemus tetraspis* | 1.75 m | | | Lake Tower DNS | single enlarged transverse scute row on nape |
| 15 | MR 5 | | Dwarf crocodile | *Osteolaemus tetraspis* | 1 m | | | Lake Tower DNS | single enlarged transverse scute row on nape |
| 17 | MR 4 | | Dwarf crocodile | *Osteolaemus tetraspis* | 1 m | | left front foot missing toes | Lake Tower DNS | single enlarged transverse scute row on nape |
| 20 | B 37 | | Dwarf crocodile | *Osteolaemus tetraspis* | 2 m | | | Lake Tower DNS | single enlarged transverse scute row on nape |
| 77 | B 1 | | Dwarf crocodile | *Osteolaemus tetraspis* | 1.25 m | | | Lake Tower DNS | single enlarged transverse scute row on nape |
| 80 | B 2 | | Dwarf crocodile | *Osteolaemus tetraspis* | 1 m | | slight eye infection | Lake Tower DNS | single enlarged transverse scute row on nape |
| 58 | MR 21 | | American crocodile | *Crocodylus acutus* | 1.75 m | | | Lake Tower DNS | |
| 62 | MR 19 | | American crocodile | *Crocodylus acutus* | 2 m | | strongly upturned snout | Lake Tower DNS | |
| 60 | MR 22 | | African slender-snouted crocodile | *Crocodylus cataphractus* | 2 m | | slightly upturned snout | Lake Tower DNS | black above, white below; snout narrow but short |
| 63 | MR 20 | | African slender-snouted crocodile | *Crocodylus cataphractus* | 2.5 m | | | Lake Tower DNS | |
| 70 | MR 31 | | African slender-snouted crocodile | *Crocodylus cataphractus* | 1.75 m | | | Lake Tower DNS | |
| 78 | B 13 | | African slender-snouted crocodile | *Crocodylus cataphractus* | 1.25 m | | | Lake Tower DNS | |
| 79 | B 7 | | African slender-snouted crocodile | *Crocodylus cataphractus* | 1.25 m | | | Lake Tower DNS | blotched mandible |
| 84 | | | African slender-snouted crocodile | *Crocodylus cataphractus* | 1.25 m | | | Lake Tower DNS | |
| 89 | B 11 | | African slender-snouted crocodile | *Crocodylus cataphractus* | 1.5 m | | | Lake Tower DNS | |
| | | T091 207964 | African slender-snouted crocodile | *Crocodylus cataphractus* | 43 cm | | | MADACC | in one container, largest 43 cm, smallest 36 cm |
| | | T091 207964 | African slender-snouted crocodile | *Crocodylus cataphractus* | 36-43 cm | | | MADACC | " |
| | | T091 207964 | African slender-snouted crocodile | *Crocodylus cataphractus* | 36-43 cm | | | MADACC | " |
| | | T091 207964 | African slender-snouted crocodile | *Crocodylus cataphractus* | 36-43 cm | | | MADACC | " |
| | | T091 207964 | African slender-snouted crocodile | *Crocodylus cataphractus* | 36 cm | | | MADACC | " |
| 91 | IB 25 | | Philippine crocodile | *Crocodylus mindorensis* | 75 cm | | | Lake Tower DNS | yellowish |
| 92 | IB 24 | | Philippine crocodile | *Crocodylus mindorensis* | 75 cm | | | Lake Tower DNS | whitish |
| 94 | IB 22 | | Philippine crocodile | *Crocodylus mindorensis* | 75 cm | | | Lake Tower DNS | |
| 95 | IB 16 | | Philippine crocodile | *Crocodylus mindorensis* | 75 cm | | | Lake Tower DNS | |
| 96 | IB 17 | | Philippine crocodile | *Crocodylus mindorensis* | 75 cm | | | Lake Tower DNS | |
| 97 | IB 15 | | Philippine crocodile | *Crocodylus mindorensis* | 75 cm | | | Lake Tower DNS | |
| 98 | IB 18 | | Philippine crocodile | *Crocodylus mindorensis* | 75 cm | | | Lake Tower DNS | |
| 99 | IB 19 | | Philippine crocodile | *Crocodylus mindorensis* | 75 cm | | | Lake Tower DNS | |
| 100 | IB 20 | | Philippine crocodile | *Crocodylus mindorensis* | 75 cm | | | Lake Tower DNS | |
| 11 | MR 7 | | Morelet's crocodile | *Crocodylus moreletii* | 1.5 m | | upturned snout | Lake Tower DNS | interpolated basicaudal rows |
| 74 | MR 26 | | Morelet's crocodile | *Crocodylus moreletii* | 1.5 m | | upturned snout | Lake Tower DNS | interpolated basicaudal rows |
