**GRANT F. LANGLEY**
City Attorney

**MIRIAM R. HORWITZ**
**ADAM B. STEPHENS**
**MARY L. SCHANNING**
**JAN A. SMOKOWICZ**
Deputy City Attorneys

STUART S. MUKAMAL
SUSAN E. LAPPEN
PATRICIA A. FRICKER
HEIDI WICK SPOERL
GREGG C. HAGOPIAN
ELLEN H. TANGEN
JAY A. UNORA
KATHRYN Z. BLOCK
KEVIN P. SULLIVAN
THOMAS D. MILLER
ROBIN A. PEDERSON
JEREMY R. MCKENZIE
PETER J. BLOCK
NICHOLAS P. DESIATO
JOANNA FRACZEK
JENNY YUAN
KAIL J. DECKER
ALLISON N. FLANAGAN
PATRICK J. LEIGL
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
NAOMI E. GEHLING
CALVIN V. FERMIN
BENJAMIN J. ROOVERS
ELLENY B. CHRISTOPOULOS
RACHEL S. KENNEDY
TYRONE M. ST. JUNIOR
HANNAH R JAHN
SAVEON D. GRENELL
ROSE SIMON-SILVA
JULIE P. WILSON
Assistant City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

March 4, 2018

***VIA ECF SUBMISSION ONLY***

Hon. David E. Jones
Magistrate Judge
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re:  *The Dragonwood Conservancy, Inc., et al. v. Felician, et al.*
     Case No. 16-CV-00534

Dear Judge Jones:

I write to note a typographical error in the Defendants' Reply Brief (Document 53) submitted on Friday, March 2, 2018. At p. 3 of that submission, one case cited, *United States v. Fannin*, is incorrectly cited with the volume number being off by one digit. The correct citation for the case is: *United States v. Fannin*, 81**7** F.2d 1379 (9th Cir. 1987). I apologize for any inconvenience caused by this error.

Very truly yours,


s/JAN A. SMOKOWICZ
Deputy City Attorney

JAS

C:   Atty. Mark Murphy (via ECF only)

1032-2016-1146:247529

