# Attorney Mark P. Murphy

657 S. 72nd Street
Milwaukee, WI 53214
414-453-5555
fax. 414-453-5520
attorneymarkmurphy@sbcglobal.net

June 6, 2018

Lt. Wroblewski
Milwaukee Police Department Dist. 2
245 W Lincoln Ave,
Milwaukee, WI 53207

      Re: ***Dragonwood Conservancy, et. al., vs. Felician, et. al.;***
           **United States District Court (E.D., Wis.) Case #16-0534**
           My Clients      Jane Flint and Terry Cullen
           Incident:        May 19, 2018 @ 10pm (approximately)
                             2323 S. 13th Street, Milwaukee WI

Dear Lt. Wrobewski:

      I represent Terry Cullen and other Plaintiffs, in a pending federal (civil rights) lawsuit against the City of Milwaukee and certain members of its Police Department, arising from the execution of search warrants at various properties including 2323 South 13th Street, Milwaukee, Wisconsin; which resulted in the seizure and permanent deprivation of (hundreds of) animals - many considered "exotic".

      Jane Flint is his friend and employee who resides at the 13th Street residence. She previously sued the City of Milwaukee and members of its Police Department in federal court, for the (officer-shooting and) killing of two prize dogs at the 13th Street residence, during the execution of that warrant. I represent Ms. Flint as it now relates to the following.

      I am advised that, on Saturday night May 19, 2018, at approximately 10pm, *five uniformed MPD Officers* appeared at Ms. Flint's front door (at 2323 S.13th Street) - pounding on the door, and demanding to be let in (without a warrant). They <u>claimed</u> that they "received a report" that she was bringing "exotic animals" into the house "in a crate". Terrified, Ms. Flint refused them entry. The officers said that they would indeed go get a warrant (and be back) - and they left. Within (about) a half hour they returned - banging on the door again – and claimed that there may have been a miscommunication, as "the report" came from an "Hispanic" neighbor who "might have been talking about" her dogs. [Note: her dogs are *literally, two of the biggest breeds* in the entire world, making it physically impossible for Ms. Flint to have brought them in by crate]. Again the officers asked to be let into the home.

At the risk of stating the obvious, this incident is compounded by Ms. Flint's previous victimization at the hands of the MPD – her beloved dogs were gunned down in her own house. Pools of blood and drag marks stagnated on the floors for days and weeks (she was prevented from re-entering by the police after the warrants were executed).

In all due respect, this incident has created a new level of fear for my clients and given the circumstances, an outrageous abuse of authority. (Moreover, one urban legend is that this very type of police-entry is the first stage of a drug-plant *clip job*).

My office has submitted an 'open records' request for the MPD incident reports and other documents, as a part of my investigation. My clients have also advised the local FBI (agents with whom they have been working), about this latest incident. My clients of course, reserve the right to use this ongoing conduct in their federal court litigation.

Should the Milwaukee Police Department have any 'questions' for either Ms. Flint or Mr. Cullen (or any employees or apparent agents) I respectfully request and direct that all communications go through my office – as the parties continue to be adverse litigants.

Very Truly Yours,
*Electronically signed by*

*/s/ Attorney Mark P. Murphy*

Attorney Mark P. Murphy
Attorney for Terry Cullen & Jane Flint

MM:nw
Cc:  ACA Jan Smokowicz
     Federal Court Magistrate Judge David Jones