# FORENSIC ANIMAL / REPTILE (ETC.) APPRAISAL / VALUATION REPORT FOR:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
CASE #: 2:16-cv-00534-DEJ

THE DRAGONWOOD CONSERVANCY, INC. (et al)
vs.
CITY OF MILWAUKEE, (et al )

ATTN:

MARK MURPHY, ESQ.
657 S. 72ND STREET, MILWAUKEE, WI 53214
(PLAINTIFF'S COUNSEL)

DATE:   SEPTEMBER 06, 2019

BY:

MITCHEL KALMANSON
(EXPERT WITNESS / ANIMAL / REPTILE APPRAISER )
235 S. MAITLAND AVE., SUITE 201
P.O. BOX 940008
MAITLAND, FL  32794-00018  USA
PH: 407-645-5000 / FAX: 407-645-2810
Mitchelk25@hotmail.com
Cell:  407-496-2334

---

COVER SHEET

---

# EXPERT WITNESS CERTIFICATION

RE:

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### CASE #: 2:16-cv-00534-DEJ

### THE DRAGONWOOD CONSERVANCY, INC. (et al)
### vs.
### CITY OF MILWAUKEE, (et al )

THE OPINIONS & VALUES PROVIDED IN THIS FORENSIC ANIMAL / REPTILE

(ETC.) APPRAISAL / VALUATION REPORT RISE TO A REASONABLE DEGREE

OF CERTAINTY IN MY FIELD AS AN ANIMAL / REPTILE APPRAISAL

INCLUDING LOSS OF INCOME EXPERTISE.

DATE

MITCHEL KALMANSON
P.O. BOX 940008
MAITLAND, FL 32794-0008
PH: 407-645-5000 / FAX: 407-645-2810
Mitchelk25@hotmail.com
Cell: 407-496-2334

Page **1** of **1**

# TABLE OF CONTENTS

## FORENSIC ANIMAL / REPTILE (ETC.)
## APPRAISAL / VALUATION REPORT

1) Date of this report: SEPTEMBER 06, 2019

2)
   a) Client Name: Mark Murphy Esquire (Plaintiff's Counsel)
   b) Address: 657 S. 72nd Street
              Milwaukee, Wisconsin 53214
   c) Phone: 414-322-5452
   d) Fax: 414-453-5555
   e) Attn: Mark Murphy

3)
   a) Re: United States District Court Eastern District of Wisconsin
        Case #: 16-534
              (Various Scheduled Reptile [etc.])
              Owned and operated by : The Dragonwood Conservancy, Inc.

4) Physical Address where the animal(s) / reptile(s) / (etc.) is/are/were removed from:

   A) 3443 S, 17th Street, Milwaukee, Wisconsin 53215 (ancestral home)

   B) 2323 South. 13th street, Milwaukee, Wisconsin 53215 (warehouse)

   C) South Kinnickinnic Avenue, Milwaukee 53207 (residence / triplex)

5) <u>Reason for Request of Reptile (etc.) Appraisal / Valuation:</u>

   Pending Litigation Case #: 16-534

6) Type of Appraisal / Valuation determined:

   Estimated fair market value (FMV).

   a) At time of confiscation May 2010

   b) As of August, 2019 (approximately nine (9) years later)

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 4 of 100   Document 75

7) a) Specie(s) of animal(s) / reptile(s) (etc.) to be determined / valued / appraised:

Various:

1) ALLIGATORS

2) AMPHIBIANS

3) CROCODILIANS

4) LIZARDS

5) RATS

6) SNAKES – ANACONDA

7) SNAKES – BOA

8) SNAKES – MISCELLANEOUS

9) SNAKES – PYTHON

10) SPIDERS

11) TORTOISE

12) TURTLE

b) specie(s) identified: animal(s) / reptile(s) / etc.
( X ) YES   OR  (   ) NO

i. Per photo(s) provided –

ii. Some animals / reptiles photos were not provided.

8) Common Name(s) {of species}:

Refer to Addendum I – 1 thru 12 attached

9) Number of animal(s) / reptile(s) / (etc.) {per species} appraised / valued:

| | |
|---|---|
| 1) ALLIGATORS | eighteen (18) |
| 2) AMPHIBIANS | four (4) |
| 3) CROCODILIANS | sixty seven (67) |
| 4) LIZARDS | ten (10) |
| 5) RATS | four (4) |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 5 of 100   Document 75

| | |
|---|---|
| 6) SNAKES – ANACONDA | thirty two (32) |
| 7) SNAKES – BOA | thirty eight (38) |
| 8) SNAKES - MISCELLANEOUS | twenty eight (28) |
| 9) SNAKES – PYTHON | twenty one (21) |
| 10) SPIDERS | sixteen (16) |
| 11) TORTOISE | five (5) |
| 12) TURTLE | forty nine (49) |

ESTIMATED TOTAL:  292 ANIMALS /  REPTILE(S) (ETC.)

10)  Brief Description of animal(s) / reptile(s) / (etc.) appraised / valued:

Various scheduled animal(s) / reptile(s) / (etc.)  as described herein used for commercial purposes / not pets:

a)  Scientific / human & veterinarian research
    (1) Geriatric / longevity studies

b)  Institutional research (human / veterinarian) facilities

c)  Private research facilities

d)  Photo opportunities

e)  Reptile Trade Shows

f)  Display / Exhibition Purposes

g)  Fun Raisers

h)  Breeding

i)  Sales

j) Breeding loans

k) Special Events ( approximately twenty four [24]) per year with eighteen (18) to twenty five (25) animals per each event, off premises.

l) Display / Exhibition loans

m) Movie productions

n)  Educational Programs

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 6 of 100   Document 75

11)    Type of positive identification utilized or seen ? {if any}: None

a) Various lists furnished by Plaintiff's Law Firm:

1) (Typed) Incident Report Milwaukee Police Department
#101320089 reported date:  05/12/2010 (Handwritten) pages
Inventory numbers 1 - 100

2) MADACC = Milwaukee Area Domestic Animal Control
Commission list dated May 22 – animals to be moved / temporary
housing

3) Milwaukee Reptile Inventory Draft from MADACC (revised 16
June 2010)

4) Milwaukee Reptile Inventory Draft from MADACC (revised 7
July 2010

5) police photos from the 13th street property

6) police photos from the 17th street property

b) Various photos

1) Photos taken included in this report to ID the various animals /
critters by Plaintiff's representative at the Wisconsin

2) Pictures from the Lake Tower DNS locations after date of
confiscation

c) Information provided included a list of various classifications – refer to
MADACC list(s).

d) Some of the collection had been "allegedly" microchipped – not all had
positive ID's. Appraiser was unable to verify either way.

12)    Intended use of said animal(s) / specie(s) appraised / valued:
Refer to #: "10" above.

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 7 of 100   Document 75

13) Breeding:

Refer to Addendum II – Loss of Income from Offspring / Progeny from various Animal(s) / Reptile(s) / (etc.)

14) Risk factor of use of Animal(s) / Reptile(s) / (etc.) as indicated herein:

Minimal to moderate;

15) Definition of appraised / fair market value: (FMV)

The most probable price which the scheduled animal(s) / reptile(s) / (etc.) identified should bring in a competitive open market situation, assuming the probable purchase price is / was not affected by a hypothetical buyer undue stimulus and/or influence implicit in the definition is the consummation of a sale as of a specified date and the passing of the ownership and / or current registration from seller to buyer under conditions whereby:

  a) buyer and seller are / were typically motivated at time of sale; both parties are well informed &/or well advised, of any and all known (medical) facts of all said animal(s) / reptile(s) / (etc.) for sale and each party is / was acting in what he / she considers his/ her own best interest;

  b) Both parties are well informed &/or well advised, of any and all known (medical) facts of all said animal(s) / reptile(s) / (etc.) for sale and each party is/was acting in what he /she considers his/her own best interest.

  c) a reasonable time is allowed for exposure of the said animal(s) / reptile(s) / (etc.) in the open competitive marketplace;

  d) both buyer & seller have proper knowledge / authorization &/or all applicable Federal, State, &/or Local licenses &/or permits to own, house, board &/or maintain said specie(s) / Animal(s) / Reptile(s) / (etc.) in their Care, Custody, &/or Control;

    e)  payment is made in terms of cash in US $ / dollars or in terms of financial arrangements comparable thereto and is considered a full arms length transaction;

    f)  the price / estimated fair market value represents the normal consideration for the animal(s) / reptile(s) / (etc.) to be sold unaffected by any special &/or creative financing &/or sales concessions granted by anyone associated with the sale &/or transfer;

    g)  full disclosure of any and all known prior medical conditions &/or medical / veterinarian history / records is/are disclosed in full to the proposed buyer(s), including copy of any and all prior X-rays taken; including full breeding records of all Animal(s) / Reptile(s) / (etc.).

    h)  Hypothetical buyer has no known unique characteristics.

    i)  Hypothetical buyer is logical with no ego drive affecting his or her offer.