| 59 | MR 23 | | Nile crocodile | *Crocodylus niloticus* | 2 m | | | Lake Tower DNS | |
| 65 | B 25 | | Cuban crocodile/hybrid? | *Crocodylus rhombifer ?X* | 2 m | | | Lake Tower DNS | no basicaudal irregularities |
| 21 | MR 29 | | Siamese crocodile | *Crocodylus siamensis* | 2 m | | upturned snout | Lake Tower DNS | longitudinal interorbital ridge; interscute triangles |
| | | | crocodilian | Crocodilia (gen. et sp. indet.) | | | liquid preserved foot | S. 13th St. | seized; at UWP |

**Lizards**

| MADACC # (Lake Tower DNS) | MPD evidence # | MADACC registration # | Common name | Scientific name | Size | Sex | Condition | Where inventoried | Other |
|---|---|---|---|---|---|---|---|---|---|
| | MR 16 | | Green iguana | *Iguana iguana* | subadult | | dead (mummy) | MADACC | |
| | | 207966 | dragon | Agamidae (gen. et sp. indet.) | 13 cm | | | MADACC | |
| | D 27 | | Mexican beaded lizard | *Heloderma horridum* | adult | | | MADACC | in hot room at MADACC |
| | D 28 | | Mexican beaded lizard | *Heloderma horridum* | adult | | thin | MADACC | in hot room at MADACC |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | lizard | Varanoidea (gen. et sp. indet.) | | | dead (mummy) | S. 13th St. | seized; at UWP |

Snakes

| MADACC # (Lake Tower DNS) | MPD evidence # | MADACC registration # | Common name | Scientific name | Size | Sex | Condition | Where inventoried | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | T497 207959 | Mexican python | *Loxocemus bicolor* | 40 cm | | | MADACC | |
| | D 41 | | Mexican python | *Loxocemus bicolor* | 1.25 m | | | MADACC | |
| | | 207999 | Olive python | *Liasis olivaceus* | | | | MADACC | |
| | IB 6 | | Australian python | *Liasis* or *Morelia* sp. | 30 cm | | | MADACC | |
| 34 | D47 | | Jungle carpet python | *Morelia spilota cheynei* | | | | Lake Tower DNS | |
| | | 207961 | Burmese python | *Python molurus bivittatus* | | | | MADACC | |
| | | 207963 | Burmese python | *Python molurus bivittatus* | | | | MADACC | |
| | D 4 | | Ball python | *Python regius* | 35 cm | | | MADACC | |
| | D 5 | | Ball python | *Python regius* | 50 cm | | | MADACC | |
| | D 35 | | Ball python | *Python regius* | | | | MADACC | |
| | D 40 | | Ball python | *Python regius* | 50 cm | | | MADACC | |
| | IB 4 | | Ball python | *Python regius* | 70 cm | | | MADACC | |
| | IB 5 | | Ball python | *Python regius* | 80 cm | | old scarring dorsally | MADACC | |
| | IB 10 | | Ball python | *Python regius* | | | | MADACC | |
| 41 | D46 | | Ball python | *Python regius* | | | | Lake Tower DNS | |
| 43 | D25 | | Ball python | *Python regius* | | | | Lake Tower DNS | |
| 54 | D23 | | Ball python | *Python regius* | | | | Lake Tower DNS | |
| 23 | D8 | | Reticulated python | *Python reticulatus* | 4.5 m | | | Lake Tower DNS | |
| | D 1 | | Kenyan sand boa | *Eryx colubrinus* | adult | male | | MADACC | |
| | D 3 | | Kenyan sand boa | *Eryx colubrinus* | juvenile | | | MADACC | |
| | D 33 | | Boa constrictor | *Boa constrictor* | | | | MADACC | |
| | | | Boa constrictor | *Boa constrictor* | 170 cm | | dead (frozen) | MADACC | from S. Kinnickinnic Ave; at UWP |
| 27 | D14 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | Peruvian |
| 28 | D16 | | Boa constrictor | *Boa constrictor* | | | rostral lump | Lake Tower DNS | Peruvian |
| 29 | D55 | | Boa constrictor | *Boa constrictor* | | | rostral lump | Lake Tower DNS | Peruvian |