16)    Special limited conditions(s) &/or assumption(s);

        a)  Kalmanson assumes the title / ownership of the various scheduled animal(s) / reptile(s) / (etc.) would have been in good and marketable at the time of the valuation.

        b)  Assumption:  Plaintiff would have possession of any and all necessary and applicable "local, county, state & federal" license(s) &/or permit(s) at time of this appraisal / valuation;

        c)  Kalmanson will not render any opinions about the title &/or ownership &/or registrations of such animal(s) / reptile(s) / (etc.) valued;

        d)  Kalmanson will be happy to give any oral &/or written testimony &/or appear in any court hearing & /or trial to testify as an expert witness on these animal(s) / reptile(s) / (etc.) appraisal / valuations as rendered;

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 9 of 100   Document 75

e) Kalmanson obtained the information that was expressed in this animal(s) / reptile(s) / (etc.) appraisal / valuation report from sources that he considers to be reliable and believes them to be true and correct;

f) Kalmanson does not and will not assume any responsibility &/or liability for the accuracy of any item(s) that were furnished by any other (third) party / staff member;

g) Fair market value assumes that all the animal(s) / reptile(s) / (etc.) scheduled specie(s) can pass a current pre-purchase examination (if required) including X-rays by a competent / licensed veterinarian (IE: of the buyers choice) within ten (10) days of the proposed sale date, if applicable:

h) Any emotional / sentimental value not taken into consideration whatsoever;

i) Kalmanson assumes that there are / were no loans on &/or liens against the said Animal(s) / Reptile(s) / (etc.) by any party unless other wise noted (none noted at time of inspection);

j) Kalmanson assumes that the said animal(s) / reptile(s) / (etc.) is / are not be offered for any salvage value & / or research purposes whatsoever unless otherwise noted;

k) Cost of any past, current &/or future feed / boarding / veterinarian / prescription &/or transportation charges / bills / fees is/are not taken into consideration of the fair market value (if applicable);

l) Cost of any special equipment &/or any real property &/or freight charges &/or crating expenses is not taken into considered of the fair market value of these Animal(s) / Reptile(s) / (etc.) specie(s) unless otherwise stated herein &/or hereto.

m) Any commission(s) / brokerage &/or any referral fee(s) is/are not taken into consideration of the fair market value:

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 10 of 100   Document 75

n) Depreciation (if any) is not taken into consideration of the fair market value;

o) Cost of any pre-purchase veterinarian examinations &/or any X-rays is/are not taken into consideration (if applicable);

p) Vitamins & /or any food / diet / supplements given / provided to animal(s) / reptile(s) / (etc.) is / are not taken into consideration;

q) Mortality Insurance information (if any) on any of the scheduled Animal(s) / Reptile(s) / (etc.) at time of the survey is /are /were not available.

17) Appraiser's / Expert Witness' Qualification(s):

a) Copy of Kalmanson's Agency Brochure Attached

b) Copy of Kalmanson's C.V. Attached (old - not updated)

c) Additional testimony / affidavit available upon request

18) Picture(s) of Subject Animal(s) Attached / Included:  (XX) YES  or (   ) NO

19) The original purchase / acquisition  price / value is:

| | |
|---|---|
| 1) ALLIGATORS | unknown / not provided |
| 2) AMPHIBIANS | unknown / not provided |
| 3) CROCODILIANS | unknown / not provided |
| 4) LIZARDS | unknown / not provided |
| 5) RATS | unknown / not provided |
| 6) SNAKES – ANACONDA | unknown / not provided |
| 7) SNAKES – MISCELLANEOUS | unknown / not provided |
| 8) SNAKES – COMMON | unknown / not provided |
| 9) SNAKES – PYTHON | unknown / not provided |
| 10) SPIDERS | unknown / not provided |
| 11) TORTOISE | unknown / not provided |
| 12) TURTLE | unknown / not provided |

20) Footnote(s):

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 11 of 100   Document 75

4) USDA / APHIS license(s) not required for reptiles.

5) The Gambian Giant Pouched Rats were all over the age of 14 years at time of confiscation.  This was double the world record for longevity of the species.  These Gambian Giant Pouched Rats were being used for geriatric studies as well as longevity studies.

6) Lacey Act / U.S. Fish & Wildlife Services:

Under the Lacey Act it is unlawful to import, export, sell, acquire or purchase fish, wildlife or plants that are taken, possessed, transported, or sold:

a) in violation of U.S. or Indian law, (or any foreign law)

b) first federal law protecting wildlife. It in forces civil and criminal penalties for the illegal trade of animals and plants.

c) it regulates the import of any species protected by international or domestic law and prevents the spread of invasive, or non-native, species.

21)   Total Estimated Fair Market Value Provided:

a) Based on:

1) Information as stated herein

2) Kalmanson's expertise and knowledge in this field.

b) The opinion of the Appraiser / Expert witness (Kalmanson) is:

1) Kalmanson has requested to opine on the Fair Market Value.

2) Estimated Fair Market Value(s) {range} for the various scheduled Animal(s) / Reptile(s) / (etc.) is / are:

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 12 of 100   Document 75

Refer to addendums: "I", " II", "III"

22) The conclusions expressed herein are based on my analysis of the information obtained &/or reviewed, together with my personal judgment, market research and my professional opinion.

23) I certify that:

   a. I have no undisclosed past, present or future interests in any of the parties; except as noted herein.

   b. I have no personal interest or bias with respects to any of the parties involved;

   c. My fee for this assignment was based on a flat rate and does not depend on any value conclusions &/or any other outcome;

   d. To the best of my knowledge this Forensic Animal(s) / Reptile(s) / (etc.) Valuation Report is true and correct and the opinions expressed herein are based on full and fair consideration of all of the information available &/or provided to Kalmanson.

   e. It is offered with no contingent or limiting conditions except those as stated herein and is the personal, professional analysis, opinion (s) and conclusion(s) of Kalmanson based on the research and information available and / or provided to Kalmanson at time of inspection;

24) No portion of this report may be used for any other reason other than stated which is to determine and opine on the Fair Market Value of the scheduled animal(s) / reptile(s) / (etc.)

25) Fair Market Value of Offspring / Progeny

   Based on proposed breeding of various scheduled Animal(s) / Reptile(s) / (etc.) over the last nine (9) years.

26) Remarks:

   a) Declaration:    Lester Kalmanson Agency, Inc. currently provides liability coverage for The Dragonwood Conservancy (Florida location).

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 13 of 100   Document 75

b) Report includes proposed loss of income based on Addendum III.

27) END OF REPORT

X_____

MITCHEL KALMANSON
(Expert Witness / Appraiser)

DATE: SEPTEMBER 06, 2019

ADDENDUM / EXHIBITS ATTACHED;
(XXX) YES OR ( ) NO

1) ADDENDUM I - VALUATION RANGE OF ANIMALS AT
TIME OF CONFISCATION
AND
CURRENT 2019 VALUE OF ANIMALS

2) ADDENDUM II – LOSS OF INCOME FROM OFFSPRING /
PROGENY 2010 TO 2019

3) ADDENDUM III – OVERALL AND GENERAL LOSS OF
INCOME

4) ADDENDUM IV – SOURCES REFERRED FOR CURRENT
VALUATION(S)

5) ADDENDUM V - "LEGEND"

6) ADDENDUM VI – TIME LINE

7) ADDENDUM VII – APPRAISED FAIR MARKET VALUE
ANIMAL INVENTORY (1-12) SUMMARY
SHEET

8) ADDENDUM VIII – APPRAISED FAIR MARKET VALUE

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 14 of 100   Document 75

PROGENY / OFFSPRING SUMMARY
SHEET

9) ADDENDUM IX – USDI – APPENDIX

*** THIS IS A MANUSCRIPT APPRAISAL / VALUATION REPORT, AND IS
NOT TO BE DUPLICATED AND / OR REPRINTED WITHOUT THE
WRITTEN CONSENT OF MITCHEL KALMANSON. NO EXCEPTIONS ***

**MITCHEL KALMANSON**
(EXPERT WITNESS / ANIMAL / REPTILE / (ETC.) APPRAISER )
235 S. MAITLAND AVE., SUITE 201
P.O. BOX 940008
MAITLAND, FL 32794-00018 USA
PH: 407-645-5000 / FAX: 407-645-2810
mitchelk25@hotmail.com / cell: 407-496-2334

# ADDENDUM I
# VALUATION OF ANIMALS
# 2010 VS. 2019

# FORENSIC ANIMAL / REPTILE (ETC.)

## APPRAISAL / VALUATION REPORT  (continued)

ADDENDUM    I    ANIMAL / REPTILE (ETC.)  INVENTORY USED FOR VALUATION
PURPOSES ONLY

1) ALLIGATORS

2) AMPHIBIANS

3) CROCODILIANS

4) LIZARDS

5) RATS

6) SNAKES – ANACONDA

7) SNAKES – BOA

8) SNAKES – COMMON

9) SNAKES – PYTHON

10) SPIDERS

11) TORTOISE

12) TURTLE

SPREADSHEET(S) WITH PHOTOS ATTACHED.