| 30 | D53 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 31 | D52 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 33 | D29 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 36 | D13 | | Boa Constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 38 | D34 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 39 | D51 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 40 | D26 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 44 | D49 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 45 | D22 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | Suriname |
| 46 | D50 | | Hogg Island boa | *Boa constrictor* | | | | Lake Tower DNS | |
| 47 | D32 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | Peruvian |
| 48 | D36 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 50 | D54 | | Boa constrictor | *Boa constrictor* | | | rostral swelling | Lake Tower DNS | |
| 53 | D24 | | Boa constrictor | *Boa constrictor* | | | rostral rubbing, infection | Lake Tower DNS | |
| 55 | D45 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 56 | D7 | | Boa constrictor | *Boa constrictor* | | | | Lake Tower DNS | |
| 25 | D56 | | Dumeril's boa | *Boa (Acrantophis) dumerili* | | | | Lake Tower DNS | |
| 26 | D36 | | Dumeril's boa | *Boa (Acrantophis) dumerili* | | | | Lake Tower DNS | |
| 35 | D57 | | Dumeril's boa | *Boa (Acrantophis) dumerili* | | | | Lake Tower DNS | |
| 49 | D6 | | Dumeril's Boa | *Boa (Acrantophis) dumerili* | | | respiratory infection | Lake Tower DNS | |
| 57 | D58 | | Dumeril's boa | *Boa (Acrantophis) dumerili* | | | rostral rubbing | Lake Tower DNS | |
| | D 4 | | Solomon Island boa | *Candoia carinata paulsoni* | 50 cm | | | MADACC | |
| | D 10 | | Solomon Island boa | *Candoia carinata paulsoni* | | | | MADACC | |
| | D 43 | | Rainbow boa | *Epicrates cenchria* | 50 cm | | | MADACC | |
| 42 | D48 | | Colombian rainbow boa | *Epicrates cenchria maurus* | | | | Lake Tower DNS | |
| | | T080 207475 | Green anaconda | *Eunectes murinus* | 4 m | | | MADACC | |
| | | T679 207974 | Green anaconda | *Eunectes murinus* | 4-5 m | | | MADACC | |
| | | T667 207976 | Green anaconda | *Eunectes murinus* | 4 m | | | MADACC | |
| | | T068 207977 | Green anaconda | *Eunectes murinus* | 5 m | | | MADACC | |
| | | T229 207980 | Green anaconda | *Eunectes murinus* | 4 m | | | MADACC | |
| | | T798 207983 | Green anaconda | *Eunectes murinus* | 80 cm | | | MADACC | |
| | | T893 207985 | Green anaconda | *Eunectes murinus* | 1.25 m | | | MADACC | |
| | | T504 207986 | Green anaconda | *Eunectes murinus* | 1 m | | | MADACC | |
| | | T668 207987 | Green anaconda | *Eunectes murinus* | 1.25 m | | | MADACC | |
| | | 207988 | Green anaconda | *Eunectes murinus* | baby | | | MADACC | |
| | | 207989 | Green anaconda | *Eunectes murinus* | baby | | | MADACC | |
| | | 207991 | Green anaconda | *Eunectes murinus* | baby | | | MADACC | |
| | | 207992 | Green anaconda | *Eunectes murinus* | | | | MADACC | |
| | | 207993 | Green anaconda | *Eunectes murinus* | baby | | | MADACC | |
| | | 207994 | Green anaconda | *Eunectes murinus* | baby | | | MADACC | |
| | | 207995 | Green anaconda | *Eunectes murinus* | baby | | | MADACC | |
| | | 207996 | Green anaconda | *Eunectes murinus* | baby | | | MADACC | |
| | | 20(6)997 | Green anaconda | *Eunectes murinus* | baby | | | MADACC | |
| | | 207998 | Green anaconda | *Eunectes murinus* | baby | | | MADACC | |
| | | 2079 | Green anaconda | *Eunectes murinus* | 2.5 m | | | MADACC | |
| | | T401 207958 | ?Musurana | *?Clelia clelia* | 50 cm | | | MADACC | in hot room at MADACC |
| 32 | D12 | | Corn snake | *Elaphe guttata* | | | | Lake Tower DNS | |
| | IB 12 | | Gray ratsnake | *Elaphe obsoleta spiloides* | | | | MADACC | |