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 17 of 100   Document 75

SECTION 1
ALLIGATORS

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC | NOTES |
| | PIC # | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | EIGHTEEN (18) ALLIGATORS | | | | | | | **ALLIGATOR** | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | 339 | 77 | 3 | MADACC LAKE TOWER DNS   19 | MPD B45 | 209282 | 5/12/10 | B45 | A) AMERICAN ALLIGATOR | | M | 6 - 7 FT. | EYES INFLAMED LEAD POISONING PERINIAL |
| 6 | 409 | 78 | | MADACC LAKE TOWER DNS  82 | MPD B4 | 208743 | 5/12/10 | B4 | B) AMERICAN ALLIGATOR | | F | 4 - 5 FT | |
| 7 | 420 | 79 | | MPD NOTES 119 | | TROVAN PIT TAG # T219 208285 | 5/12/10 | | C) AMERICAN ALLIGATOR | | F | 2-3 FT | BRIEFLY AT WILDLIFE DISCOVERY CENTER |
| 8 | | | | | | | | | | | | | |
| 9 | | 80 | 14 | MADACC LAKE TOWER DNS   7 | MPD MR17 | 209318 | 5/12/10 | MR 17 | A) CHINESE ALLIGATOR | | F | 4 - 5 FT | TROVAN PIT TAG 00-01C7-E8F2. WCS 860180 HANDWRITTEN P. STRIATA |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 19 of 100   Document 75

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT RETAIL VALUE 4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | ALLIGATOR MISSISSIPPIENSIS | 1.0.0 | | W/C BLAKE HIGH SCHOOL | SOUTH EASTERN UNITED STATES | | NV | | 250 | 350 |
| 6 | ALLIGATOR MISSISSIPPIENSIS | 0.1.0 | Y | C/B FOUND WALKING DOWN HOWELL AVENUE | SOUTH EASTERN UNITED STATES | | NV | | 180 | 250 |
| 7 | ALLIGATOR MISSISSIPPIENSIS | 0.1.0 | Y | C/B | SOUTH EASTERN UNITED STATES | | NV | | 350 | 420 |
| 8 | | | | | | | | | | |
| 9 | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC | NOTES |
| | 81 | | MADACC LAKE TOWER DNS   8 | MPD D59 | 208320 | 5/12/10 | D59 | B) CHINESE ALLIGATOR | | | 4 - 5 FT | NO PIT TAG |
| | 82 | | MADACC LAKE TOWER DNS   9 | MPD MR8 | 209344 | 5/12/10 | MR8 | C) CHINESE ALLIGATOR | | | 4 - 5 FT | TROVAN PIT TAG 00-01C7-EC1E WCS 850352 |
| | 83 | | MADACC LAKE TOWER DNS    14 | MPD MR3 | 209339 | 5/12/10 | MR3 | D) CHINESE ALLIGATOR | | | 4 - 5 FT | TROVAN PIT TAG 00-004D-69EF. WCS 670189 |
| | 84 | | MADACC LAKE TOWER DNS    16 | MPD B43 | 207280 | 5/12/10 | B43 | E) CHINESE ALLIGATOR | | | 4 - 5 FT | TROVAN PIT TAG 00-01C7-C67B WCS 800309 |
| | 85 | | MADACC LAKE TOWER DNS 73 | MPD MR28 | 209359 | 5/12/10 | MR28 | F) CHINESE ALLIGATOR | | | 4 - 5 FT | TROVAN PIT TAG 00-0013-8FF5. WCS 890055 |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 21 of 100   Document 75

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT RETAIL VALUE 4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |
| 11 | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |
| 12 | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |
| 13 | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |
| 14 | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 22 of 100   Document 75

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M - F | AGE BABY ADOLESCENT GERIATRIC | NOTES |
| 15 | | 86 | | MADACC LAKE TOWER DNS 68 | MPD IB28 | NO NUMBER | 5/12/10 | IB28 | G) CHINESE ALLIGATOR | | F | 4 - 5 FT | FEMALE GRAVID TROVAN PIT TAG 00-0133-39D4 "MOO SHU"; WCS 910259 |
| 16 | | 87 | | MADACC 159 | | TROVAN PIT TAG # T229 207980 | 5/12/10 | | H) CHINESE ALLIGATOR | | | | TROVAN PIT TAG 00-0600-AADB; STUDBOOK #330; WCS 980120 |
| 17 | | 88 | | MADACC 160 | | TROVAN PIT TAG # T324 207981 | 5/12/10 | | I) CHINESE ALLIGATOR | | F | 4 - 5 FT | TROVAN PIT TAG 00-0675-C288 "MOSCOW SALLY"; TALINN (ESTONIA) ZOO |
| 18 | | 89 | | MADACC 161 | | TROVAN PIT TAG # T8620207982 | 5/12/10 | | J) CHINESE ALLIGATOR | | M | 4 - 5 FT | SCOLIOSIS; TROVAN PIT TAG 00-0605-6CF5 "TWISTY"' WCS 560502 |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 23 of 100   Document 75

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS | APPROXIMATE CURRENT RETAIL VALUE 4/2019 |
| 15 / 1 | ALLIGATOR SINENSIS | | Y | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |
| 16 | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |
| 17 | ALLIGATOR SINENSIS | 0.1.0 | Y | TALINN (ESTONIA) ZOO | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |
| 18 | ALLIGATOR SINENSIS | 1.0.0 | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 24 of 100   Document 75

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M - F | AGE BABY ADOLESCENT GERIATRIC | NOTES |
| 19 | | 90 | | MADACC 129 | | TROVAN PIT TAG #T800 208287 | 5/12/10 | | K) CHINESE ALLIGATOR | | | 4 - 5 FT | TROVAN PIT TAG 00-0026-82B3; WCS 930202; BRIEFLY AT WILDLIFE DISCOVERY CENTER |
| 20 | | 91 | | MADACC 130 | | TROVAN PIT TAG #TS30 208286 | 5/12/10 | | L) CHINESE ALLIGATOR | | | 4 - 5 FT | TROVAN PIT TAAG 00-0013-2E63; WCS 850356; BRIEFLY AT WILDLIFE DISCOVERY CENTER |
| 21 | | 92 | | MADACC 131 | | TROVAN PIT TAG # T480 208288 | 5/12/10 | | M) CHINESE ALLIGATOR | | | 4 - 5 FT | TRIVAB OUT TAG 00-0011-EBA5; WCS 870185; BRIEFLY AT WILDLIFE DISCOERY CENTER |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 25 of 100   Document 75

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS | APPROXIMATE CURRENT RETAIL VALUE 4/2019 |
| 19 | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |
| 20 | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |
| 21 | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 26 of 100   Document 75

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC | NOTES |
| 1 | | | | | | | | | | | | | |
| | | 93 | | | | | 5/12/10 | | N) CHINESE ALLIGATOR | | | 4 - 5 FT | TROVAN PIT TG 00-0205-04BD; FROM S. KINNICKKINNIC AVE; AT UWP; WCS 800314 |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | 327 | 1 | | MISSING ANIMAL | | | | CHINESE ALLIGATOR | | M | | |
| 25 | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 27 of 100   Document 75

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT RETAIL VALUE 4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| | ALLIGATOR SINENSIS | | | | LOWER YANGTZE RIVER, EASTERN CHINA | | NV | APPENDIX I | 25K - 30K | 25K - 30K |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | 1.0.0 | | | | | | | 25K - 30K | 25K - 30K |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | TOTAL VALUE 5/2010 $375,000.00 | |
| 28 | | | | | | | | | TO $450,700.00 | |
| 29 | | | | | | | | | TOTAL VALUE 8/2019 $371,280.00 | |
| 30 | | | | | | | | | TO $449,380.00 | |
| 31 | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 28 of 100   Document 75



PICTURE  # 409

DESCRIPTION:  AMERICAN ALLIGATOR

LOCATION:  B4 / HANDWRITTEN LIST  #82

      MADACC REGISTRATION 208743

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

      OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 420

DESCRIPTION:  AMERICAN ALLIGATOR

LOCATION:  IB25 / HANDWRITTEN LIST #119

TROVAN PIT TAG # T219  208285

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534

SECTION 2
AMPHIBIANS

I CASE #: 16-534 AMPHIBIAN INVENTORY FROM THREE SOURCES (MPD, MADACC, WRITTEN NOTES) AS OF 8-2019

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC | NOTES |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | TWO (2) AMPHIBIANS | | | | | | | **AMPHIBIANS** | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | 1 | 2 | MADACC LAKE TOWER DNS | MPD IBI | 209244 | 5/12/10 | IB1 | A) TREE FROG | | | 1 3/8 INCH | |
| 6 | | | | | MPD IB27 | 209261 | 5/12/10 | IB27 | B) TREE FROG | | | 3 3/8 INCHES | |
| 7 | | | | | | | | | | | | | |
| 8 | | 328 | 2 | | | MISSING ANIMAL | | | A)TREE FROGS | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | 329 | | | | MISSING ANIMAL | | | B) TREE FROGS | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 32 of 100   Document 75

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS | APPROXIMATE CURRENT VALUE |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | ANURA (GEN. ET SP. INDET) | 0.0.1 | | | MOST NATIVE TO WESTERN HEMISPHERE | | | | NO VALUE | NO VALUE |
| 6 | ANURA (GEN. ET SP. INDET) | 0.0.1 | | | MOST NATIVE TO WESTERN HEMISPHERE | | | | NO VALUE | NO VALUE |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |

PAGE 2 OF 2

# SECTION 3
# CROCODILIANS

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M -F | SIZE |
| 1 | | | | | | | | | | | | | |
| 2 | | | SIXTY SEVEN (67) REPTILES FIVE (5) REPTILES MISSING TOTAL: 72 | | | | | | CROCODILIANS | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | 421 | 48 | 10 | MADACC LAKE TOWER DNS 4 | MPD MR1 | 209337 | 5/12/10 | MR1 | A) CUVIER'S DWARF CAIMAN | | | F | ADULT 3 FT 4 IN. |
| 5 | 422 | 49 | | MADACC LAKE TOWER DNS 5 | MPD MR2 | 209338 | 5/12/10 | MR2 | B) CUVIER'S DWARF CAIMAN | | | F | ADULT 3 FT 4 IN. |
| 6 | 326 | 50 | | MADACC LAKE TOWER DNS 61 | MPD B19 | 209350 | 5/12/10 | B19 | C) CUVIER'S DWARF CAIMAN | | | M | ADULT 4 FT 2 IN |
| 7 | 411 | 51 | | MADACC LAKE TOWER DNS 66 | MPD B38 | 209277 | 5/12/10 | B38 | D) CUVIER'S DWARF CAIMAN (GIGANTIC - RARITY ) | | | M | ADULT 5 FT 9 IN |
| 8 | 333 | 52 | | MADACC LAKE TOWER DNS 68 | MPD B39 | DEAD | 5/12/10 | B39 | E) CUVIER'S DWARF CAIMAN | | | M | ADULT 4 FT 2 IN |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 35 of 100   Document 75

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS | APPROXIMATE CURRENT VALUE 4/2019 |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | PALEOSUCHUS PALPABROSUS | 0.1.0 | Y | WILD CAUGHT | NORTHERN & CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 300 - 700 | 2500 - 3000 |
| 5 | PALEOSUCHUS PALPABROSUS | 0.1.0 | Y | WILD CAUGHT | NORTHERN & CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 300 - 700 | 2500 - 3000 |
| 6 | PALEOSUCHUS PALPABROSUS | 1.0.0 | | WILD CAUGHT REPTILE SUPPLY 1981 | NORTHERN & CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 600 - 800 | 2000 - 2500 |
| 7 | PALEOSUCHUS PALPABROSUS | 1.0.0 | | WILD CAUGHT GEORGE McDUFFY | NORTHERN & CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 1500 - 2000 | 6500 - 8000 |
| 8 | PALEOSUCHUS PALPABROSUS | 1.0.0 | | WILD CAUGHT LOUIS FIGATNER | NORTHERN & CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 600 - 800 | 2500 - 3000 |

PAGE 2 OF 24

I CASE #: 16-534 CROCODILLIAN INVENTORY FROM THREE SOURCES (MPD, MADACC, WRITTEN NOTES) AS OF 8/2019

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M -F | SIZE |
| 1 | | | | | | | | | | | | | |
| 9 | 329 | 53 | | MADACC LAKE TOWER DNS 71 | MPD MR30 | 209361 | 5/12/10 | MR30 | F) CUVIER'S DWARF CAIMAN ABNORMALITY - UNUSUALLY LARGE | | | M | ADULT 5 FT |
| 10 | | 54 | | MADACC LAKE TOWER DNS 81 | MPD B15 | 209269 | 5/12/10 | B15 | G) CUVIER'S DWARF CAIMAN | | | F | ADULT 4 FT 2 IN |
| 11 | 315 | 55 | | MADACC LAKE TOWER DNS 83 | MPD B12 | NO NUMBER | 5/12/10 | B12 | H) CUVIER'S DWARF CAIMAN | | | F | ADULT 3 FT 4 IN. |
| 12 | 323 | 56 | | MADACC LAKE TOWER DNS 86 | MPD B32 | 209274 | 5/12/10 | B32 | I) CUVIER'S DWARF CAIMAN | | | F | ADULT 4 FT 2 IN |
| 13 | | | | | | | | | | | | | |
| 14 | 343 | 58 | 2 | MADACC 6 | MPD MR18 | 209349 | 5/12/10 | MR18 | A) SCHNEIDER'S DWARF CAIMAN / SMOOTH FRONT COULD RANGE UP TO 7 FT | | | M | ADULT 5 FT |
| 15 | 340 | 59 | | MADACC 18 | MPD B40 | 209279 | 5/12/10 | B40 | B) SCHNEIDER'S DWARF CAIMAN | | | F | ADULT 5½ FT |
| 16 | | | | | | | | | | | | | |
| 17 | 335 | 60 | 3 | MADACC 12 | MPD MR12 | 209346 | 5/12/10 | MR12 | A) BLACK CAIMAN BLACK CAIMAN - RARE | | | F | ADULT 7.5 FT. |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 37 of 100   Document 75

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS | APPROXIMATE CURRENT VALUE 4/2019 |
| 1 | | | | | | | | | | |
| 9 | PALEOSUCHUS PALPABROSUS | 1.0.0 | | WILD CAUGHT BLAKE HIGH SCHOOL | NORTHERN & CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 900 - 1100 | 4K - 6K |
| 10 | PALEOSUCHUS PALPABROSUS | 0.1.0 | Y | WILD CAUGHT | NORTHERN & CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 700 - 900 | 1500 - 2000 |
| 11 | PALEOSUCHUS PALPABROSUS | 0.1.0 | Y | WILD CAUGHT | NORTHERN & CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 500 - 700 | 1500 - 2K |
| 12 | PALEOSUCHUS PALPABROSUS | 0.1.0 | Y | WILD CAUGHT TED CRAWFORD | NORTHERN & CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 700 - 900 | 2000 - 2500 |
| 13 | | | | | | | | | | |
| 14 | PALEOSUCHUS TRIGONATUS | 1.0.0 | | WILD CAUGHT REPTILE SUPPLY MIAMI 1980 | AMAZON & ORINOCO BASINS, SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 2500 - 3K | 3K - 5K |
| 15 | PALEOSUCHUS TRIGONATUS | 0.1.0 | Y | WILD CAUGHT REPTILE SUPPLY MIAMI 1981 | AMAZON & ORINOCO BASINS, SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 2500 - 3K | 5K - 7K |
| 16 | | | | | | | | | | |
| 17 | MELANOSUCHUS NIGER | 0.1.0 | Y | WILD CAUGHT BLAKE HIGH SCHOOL | AMAZON BASIN, NORTHERN & CENTRAL SOUTH AMERICA | | NV | APPENDIX I NOT AVAILABLE | 35K - 40K | 40K - 50K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 38 of 100   Document 75

| | A | B | C | D | E | F | G | H | I | | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M -F | SIZE |
| 18 | 338 | 61 | | MADACC 22 | MPD B44 | 209281 | 5/12/10 | B44 | B) BLACK CAIMAN | | | F | ADULT 6 FT |
| 19 | 325 | 62 | | MADACC 75 | MPD MR25 | 209356 | 5/12/10 | MR25 | C) BLACK CAIMAN | | | M | ADULT 8.4 FT |
| 20 | | | | | | | | | | | | | |
| 21 | 327 | 63 | 4 | MADACC 69 | MPD MR24 | 209355 | 5/12/10 | MR24 | A) SPECTACLED CAIMAN INVASIVE - NOW IN FLORIDA | | | M | ADULT 5 ¾ FT |
| 22 | 320 | 64 | | MADACC 76 | MPD B3 | 208741 | 5/12/10 | B3 | B) SPECTACLED CAIMAN NARROW SNOUT / SUB SPECIES ? | | | F | ADULT 3 FT 4 IN. |
| 23 | | 65 | | MADACC | MPD | | 5/12/10 | | C) SPECTACLED CAIMAN | | | M | ADULT 4 FT 2 IN |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 39 of 100   Document 75

| | N<br>SCIENTIFIC NAME | O<br>RATIO<br>0.0.0. | P<br>BREED<br>Y - N | Q<br>CAPTIVE / WILD<br>CAUGHT RESCUE | R<br>NATIVE ORIGIN | S<br>IMPORTED<br>& FROM<br>WHERE | T<br>VENOMOUS/<br>NON<br>VENOMOUS | U<br>IMPORTED / CITES<br>REQUIRES | V<br>APPROXIMATE<br>VALUE AT DATE<br>LOSS | W<br>APPROXIMATE<br>CURRENT VALUE<br>4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 18 | MELANOSUCHUS NIGER | 0.1.0 | Y | WILD CAUGHT | AMAZON BASIN, NORTHERN & CENTRAL SOUTH AMERICA | | NV | APPENDIX I<br>NOT AVAILABLE | 35K - 40K | 40K - 50K |
| 19 | MELANOSUCHUS NIGER | 1.0.0 | | WILD CAUGHT BLAKE HIGH SCHOOL | AMAZON BASIN, NORTHERN & CENTRAL SOUTH AMERICA | | NV | APPENDIX I<br>NOT AVAILABLE | 35K - 40K | 40K - 50K |
| 20 | | | | | | | | | | |
| 21 | CAIMAN CROCODILUS | 1.0.0 | | WILD CAUGHT BY TERRY CULLEN 1979 IN S. VENEZUELA REPRESENTS NEW SPECIES | SOUTHERN MEXICO TO NORTHERN ARGENTINA | | NV | CAN NOT SELL /<br>ON LACEY ACT | 300 - 400 | 600 - 700 |
| 22 | VENEZUELAN CAIMAN | 0.1.0 | Y | WILD CAUGHT RENEE' LAGAUDEA' 2006 | SOUTHERN MEXICO TO NORTHERN ARGENTINA | | NV | CAN NOT SELL /<br>ON LACEY ACT | 3K - 54K | 6500 - 8K |
| 23 | CAIMAN CROCODILUS | 1.0.0 | | WILD CAUGHT | SOUTHERN MEXICO TO NORTHERN ARGENTINA | | NV | CAN NOT SELL /<br>ON LACEY ACT | 300 - 400 | 600 - 700 |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 40 of 100   Document 75

| | A | B | C | D | E | F | G | H | I J K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | SEX M -F | SIZE |
| 24 | 317 | 66 | | MADACC 87 | MPD B31 | 209273 | 5/12/10 | B31 | D) SPECTACLED CAIMAN | F | ADULT 5 FT 9 IN. |
| 25 | 318 | 67 | | MADACC 85 | MPD B34 | 209275 | 5/12/10 | B34 | E) SPECTACLED CAIMAN | F | ADULT 2.5 FT |
| 26 | | | | | | | | | | | |
| 27 | 332 | 68 | 3 | MADACC 64 | MPD MR9 | 209345 | 5/12/10 | MR9 | A) YACARE | M | ADULT 6 FT |
| 28 | 408 | 69 | | MADACC 67 | MPD MR15 | 209347 | 5/12/10 | MR15 | B) YACARE | M | ADULT 4 FT 2 IN |
| 29 | 302 | 70 | | MADACC 72 | MPD MR27 | 209358 | 5/12/10 | MR27 | C) YACARE | F | ADULT 3 FT 4 IN. |
| 30 | | | | | | | | | | | |
| 31 | 418 | 71 | 6 | MADACC 90 | MPD IB23 | 209333 | 5/12/10 | IB23 | A) BROAD SNOUTED CAIMAN | M | ADOLESCENT 2 FT |
| 32 | 249 | 72 | | MADACC 93 | MPD IB21 | 209332 | 5/12/10 | IB21 | B) BROAD SNOUTED CAIMAN | F | ADOLESCENT 1 FT 4 IN |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 41 of 100   Document 75

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT VALUE 4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 24 | CAIMAN CROCODILUS | 0.1.0 | Y | WILD CAUGHT PRIVATE DONATION | SOUTHERN MEXICO TO NORTHERN ARGENTINA | | NV | CAN NOT SELL / ON LACEY ACT | 300 - 400 | 600 - 700 |
| 25 | CAIMAN CROCODILUS | 0.1.0 | Y | WILD CAUGHT PRIVATE DONATION | SOUTHERN MEXICO TO NORTHERN ARGENTINA | | NV | CAN NOT SELL / ON LACEY ACT | 200 - 300 | 600 - 700 |
| 26 | | | | | | | | | | |
| 27 | CAIMAN YACARE | 1.0.0 | | WILD CAUGHT BLAKE HIGH SCHOOL | CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 5K - 7K | 12K -14K |
| 28 | CAIMAN YACARE | 1.0.0 | | WILD CAUGHT BLAKE HERP SOCIETY | CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 4K - 5K | 10K - 12K |
| 29 | CAIMAN YACARE | 0.1.0 | Y | WILD CAUGHT GEORGE McDUFFY | CENTRAL SOUTH AMERICA | | NV | IMPORT ONLY WITH PERMIT APPENDIX II | 2500 - 3500 | 10K - 12K |
| 30 | | | | | | | | | | |
| 31 | CAIMAN IATIROSTRIS | 1.0.0 | | CAPTIVE BORN HATCHED AT FL. FACILITY 2008 | EASTERN & CENTRAL SOUTH AMERICA | | NV | APPENDIX I NO LONGER AVAILABLE | 4500 - 6K | 9K - 11K |
| 32 | CAIMAN IATIROSTRIS | 0.1.0 | Y | HATCHED AT FL. FACILITY 2008 | EASTERN & CENTRAL SOUTH AMERICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3500 - 4500 | 9K - 11K |

PAGE 8 OF 24

| | A PIC # | B ITEM # | C TOTAL # OF EACH | D WHERE INVENTORIED | E WHICH LIST | F MADACC REGISTRATION # | G DATE REMOVED | H WHERE FOUND | I BREED / SPECIES | L SEX M-F | M SIZE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 33 | | 73 | | MADACC | | TROVAN PIT TAG # T381 207965 | | | C) BROAD SNOUTED CAIMAN | F | ADOLESCENT 1 FT 1 IN |
| 34 | | 74 | | MADACC | | TROVAN PIT TAG # T381 207965 | | | D) BROAD SNOUTED CAIMAN | F | ADOLESCENT 1 FT 2 IN |
| 35 | | 75 | | MADACC | | TROVAN PIT TAG # T381 207965 | | | E) BROAD SNOUTED CAIMAN | F | ADOLESCENT 1 ¾ FT |
| 36 | | 76 | | MADACC | | TROVAN PIT TAG # T381 207965 | | | F) BROAD SNOUTED CAIMAN | F | ADOLESCENT 1 FT 4 IN |
| 37 | | | 7 | | | | | | | | |
| 38 | | 94 | | MADACC LAKE TOWER DNS 10 | MPD MR6 | | 5/12/10 | MR6 | A) DWARF CROCODILE | F | 3 FT 4 IN. |
| 39 | 336 | 95 | | MADACC LAKE TOWER DNS 13 | MPD B20 | 209342 | 5/12/10 | B20 | B) DWARF CROCODILE | F | 5 ¾ FT |
| 40 | 342 | 96 | | MADACC LAKE TOWER DNS 15 | MPD MR5 | 209271 | 5/12/10 | MR5 | C) DWARF CROCODILE | F | 3 FT 4 IN. |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 43 of 100   Document 75

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT VALUE 4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 33 | CAIMAN IATIROSTRIS | 0.1.0 | Y | HATCHED AT FL. FACILITY 2009 | EASTERN & CENTRAL SOUTH AMERICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3500 - 4500 | 9K - 11K |
| 34 | CAIMAN IATIROSTRIS | 0.1.0 | Y | HATCHED AT FL. FACILITY 2009 | EASTERN & CENTRAL SOUTH AMERICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3500 - 4500 | 9K - 11K |
| 35 | CAIMAN IATIROSTRIS | 0.1.0 | Y | HATCHED AT FL. FACILITY 2009 | EASTERN & CENTRAL SOUTH AMERICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3500 - 4500 | 9K - 11K |
| 36 | CAIMAN IATIROSTRIS | 0.1.0 | Y | HATCHED AT FL. FACILITY 2009 | EASTERN & CENTRAL SOUTH AMERICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3500 - 4500 | 9K - 11K |
| 37 | | | | | | | | | | |
| 38 | OSTEOLAEMUS TETRASPIS | | | | WEST & WEST CENTRAL AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3K - 3,500 | 6K - 7K |
| 39 | OSTEOLAEMUS TETRASPIS | | | MEMPHIS ZOO | WEST & WEST CENTRAL AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3K - 3,500 | 6K - 7K |
| 40 | OSTEOLAEMUS TETRASPIS | | | MEMPHIS ZOO | WEST & WEST CENTRAL AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3K - 3,500 | 6K - 7K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 44 of 100   Document 75

|  | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M -F | SIZE |
| 41 | 341 | 97 | | MADACC LAKE TOWER DNS 17 | MPD MR4 | 209340 | 5/12/10 | MR4 | D) DWARF CROCODILE (GIMPY) | | | F | 3 FT 4 IN. |
| 42 | | 98 | | MADACC LAKE TOWER DNS 20 | MPD B37 | 209200 | 5/12/10 | B37 | E) DWARF CROCODILE | | | F | 6.5 FT |
| 43 | 324 | 99 | | MADACC LAKE TOWER DNS 77 & 121 | MPD B1 | 208739 | 5/12/10 | B1 | F) DWARF CROCODILE | | | F | 4 FT 2 IN |
| 44 | 319 | 100 | | MADACC LAKE TOWER DNS 80 | MPD B2 | 208740 | 5/12/10 | B2 | G) DWARF CROCODILE | | | F | 3 FT 4 IN. |
| 45 | | | | | | | | | | | | | |
| 46 | 331 | 101 | 2 | MADACC LAKE TOWER DNS 58 | MPD MR21 | 209352 | 5/12/10 | MR21 | A) AMERICAN CROCODILE | | | UNK | ADULT 5 ¾ FT |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 45 of 100   Document 75

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO D.O.O. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS | APPROXIMATE CURRENT VALUE 4/2019 |
| 41 | OSTEOLAEMUS TETRASPIS | | | BLAKE HERP SOCIETY | WEST & WEST CENTRAL AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3K - 3,500 | 6K - 7K |
| 42 | OSTEOLAEMUS TETRASPIS | | | | WEST & WEST CENTRAL AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3K - 3,500 | 6K - 7K |
| 43 | OSTEOLAEMUS TETRASPIS | ADULT | | CAPTIVE BORN MEMPHIS ZOO | WEST & WEST CENTRAL AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3K - 3,500 | 6K - 7K |
| 44 | OSTEOLAEMUS TETRASPIS | ADULT | | MEMPHIS ZOO | WEST & WEST CENTRAL AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 3K - 3,500 | 6K - 7K |
| 45 | | | | | | | | | | |
| 46 | CROCODYLUS ACUTUS | UNK | | WILD CAUGHT BLAKE HIGH SCHOOL | SOUTH FL. CARIBBEAN, SOUTHERN MEXICO, CENTRAL AMERICA, NORTHERN SOUTH AMERICA | | NV | APPENDIX I NO LONGER AVAILABLE | 300 - 500 | 1500 - 2000 |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 46 of 100   Document 75

| | A | B | C | D | E | F | G | H | I J K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | SEX M-F | SIZE |
| 1 | | | | | | | | | | | |
| | 301 | 102 | | MADACC LAKE TOWER DNS 62 | MPD MR19 | 209350 | 5/12/10 | MR19 | B) AMERICAN CROCODILE | UNK | ADULT 6 ½ FT. |
| 47 | | | | | | | | | | | |
| 48 | | | | | | | | | | | |
| | 321 | 103 | 12 | MADACC LAKE TOWER DNS 63 | MPD MR20 | 209197 | 5/12/10 | MR20 | A) AFRICAN SLENDER-SNOUTED CROCODILE | M | 6 ½ FT. |
| 49 | | | | | | | | | | | |
| | 304 | 104 | | MADACC LAKE TOWER DNS 60 | MPD MR22 | WRONG ID TO ANIMAL | 5/12/10 | MR22 | B) AFRICAN SLENDER-SNOUTED CROCODILE RARE / ONLY MELANISTIC KNOWN TO BE IN THE WORLD | M | ADULT 7 FT 9 IN. |
| 50 | | | | | | | | | | | |
| | 328 | 105 | | MADACC LAKE TOWER DNS 70 | MPD MR31 | 309362 | 5/12/10 | MR31 | C) AFRICAN SLENDER-SNOUTED CROCODILE | | 5 ¾ FT |
| 51 | | | | | | | | | | | |
| | 316 | 106 | | MADACC LAKE TOWER DNS 78 | MPD B13 | 208750 | 5/12/10 | B13 | D) AFRICAN SLENDER-SNOUTED CROCODILE | M | ADOLESCENT 4 FT 2 IN |
| 52 | | | | | | | | | | | |

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT VALUE 4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 47 | CROCODYLUS TELRASPIS | UNK | | WILD CAUGHT GEORGE McDUFFY | SOUTH FL, CARIBBEAN, SOUTHERN MEXICO, CENTRAL AMERICA, NORTHERN SOUTH AMERICA | | NV | APPENDIX I / II   NO LONGER AVAILABLE | 300 - 500 | 1500 - 2000 |
| 48 | | | | | | | | | | |
| 49 | CROCODYLUS CATAPHRACTUS | 1.0.0 | | | CENTRAL & WEST AFRICA | | NV | APPENDIX I   NO LONGER AVAILABLE | 15K - 20K | 20K - 25K |
| 50 | MECISTOPS CATAPHRACTUS | 1.0.0 | | WILD CAUGHT | CENTRAL & WEST AFRICA | | NV | APPENDIX I   NO LONGER AVAILABLE | 100K - 125K | 135K - 150K |
| 51 | MECISTOPS CATAPHRACTUS | | | GEORGE McDUFFY | CONGO AFRICA | | NV | APPENDIX I   NO LONGER AVAILABLE | CRIPPLED NO VALUE | NO VALUE |
| 52 | MECISTOPS CATAPHRACTUS | 1.0.0 | | CAPTIVE BORN MIAMI METRO ZOO | CENTRAL & WEST AFRICA | | NV | APPENDIX I   NO LONGER AVAILABLE | 14K - 16K | 18K - 20K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 48 of 100   Document 75

| | A | B | C | D | E | F | G | H | I | | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M -F | SIZE |
| 53 | 322 | 107 | | MADACC LAKE TOWER DNS 79 & 200 | MPD B7 | 208744 | 5/12/10 | B7 | E) AFRICAN SLENDER-SNOUTED CROCODILE | | | F | ADOLESCENT 4 FT 2 IN |
| 54 | | 108 | | MADACC LAKE TOWER DNS 84 | NO # | NO NUMBER | 5/12/10 | NO# | F) AFRICAN SLENDER-SNOUTED CROCODILE | | | F | ADOLESCENT 4 FT 2 IN |
| 55 | 410 | 109 | | MADACC LAKE TOWER DNS 89 | MPD B11 | 209745 | 5/12/10 | B11 | G) AFRICAN SLENDER-SNOUTED CROCODILE | | | M | ADOLESCENT 5 FT |
| 56 | | 110 | | MADACC | | TROVAN PIT TAG # T097 207964 | | | H) AFRICAN SLENDER-SNOUTED CROCODILE | | | M | YEARLING 1 FT 5 IN. |
| 57 | | 111 | | MADACC | | TROVAN PIT TAG # T097 207964 | | | I) AFRICAN SLENDER-SNOUTED CROCODILE | | | F | YEARLING 1 FT 5 IN. |
| 58 | | 112 | | MADACC | | TROVAN PIT TAG # T097 207964 | | | J) AFRICAN SLENDER-SNOUTED CROCODILE | | | F | YEARLING 1 FT 5 IN. |
| 59 | | 113 | | MADACC | | TROVAN PIT TAG # T097 207964 | | | K) AFRICAN SLENDER-SNOUTED CROCODILE | | | F | YEARLING 1 FT 5 IN. |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 49 of 100   Document 75

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS | APPROXIMATE CURRENT VALUE 4/2019 |
| 53 | MECISTOPS CATAPHRACTUS | 0.1.0 | | CAPTIVE BORN MIAMI METRO ZOO | CENTRAL & WEST AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 14K - 16K | 18K - 20K |
| 54 | MECISTOPS CATAPHRACTUS | 0.1.0 | | MIAMI METRO ZOO | CENTRAL & WEST AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 14K - 16K | 18K - 20K |
| 55 | MECISTOPS CATAPHRACTUS | 1.0.0 | | CAPTIVE BORN MIAMI METRO ZOO | CENTRAL & WEST AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 14K - 16K | 18K - 20K |
| 56 | MECISTOPS CATAPHRACTUS | 1.0.0 | | CAPTIVE BORN HATCHED AT . FACILITY | CENTRAL & WEST AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 12K - 15K | 18K - 20K |
| 57 | MECISTOPS CATAPHRACTUS | 0.1.0 | | CAPTIVE BORN HATCHED AT . FACILITY | CENTRAL & WEST AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 12K - 15K | 18K - 20K |
| 58 | MECISTOPS CATAPHRACTUS | 0.1.0 | | CAPTIVE BORN HATCHED AT FACILITY | CENTRAL & WEST AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 12K - 15K | 18K - 20K |
| 59 | MECISTOPS CATAPHRACTUS | 0.1.0 | | CAPTIVE BORN HATCHED AT . FACILITY | CENTRAL & WEST AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 12K - 15K | 18K - 20K |

Case 2:16-cv-00534-NJ Filed 09/12/19 Page 50 of 100 Document 75

| | A PIC # | B ITEM # | C TOTAL # OF EACH | D WHERE INVENTORIED | E WHICH LIST | F MADACC REGISTRATION # | G DATE REMOVED | H WHERE FOUND | I BREED / SPECIES | L SEX M-F | M SIZE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 60 | | 114 | | MADACC | | TROVAN PIT TAG # T097 207964 | | | L) AFRICAN SLENDER-SNOUTED CROCODILE | F | YEARLING 1 FT 2 ½ IN |
| 61 | | | | | | | | | | | |
| 62 | 419 | 115 | 9 | MADACC LAKE TOWER DNS 91 | MPD IB25 | 209331 | 5/12/10 | IB25 | A) PHILIPPINE CROCODILE | F | 2 ½ FT |
| 63 | 251 | 116 | | MADACC LAKE TOWER DNS 92 | MPD IB24 | 209330 | 5/12/10 | IB24 | B) PHILIPPINE CROCODILE ON INDEFINATE BREEDING LOAN | F | 2 ½ FT |
| 64 | 423 | 117 | | MADACC LAKE TOWER DNS 94 | MPD 1B22 | 209329 | 5/12/10 | IB22 | C) PHILIPPINE CROCODILE | F | 2 ½ FT |
| 65 | 426 | 118 | | MADACC LAKE TOWER DNS 95 | MPD IB16 | 209324 | 5/12/10 | IB16 | D) PHILIPPINE CROCODILE | F | 2 ½ FT |
| 66 | 425 | 119 | | MADACC LAKE TOWER DNS 96 | MPD IB17 | 209325 | 5/12/10 | IB17 | E) PHILIPPINE CROCODILE | F | 2 ½ FT |
| 67 | 250 | 120 | | MADACC LAKE TOWER DNS 97 | MPD IB15 | 209323 | 5/12/10 | IB15 | F) PHILIPPINE CROCODILE | F | 2 ½ FT |

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT VALUE 4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 60 | MECISTOPS CATAPHRACTUS | 0.1.0 | | CAPTIVE BORN HATCHED AT . FACILITY | CENTRAL & WEST AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 12K - 15K | 18K - 20K |
| 61 | | | | | | | | | | |
| 62 | CROCODYLUS MINDORENSIS | 0.1.0 2 TO 3 YRS | | CAPTIVE BORN IN U.S.A. GLADYS PORTER ZOO | PHILIPPINES ON LOAN FROM PHILIPPIAN GOVT. | | NV | APPENDIX I NO LONGER AVAILABLE | 18K- 20K | 32K - 36K |
| 63 | CROCODYLUS MINDORENSIS | 0.1.0 2 TO 3 YRS | | CAPTIVE BORN U.S.A. GLADYS PORTER ZOO | PHILIPPINES ON LOAN FROM PHILIPPIAN GOVT. | | NV | APPENDIX I NO LONGER AVAILABLE | 18K- 20K | 32K - 36K |
| 64 | CROCODYLUS MINDORENSIS | 0.1.0 2 TO 3 YRS | | CAPTIVE BORN U.S.A. GLADYS PORTER ZOO | PHILIPPINES ON LOAN FROM PHILIPPIAN GOVT. | | NV | APPENDIX I NO LONGER AVAILABLE | 18K- 20K | 32K - 36K |
| 65 | CROCODYLUS MINDORENSIS | 0.1.0 2 TO 3 YRS | | CAPTIVE BORN U.S.A. GLADYS PORTER ZOO | PHILIPPINES ON LOAN FROM PHILIPPIAN GOVT. | | NV | APPENDIX I NO LONGER AVAILABLE | 18K- 20K | 32K - 36K |
| 66 | CROCODYLUS MINDORENSIS | 0.1.0 2 TO 3 YRS | | CAPTIVE BORN U.S.A. GLADYS PORTER ZOO | PHILIPPINES ON LOAN FROM PHILIPPIAN GOVT. | | NV | APPENDIX I NO LONGER AVAILABLE | 18K- 20K | 32K - 36K |
| 67 | CROCODYLUS MINDORENSIS | 0.1.0 2 TO 3 YRS | | CAPTIVE BORN U.S.A. GLADYS PORTER ZOO | PHILIPPINES ON LOAN FROM PHILIPPIAN GOVT. | | NV | APPENDIX I NO LONGER AVAILABLE | 18K- 20K | 32K - 36K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 52 of 100   Document 75

| | A | B | C | D | E | F | G | H | I J K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | SEX M -F | SIZE |
| 68 | 304 | 121 | | MADACC LAKE TOWER DNS 98 | MPD IB18 | 209326 | 5/12/10 | IB18 | G) PHILIPPINE CROCODILE | F | 2 ½ FT |
| 69 | 417 | 122 | | MADACC LAKE TOWER DNS 99 | MPD IB19 | 209337 | 5/12/10 | IB19 | H) PHILIPPINE CROCODILE | F | 2 ½ FT |
| 70 | 252 | 123 | | MADACC LAKE TOWER DNS 100 | MPD IB20 | 209328 | 5/12/10 | IB20 | I) PHILIPPINE CROCODILE | F | 2 ½ FT |
| 71 | | | | | | | | | | | |
| 72 | 334 | 124 | 2 | MADACC LAKE TOWER DNS 11 | MPD MR7 | 209343 | 5/12/10 | MR7 | A) MORELETII CROCODILE ENDANGERED SPECIES IN 2010 | F | ADULT 5 FT |
| 73 | 303 | 125 | | MADACC LAKE TOWER DNS 74 | MPD MR26 | 209357 | 5/12/10 | MR26 | B) MORELETII CROCODILE ENDANGERED SPECIES IN 2010 | M | ADULT 5 FT |
| 74 | | | | | | | | | | | |
| 75 | 330 | 126 | 1 | MADACC LAKE TOWER DNS 59 | MPD MR23 | 209354 | 5/12/10 | MR23 | NILE CROCODILE DAHOMEY (SEPARATE SPECIES) POSSIBLY ONLY ONE IN U.S.A. | F | 6 ½ FT. |
| 76 | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 53 of 100   Document 75

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT VALUE 4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 68 | CROCODYLUS MINDORENSIS | 0.1.0 2 TO 3 YRS | | CAPTIVE BORN U.S.A. GLADYS PORTER ZOO | PHILIPPINES ON LOAN FROM PHILIPPIAN GOVT. | | NV | APPENDIX I NO LONGER AVAILABLE | 18K - 20K | 32K - 36K |
| 69 | CROCODYLUS MINDORENSIS | 0.1.0 2 TO 3 YRS | | CAPTIVE BORN U.S.A. GLADYS PORTER ZOO | PHILIPPINES ON LOAN FROM PHILIPPIAN GOVT. | | NV | APPENDIX I NO LONGER AVAILABLE | 18K - 20K | 32K - 36K |
| 70 | CROCODYLUS MINDORENSIS | 0.1.0 2 TO 3 YRS | | CAPTIVE BORN U.S.A. GLADYS PORTER ZOO | PHILIPPINES ON LOAN FROM PHILIPPIAN GOVT. | | NV | APPENDIX I NO LONGER AVAILABLE | 18K - 20K | 32K - 36K |
| 71 | | | | | | | | | | |
| 72 | CROCODYLUS MORELETII | 1.0.0 | | WILD CAUGHT BLAKE HIGH SCHOOL | ATLANTIC REGIONS OF MEXICO, BELIZE, & GUATEMALA | | NV | WERE UNDER APPENDIX I TAKEN OFF 2018 | 4K - 5K | 3,500 - 4,100 |
| 73 | CROCODYLUS MORELETII | 1.0.0 | | WILD CAUGHT BLAKE HIGH SCHOOL | ATLANTIC REGIONS OF MEXICO, BELIZE, & GUATEMALA | | NV | WERE UNDER APPENDIX I TAKEN OFF IN 2018 | 4K - 5K | 3,500 - 4,200 |
| 74 | | | | | | | | | | |
| 75 | CROCODYLUS SUCHUS | 0.1.0 | | WILD CAUGHT BLAKE HIGH SCHOOL | WEST AFRICA | | NV | APPENDIX I NO LONGER AVAILABLE | 8K - 10K | 10K - 12K |
| 76 | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | | | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M -F | SIZE |
| 77 | | 127 | 1 | MADACC LAKE TOWER DNS 65 | MPD B25 | 209199 | 5/12/10 | B25 | CUBAN CROCODILE/HYBRID | | | M | ADOLESCENT 6½ FT. |
| 78 | | | | | | | | | | | | | |
| 79 | | 128 | 1 | MADACC LAKE TOWER DNS 21 | MPD MR29 | 209360 | 5/12/10 | MR29 | SIAMESE CROCODILE | | | M | ADULT 6½ FT. |
| 80 | | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | |
| 83 | 305 | 291 | 1 | MPD HAND WRITTEN LIST 172 | | NO NUMBER #84 AD HOC | | NO # | AFRICAN SLENDER SNOUTED CROC | | | F | BABY 1.5 FT |
| 84 | 416 | 304 | 1 | MPD HAND WRITTEN LIST 187 | | TROVAN PIT TAG #T318 207985 | | | BROAD SNOUTED CAIMAN CROSS REFERENCE #76 | | | | JUVENILE 1 FT |
| 85 | | | | | | | | | | | | | |
| 86 | 337 | | | | | | | | SIAMESE CROCODILE | | | F | |
| 87 | | | | | | | | | | | | | |
| 88 | | 322 | 1 | MISSING ANIMAL / NOT INVENTORIED | | DISAPPEARED / | | | VERY LARGE OSTEOLAEMUS TETRAPIS | | | M | ADULT |
| 89 | | | | | | | | | | | | | |
| 90 | | 323 | 1 | MISSING ANIMAL MR22 | | 209353 | 5/12/10 | | LARGE NEW GUINEA CROC | | | F | ADULT |
| 91 | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 55 of 100   Document 75

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT VALUE 4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 77 | CROCODYLUS RHOMBIFER X? | 1.0.0 | | PERSONAL PET CAPTIVAE BORN | CUBA | | NV | APPENDIX I NO LONGER AVAILABLE | 7K - 8K | 8,500 - 9,500 |
| 78 | | | | | | | | | | |
| 79 | CROCODYLUS SIAMENSIS | 1.0.0 | | WILD CAUGHT BLAKE HIGH SCHOOL | SOUTHEAST ASIA, NOW ONLY CAMBODIA | | NV | APPENDIX I NO LONGER AVAILABLE | 6K - 8K | 10K - 12K |
| 80 | | | | | | | | | | |
| 81 | | | | | | | | | | |
| 82 | | | | | | | | | | |
| 83 | MEISTOPS CATAPHRACTUS | 0.1.0 | | HATCHED FROM CULLEN VIVARIUM FACILITY 2009 | | | NV | APPENDIX I NO LONGER AVAILABLE | 14K - 16K | 18K - 20K |
| 84 | CAIMAN LATIROSTIS | | | HATCHED AT CULLEN VIVARIUM 2009 | | | NV | APPENDIX I NO LONGER AVAILABLE | 3K - 3,500 | 9K - 11K |
| 85 | | | | | | | | | | |
| 86 | CROCODYLUS SIAMENSIS | | | TRACEY HOWELL | | | | APPENDIX I NO LONGER AVAILABLE | 6K - 8K | 10K - 12K |
| 87 | | | | | | | | | | |
| 88 | OSTEOAMEMUS TETRAPIS | 1.0.0 | | WILD CAUGHT | | | | APPENDIX I NO LONGER AVAILABLE | 6K - 8K | 12,500 - 16,250 |
| 89 | | | | | | | | | | |
| 90 | CROCODILIAN NOVAEGUINAE | 0.1.0 | | WILD CAUGHT | | | | IMPORT ONLY WITH PERMIT APPENDIX II | 12K - 13K | 18K - 20K |
| 91 | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 56 of 100   Document 75

| | A | B | C | D | E | F | G | H | I J K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | SEX M-F | SIZE |
| 92 | | 325 | 1 | MISSING ANIMAL | | | | | LARGE SMOOTH FRONTED CAIMAN | F | 7 FEET |
| 93 | | | | | | | | | | | |
| 94 | | 333 | 1 | MISSING ANIMAL | | | | | WESTERN AFRICAN DWARF CROCODILE | F | LARGE |
| 95 | | | | | | | | | | | |
| 96 | | 334 | 2 | MISSING ANIMAL | | | | | PHILIPPINE CROCODILE | | |
| 97 | | | | | | | | | | | |
| 98 | | | | | | | | | | | |
| 99 | | | | | | | | | | | |
| 100 | | | | | | | | | | | |
| 101 | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 57 of 100   Document 75

I CASE #: 16-534 CROCODILLIAN INVENTORY FROM THREE SOURCES (MPD, MADACC, WRITTEN NOTES) AS OF 8/2019

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y-N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT VALUE 4/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 92 | PALEOSUCHUS TRIGONATUS | 0.1.0 | | WILD CAUGHT | | | | IMPORT ONLY WITH PERMIT APPENDIX II | 2K - 2,500 | 4K - 5K |
| 93 | | | | | | | | | | |
| 94 | OSTEOLAEMUS TETRASPIS | 0.1.0 | | WILD CAUGHT | | | | APPENDIX I NO LONGER AVAILABLE | 4K - 5K | 9K - 11K |
| 95 | | | | | | | | | | |
| 96 | CROCODYLUS MINDORENSIS | 1.1.0 | | CAPTIVE BORN U.S.A. GLADYS PORTER ZOO | PHILIPPINES ON LOAN FROM PHILIPPIAN GOVT. | | NV | APPENDIX I NO LONGER AVAILABLE | 18K - 20K | 32K - 36K |
| 97 | | | | | | | | TOTAL VALUE 5/2010 | $656,300 .00 | |
| 98 | | | | | | | | TO | $ 827,600.00 | |
| 99 | | | | | | | | TOTAL VALUE 8/2019 | $1,026,900.00 | |
| 100 | | | | | | | | TO | $1,208,150.00 | |
| 101 | | | | | | | | | | |

Case 2:16-cv-00534-NJ Filed 09/12/19 Page 58 of 100 Document 75



PICTURE # 421

DESCRIPTION: CUVIER'S DWARF CAIMAN

LOCATION: MR4 / HANDWRITTEN LIST #4

MADACC REGISTRATION 209337

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE  # 422

DESCRIPTION:   CUVIER'S DWARF CAIMAN

LOCATION:  MR2  /  HANDWRITTEN LIST  #5

                MADACC REGISTRATION 209338

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

            OR

       B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE  # 326

DESCRIPTION:   CUVIER'S DWARF CAIMAN

LOCATION:  B19 / HANDWRITTEN LIST  #61

     MADACC REGISTRATION 209270

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

    OR

   B) CITY OF MILWAUKEE WATER TOWER GARAGE

---------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 411

DESCRIPTION: CUVIER'S DWARF CAIMAN (GIGANTIC – RARITY)

LOCATION: B38 / HANDWRITTEN LIST #66

        MADACC REGISTRATION 209277

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 333

DESCRIPTION: DWARF CAIMAN

LOCATION: B39 / HANDWRITTEN LIST #68

        MADACC REGISTRATION 209278 - SCHNELDER'S

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

      OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 329

DESCRIPTION:   CUVIER'S DWARF CAIMAN – ABNORMALITY –
                            UNUSUALLY LARGE

LOCATION:   MR30 / HANDWRITTEN LIST #71

                 MADACC REGISTRATION 209361

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

              OR

         B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------------------

                 EXPERT WITNESS – MITCHEL KALMANSON

                         CASE #:  16-534



PICTURE # 424

DESCRIPTION: PHILIPPINE CROCODILE

LOCATION: B15 / HANDWRITTEN LIST #81

MADACC REGISTRATION 209269

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 315

DESCRIPTION:   CUVIER'S DWARF CAIMAN

LOCATION:   B12 / HANDWRITTEN LIST  #83

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

                OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 323

DESCRIPTION:   CUVIER'S DWARF CAIMAN

LOCATION:  B32 / HANDWRITTEN LIST  #86

MADACC REGISTRATION 209274

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 340

DESCRIPTION: SCHNEIDER'S DWARF CAIMAN

LOCATION: B40 / HANDWRITTEN LIST #18

MADACC REGISTRATION 209279

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 343

DESCRIPTION:   SCHNEIDER'S DWARF CAIMAN / SMOOTH FRONT

LOCATION:   MR18 / HANDWRITTEN LIST #6

MADACC REGISTRATION 209349

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 335

DESCRIPTION: BLACK CAIMAN - RARE

LOCATION: MR12 / HANDWRITTEN LIST #12

MADACC REGISTRATION 209346

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 338

DESCRIPTION: BLACK CAIMAN

LOCATION: B44 / HANDWRITTEN LIST #22

MADACC REGISTRATION 209281

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 325

DESCRIPTION: BLACK CAIMAN

LOCATION: MR25 / HANDWRITTEN LIST #75

MADACC REGISTRATION 209297

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 328

DESCRIPTION:  NEW SPECIES / SUB-SPECIES CAIMAN

LOCATION:  MR31 / HANDWRITTEN LIST #70

           MADACC REGISTRATION 209362

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

           OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 320

DESCRIPTION: SPECTACLED CAIMAN

LOCATION: B3 / HANDWRITTEN LIST #76

MADACC REGISTRATION 208741

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

----------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 317

DESCRIPTION: SPECULATED CAIMAN

LOCATION: B31 / HANDWRITTEN LIST #87

MADACC REGISTRATION 209273

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 318

DESCRIPTION: SPECULATED CAIMAN

LOCATION: B34 / HANDWRITTEN LIST #85

MADACC REGISTRATION 209275

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 332

DESCRIPTION: YACARE CAIMAN

LOCATION: MR9 / HANDWRITTEN LIST #64

MADACC REGISTRATION 209345

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

----------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 408

DESCRIPTION: YACARE

LOCATION: MR15 / HANDWRITTEN LIST #67

MADACC REGISTRATION 209347

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE  # 302

DESCRIPTION:  YACARE

LOCATION:  MR27 /  HANDWRITTEN LIST  #72

MADACC REGISTRATION 209358

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 418

DESCRIPTION: BROAD SNOUTED CAIMAN

LOCATION: IB23 / HANDWRITTEN LIST #90

　　　　　　　MADACC REGISTRATION 209333

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

　　　　　OR

　　　B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE #249

DESCRIPTION: BROAD SNOUTED CAIMAN

LOCATION: IB 21 / HANDWRITTEN LIST #93

MADACC REGISTRATION 209332

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE  # 336

DESCRIPTION:  DWARF CROCODILE

LOCATION:  B20  / HANDWRITTEN LIST  #13

           MADACC REGISTRATION 209271

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 342

DESCRIPTION:  AFRICAN DWARF CROCODILE

LOCATION:  MR5 / HANDWRITTEN LIST #15

　　　　　　　　MADACC REGISTRATION 209341

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

　　　　　　　OR

　　　　　　B) CITY OF MILWAUKEE WATER TOWER GARAGE

----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 341

DESCRIPTION:   DWARF CROCODILE (GIMPY)

LOCATION:   MR4 / HANDWRITTEN LIST #17

MADACC REGISTRATION 209340

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 324

DESCRIPTION: DWARF CROCODILE

LOCATION: B1 / HANDWRITTEN LIST #77

      MADACC REGISTRATION 208739

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

      OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 319

DESCRIPTION:  DWARF CROCODILE

LOCATION:  B2 / HANDWRITTEN LIST  #80

   MADACC REGISTRATION 208740

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

   OR

   B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 331

DESCRIPTION: AMERICAN CROCODILE

LOCATION: MR21 / HANDWRITTEN LIST #58

MADACC REGISTRATION 209352

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

---------------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 301

DESCRIPTION: AMERICAN CROCODILE

LOCATION: MR19 / HANDWRITTEN LIST #62

        MADACC REGISTRATION 209350

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

      OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 321

DESCRIPTION:   AFRICAN SLENDER SNOUTED CROCODILE

LOCATION:   MR20 / HANDWRITTEN LIST  #84

     MADACC REGISTRATION 209197

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

    OR

   B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 328

DESCRIPTION:   AFRICAN SLENDER SNOUTED CROCODILE

LOCATION:   MR31 / HANDWRITTEN LIST #70

          MADACC REGISTRATION 209362

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 316

DESCRIPTION:  AFRICAN SLENDER SNOUTED CROCODILE

LOCATION:  B13 / HANDWRITTEN LIST  #78

        MADACC REGISTRATION 208750

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

       OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 322

DESCRIPTION: AFRICAN SLENDER SNOUTED CROCODILE

LOCATION: B7 / HANDWRITTEN LIST #79

             MADACC REGISTRATION 208744

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

          OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 410

DESCRIPTION: AFRICAN SLENDER SNOUTED CROCODILE

LOCATION: B11 / HANDWRITTEN LIST #89

       MADACC REGISTRATION 208745

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

       OR

       B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 419

DESCRIPTION:  PHILIPPINE CROCODILE

LOCATION:  IB25 / HANDWRITTEN LIST #91

           MADACC REGISTRATION 209331

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

         OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 251

DESCRIPTION: PHILIPPINE CROCODILE

LOCATION: IB24 / HANDWRITTEN LIST # 92

MADACC REGISTRATION 209330

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

---------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 423

DESCRIPTION: PHILIPPINE CROCODILE

LOCATION: IB22 / HANDWRITTEN LIST #94

MADACC REGISTRATION 209329

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 426

DESCRIPTION: PHILIPPINE CROCODILE

LOCATION: IB16 / HANDWRITTEN LIST #95

       MADACC REGISTRATION 209324

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

       OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 425

DESCRIPTION:  PHILIPPINE CROCODILE

LOCATION:   IB17 / HANDWRITTEN LIST #96

                MADACC REGISTRATION 209325

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

           OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 250

DESCRIPTION: DWARF CAIMAN

LOCATION: IB15 / HANDWRITTEN LIST # 97

        MADACC REGISTRATION 209323

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

        OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 304

DESCRIPTION: PHILIPPINE CROCODILE

LOCATION: IB18 / HANDWRITTEN LIST #98

MADACC REGISTRATION 209326

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534