

PICTURE # 417

DESCRIPTION: PHILIPPINE CROCODILE

LOCATION: IB19 / HANDWRITTEN LIST #99

         MADACC REGISTRATION 209337

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

         OR

         B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 252

DESCRIPTION: PHILIPPINE CROCODILE

LOCATION: IB20 / HANDWRITTEN LIST # 100

MADACC REGISTRATION 209328

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 334

DESCRIPTION: MORELET'S CROCODILE – ENDANGERED SPECIES IN 2010

LOCATION: MR7 / HANDWRITTEN LIST #11

MADACC REGISTRATION 209343

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 303

DESCRIPTION: MORELET'S CROCODILE

LOCATION: MR26 / HANDWRITTEN LIST #74

　　　　　MADACC REGISTRATION 209357

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

　　　　OR

　　　B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 330

DESCRIPTION:  NILE CROCODILE DAHOMEY
(SEPARATE SPECIES))

LOCATION:  MR23 / HANDWRITTEN LIST #59

MADACC REGISTRATION 209354

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 305

DESCRIPTION:  AFRICAN SLENDER SNOUTED CROC(S)
          **(AT LEAST 5 IN THE CONTAINER)**

LOCATION:    HANDWRITTEN LIST #172

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 416

DESCRIPTION: BROAD NOSE CAIMAN (SLENDER)
  **( AT LEAST 5 IN THE CONTAINER)**

LOCATION:   HANDWRITTEN LIST #187

          TROVAN PIT TAG# T318 207985

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

          OR

          B) CITY OF MILWAUKEE WATER TOWER GARAGE

---------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE  # 337

DESCRIPTION:  SIAMESE CROCODILE

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534

SECTION 4
LIZARDS

| | A PIC # | B ITEM # | C TOTAL # OF EACH | D WHERE INVENTORIED | E WHICH LIST | F MADACC REGISTRTION # | G DATE REMOVED | H WHERE FOUND | I BREED / SPECIES | J | K | L SEX M-F | M AGE BABY ADOLESCENT GERIATRIC | N SCIENTIFIC NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | LIZARD | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | TOTAL SIX (6) LIZARDS PLUS FOUR (4) MISSING | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | 130 | 1 | MADACC 219 | MPD MR16 | 209268 DEAD | 5/12/10 | MR16 | GREEN IGUANA | | | | SUB ADULT | IGUANA IGUANA |
| 6 | | | | | | | | | | | | | | |
| 7 | 434 | 131 | 1 | MPD HAND WRITTEN LIST 124 | MPD D16 | 207966 | 5/12/10 | D16 | CHINESE WATER DRAGON | | | | 5 INCHES | AGAMIDAE (GEN. ET SP. INDET. |
| 8 | | | | | | | | | | | | | | |
| 9 | 428 | 132 | 2 | MADACC 128 | MPD D27 | 209332 | 5/12/10 | D27 | A) MEXICAN BEADED LIZARD | | | F | ADULT | HELODERMA HORRIDUM EXASPERATUM |
| 10 | | 133 | | MADACC 88 | MPD D28 | 209233 | 5/12/10 | D28 | B) MEXICAN BEADED LIZARD  BLACK ALVEREZI | | | M | ADULT | HELODERMA HORRIDUM ALVEREZI |
| 11 | | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 10 of 100   Document 75-1

| | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|
| | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | ESTIMATED VALUE AT DATE LOSS | ESTIMATED CURRENT VALUE 5/2019 |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | CENTRAL & SOUTH AMERICA, & CARIBBEAN | | | | NO VALUE | |
| 6 | | | | | | | | | |
| 7 | | | PRIVATE RESCUE | WILD CAUGHT ASIA, | | | | 50 | 50 |
| 8 | | | | | | | | | |
| 9 | 0.1.0 | Y | WILD CAUGHT | MEXICO & SOUTHERN GUATEMALA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 1K - 1,200 | 2K - 2,500 |
| 10 | 1.0.0 | | WILD CAUGHT | MEXICO & SOUTHERN GUATEMALA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 5K - 7 K | 7K - 9K |
| 11 | | | | | | | | | |

II CASE #16-534 LIZARD INVENTORY FROM THREE SOURCES (MPD, MADACC, WRITTEN NOTES) AS OF 8/2019

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC | SCIENTIFIC NAME |
| 1 | | | | | | | | | | | | | | |
| 12 | | 134 | 1 | 2323 S. 13TH ST. | | | SEIZED | AT UWP | LIZARD | | | M | | VARANOIDEA (GEN. ET SP. INDET.,) |
| 13 | | | | | | | | | | | | | | |
| 14 | 429 | 309 | 1 | WISCONSIN HUMANE SOCIETY 123 | #429 | | DUPE | | MEXICAN BEADED LIZARD MATE TO # 132 | | | M | ADULT | HELODERMA HORRIDUM EXASPERATUM |
| 15 | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 12 of 100   Document 75-1

| | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|
| | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | ESTIMATED VALUE AT DATE LOSS | ESTIMATED CURRENT VALUE 5/2019 |
| 1 | | | | | | | | | |
| 12 | 1.0.0 | | WILD CAUGHT | ASIA, AFRICA, & AUSTRALIA | | | | UNK | UNK |
| 13 | | | | | | | | | |
| 14 | 1.0.0 | | WILD CAUGHT GEORGE VAN HORN 1984 | | | | IMPORT ONLY WITH PERMIT APPENDIX II | 1K - 1,200 | 2K - 2,500 |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | TOTAL VALUE 5/2010 | | $7,050.00 | |
| 19 | | | | | | | TO | $9,450.00 | |
| 20 | | | | | | TOTAL VALUE 8/2019 | | $11,050.00 | |
| 21 | | | | | | | TO | $14,050.00 | |
| 22 | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 13 of 100   Document 75-1



PICTURE # 434

DESCRIPTION: WATER DRAGON

LOCATION: D16 / HANDWRITTEN LIST #28

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 428

DESCRIPTION:  MEXICAN BEARDED LIZARD -DIFFERENT SUB SPECIES
EXASPERATUM

LOCATION:  D27 / HANDWRITTEN LIST #128

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE  # 429

DESCRIPTION:  MEXICAN BEARDED LIZARD – H.H. EXASPERATUM

LOCATION:   HANDWRITTEN LIST  #123

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534

SECTION 5
RATS

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | TWO (2) RATTUS PLUS TWO (2) MISSING TOTAL OF FOUR (4) RATTUS | | | | | | | RATS | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | 315 | 4 | MPD HAND WRITTEN LIST | MPD MR 10 | | 5/12/10 | | GAMBIAN GIANT POUCHED RATS | | | | GERIATRIC |
| 6 | | 316 | | MPD HAND WRITTEN LIST | MPD MR 11 | | 5/12/10 | | GAMBIAN GIANT POUCHED RATS | | | | GERIATRIC |
| 7 | | | | MISSING ANIMAL | | | 5/12/10 | | GAMBIAN GIANT POUCHED RATS | | | | GERIATRIC |
| 8 | | | | MISSING ANIMAL | | | 5/12/10 | | GAMBIAN GIANT POUCHED RATS | | | | GERIATRIC |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 18 of 100   Document 75-1

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED/ CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS 5/12/10 | W APPROXIMATE CURRENT VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | CRICETOMYS GAMBIANUS | 1.0.0 | | W/C | | | | NOT AVAILABLE PER LACEY ACT | 120 - 150 | 500 - 800 |
| 6 | CRICETOMYS GAMBIANUS | 1.0.0 | | W/C | | | | NOT AVAILABLE PER LACEY ACT | 120 - 150 | 500 - 800 |
| 7 | CRICETOMYS GAMBIANUS | 0.1.0 | | W/C | | | | NOT AVAILABLE PER LACEY ACT | 120 - 150 | 500 - 800 |
| 8 | CRICETOMYS GAMBIANUS | 0.1.0 | | W/C | | | | NOT AVAILABLE PER LACEY ACT | 120 - 150 | 500 - 800 |
| 9 | | | | | | | | | TOTAL VALUE 5/2010  $480.00 | |
| 10 | | | | | | | | | TO  $600.00 | |
| 11 | | | | | | | | | TOTAL VALUE 8/2019  $2,000.00 | |
| 12 | | | | | | | | | TO  $3,200.00 | |

PAGE 2 OF 2

# SECTION 6
## SNAKES - ANACONDA

| | A | B | C | D | E | F | G | H | I / J / K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED 5/12/10 | WHERE FOUND | BREED / SPECIES | SEX M -F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | **SNAKE - ANACONDA** | | |
| 3 | TWENTY SEVEN (27) SNAKES PLUS FIVE (5) MISSING TOTAL THIRTY TWO (32) | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | 215 | 185 | 20 | MPD HAND WRITTEN LIST 211 | | TROVAN PIT TAG # T000 207475 | 5/12/10 | | A) GREEN ANACONDA | F | ADULT 11.6 FT |
| 6 | 404 | 186 | | MPD HAND WRITTEN LIST 146 | | TROVAN PIT TAG # T679 207974 | 5/12/10 | | B) GREEN ANACONDA | F | ADULT 19 FT |
| 7 | | 187 | | MADACC | | TROVAN PIT TAG # T667 207976 | 5/12/10 | | C) GREEN ANACONDA | F | ADULT 18 FT |
| 8 | 206 | 188 | | MPD HAND WRITTEN LIST 178 | | TROVAN PIT TAG # T068 207977 | 5/12/10 | | D) GREEN ANACONDA | F | ADULT 19 FT |
| 9 | 406 | 189 | | MPD HAND WRITTEN LIST 158 | | TROVAN PIT TAG # T229 207980 | 5/12/10 | | E) GREEN ANACONDA | M | ADULT 15.5 FT |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 21 of 100   Document 75-1

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y-N | Q CAPTIVE BRED / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT RETAIL VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | EUNECLES MURINUS | 0.1.0 | Y | W/C | GUYANA, SOUTH AMERICA | | NV | APPENDIX II RESTRICTED RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 5K - 6K | 40 K - 70 K |
| 6 | EUNECLES MURINUS | 0.1.0 | Y | STRICTLY REPTILES 2008 | GUYANA, SOUTH AMERICA | | NV | RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 5K - 7.5K | 40K - 70K |
| 7 | EUNECLES MURINUS | 0.1.0 | Y | W/C | GUYANA, SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 8K - 10K | 50 K - 75 K |
| 8 | EUNECLES MURINUS | 0.1.0 | Y | W/C | GUYANA, SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 10K - 12K | 50 K - 75 K |
| 9 | EUNECLES MURINUS | 1.0.0 | Y | W/C | GUYANA, SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER | 5K - 7.5K | 40K - 70K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 22 of 100   Document 75-1

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED 5/12/10 | WHERE FOUND | BREED / SPECIES | | | SEX M -F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 10 | 407 | 190 | | MPD HAND WRITTEN LIST 144 | | TROVAN PIT TAG # T798 207983 | 5/12/10 | | F) GREEN ANACONDA | | | M | ADULT 16 FT |
| 11 | | 191 | | MADACC | | TROVAN PIT TAG # T893 207985 | 5/12/10 | | G) GREEN ANACONDA | | | F | ADULT 6.5 FT |
| 12 | | 192 | | MADACC | | TROVAN PIT TAG # T504 207986 | 5/12/10 | | H) GREEN ANACONDA | | | M | ADULT 4 FT 3 N. |
| 13 | 29 | 193 | | MADACC | | TROVAN PIT TAG # T668 207987 | 5/12/10 | | I) GREEN ANACONDA | | | F | ADULT 5 FT 9 IN |
| 14 | 220 | 194 | | MADACC | | 207990 | 5/12/10 | | JJ) GREEN ANACONDA | | | | BABY #1 9 MO |
| 15 | 220 | 195 | | MADACC | | 207989 | 5/12/10 | | K) GREEN ANACONDA | | | | BABY #2 9 MO |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 23 of 100   Document 75-1

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE BRED / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS | APPROXIMATE CURRENT RETAIL VALUE 5/2019 |
| 1 | | | | | | | | | | |
| 10 | EUNECLES MURINUS | 1.0.0 | Y | W/C | GUYANA, SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 5K - 7.5K | 40K - 70K |
| 11 | EUNECLES MURINUS | 0.1.0 | Y | W/C | COLOMBIAN | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 300 - 350 | 30K - 50K |
| 12 | EUNECLES MURINUS | 1.0.0 | Y | W/C | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 200 - 250 | 5 K - 7 K |
| 13 | EUNECLES MURINUS | 0.1.0 | Y | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 300 - 350 | 3 K - 3.5 K |
| 14 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150 - 250 | 1800 - 2500 |
| 15 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150.00 | 6K - 12K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 24 of 100   Document 75-1

I CASE #:16-534 SNAKE - ANACONDA INVENTORY FROM THREE SOURCES (MPD, MADACC, WRITTEN NOTES) AS OF 8/2019

| A PIC # | B ITEM # | C TOTAL # OF EACH | D WHERE INVENTORIED | E WHICH LIST | F MADACC REGISTRATION # | G DATE REMOVED 5/12/10 | H WHERE FOUND | I J BREED / SPECIES | K | L SEX M-F | M APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 196 | | MADACC | | 207991 | 5/12/10 | | L) GREEN ANACONDA | | | BABY #3 9 MO |
| | 197 | | MADACC | | 207992 | 5/12/10 | | M) GREEN ANACONDA | | | BABY #4 9 MO |
| | 198 | | MADACC | | 207993 | 5/12/10 | | N) GREEN ANACONDA | | | BABY #5 9 MO |
| | 199 | | MADACC | | 207994 | 5/12/10 | | O) GREEN ANACONDA | | | BABY #6 9 MO |
| | 200 | | MADACC | | 207995 | 5/12/10 | | P) GREEN ANACONDA | | | BABY #7 9 MO |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 25 of 100   Document 75-1

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE BRED / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT RETAIL VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150.00 | 6K - 12K |
| 17 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150.00 | 6K - 12K |
| 18 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150.00 | 6K - 12K |
| 19 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150.00 | 6K - 12K |
| 20 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150.00 | 6K - 12K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 26 of 100   Document 75-1

| | A | B | C | D | E | F | G | H | I J K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED 5/12/10 | WHERE FOUND | BREED / SPECIES | SEX M -F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 21 | | 201 | | MADACC | | 207996 | 5/12/10 | | Q) GREEN ANACONDA | | BABY #8 9 MO |
| 22 | | 202 | | MADACC | | 207997 | 5/12/10 | | R) GREEN ANACONDA | | BABY #9 9 MO |
| 23 | | 203 | | MADACC | | 207998 | 5/12/10 | | S) GREEN ANACONDA | F | BABY #10 9 MO |
| 24 | | 204 | | MADACC | | 207990(?) | 5/12/10 | | T) GREEN ANACONDA | F | ADULT 11 FT 6 IN |
| 25 | 219 | 220 | 2 | MADACC 209 | | | 5/12/10 | | ANACONDA BABY | F | BABY #11 9 MO |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 27 of 100   Document 75-1

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE BRED / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT RETAIL VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150.00 | 6K - 12K |
| 22 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150.00 | 6K - 12K |
| 23 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150.00 | 6K - 12K |
| 24 | EUNECLES MURINUS | 0.1.0 | Y | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 1K - 1.5K | 45 K - 70 K |
| 25 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT CULLEN VIVARIUM 2009 | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | $150 | 6K - 12K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 28 of 100   Document 75-1

| | A | B | C | D | E | F | G | H | I J K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED 5/12/10 | WHERE FOUND | BREED / SPECIES | SEX M -F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 26 | 219 | 258 | | MADACC 210 | | | 5/12/10 | | ANACONDA BABY | | BABY #12 9 MO |
| 27 | | | | | | | | | | | |
| 28 | | 276 | 1 | MPD HAND WRITTEN LIST 178 | #206 | 207961 | 5/12/10 | | GREEN ANACONDA | F | 7.5 FT |
| 29 | | | | | | | | | | | |
| 30 | | 282 | 2 | MPD HAND WRITTEN LIST | | | 5/12/10 | | BABY ANACONDA | | BABY #13 |
| 31 | 221 | 284 | | MPD HAND WRITTEN LIST 206 | | 207098 | 5/12/10 | | BABY ANACONDA | | BABY #14 9 MO |
| 32 | | | | | | | | | | | |
| 33 | 401 | 298 | 2 | MPD HAND WRITTEN LIST 147 | | | 5/12/10 | | GREEN ANACONDA | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 29 of 100   Document 75-1

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE BRED / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT RETAIL VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT CULLEN VIVARIUM 2009 | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150 - 200 | 6 K - 12 K |
| 27 | | | | | | | | | | |
| 28 | EUNECLES MURINUS | 0.1.0 | Y | CAPTIVE BORN CULLEN VIVARIUM 2009 OR 2007 | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 350 - 450 | 40 K - 60 K 4/2019 SIZE = 16 FT |
| 29 | | | | | | | | | | |
| 30 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150 - 200 | 6K - 12 K |
| 31 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT CULLEN VIVARIUM 2009 | SOUTH AMERICA | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150 | 1800 - 2500 |
| 32 | | | | | | | | | | |
| 33 | EUNECLES MURINUS | | | STRICTLY REPTILES 2008 | | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150 - 200 | 2K - 2500 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED 5/12/10 | WHERE FOUND | BREED / SPECIES | | | SEX M -F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 34 | 405 | 301 | | MPD HAND WRITTEN LIST 145 | | TROVAN PIT TAG# T667 207978 | 5/12/10 | | GREEN ANACONDA | | | | |
| 35 | | | | | | | | | | | | | |
| 36 | | 336 | 5 | MISSING ANIMAL | | | 5/12/10 | | A) BABY GREEN ANACONDA | | | | BABY #15 9 MO |
| 37 | | 337 | | MISSING ANIMAL | | | 5/12/10 | | B) BABY GREEN ANACONDA | | | | BABY #16 9 MO |
| 38 | | 338 | | MISSING ANIMAL | | | 5/12/10 | | C) BABY GREEN ANACONDA | | | | BABY #17 9 MO |
| 39 | | 339 | | MISSING ANIMAL | | | 5/12/10 | | D) BABY GREEN ANACONDA | | | | BABY #18 9 MO |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 31 of 100   Document 75-1

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE BRED / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS | APPROXIMATE CURRENT RETAIL VALUE 5/2019 |
| 1 | | | | | | | | | | |
| 34 | EUNECLES MURINUS | | | STRICTLY REPTILES 2008 | | | NV | RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 5K - 7.5K | 40K - 70K |
| 35 | | | | | | | | | | |
| 36 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150 - 200 | 6K - 12K |
| 37 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150 - 200 | 6K - 12K |
| 38 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150 - 200 | 6K - 12K |
| 39 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150 - 200 | 6K - 12K |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 32 of 100   Document 75-1

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED 5/12/10 | WHERE FOUND | BREED / SPECIES | | | SEX M -F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 40 | | 340 | | MISSING ANIMAL | | | 5/12/10 | | E) BABY GREEN ANACONDA | | | | BABY #19 9 MO |
| 41 | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 33 of 100   Document 75-1

I CASE #:16-534 SNAKE - ANACONDA  INVENTORY FROM THREE SOURCES (MPD, MADACC, WRITTEN NOTES) AS OF 8/2019

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE BRED / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS | W APPROXIMATE CURRENT RETAIL VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 40 | EUNECLES MURINUS | 0.0.1 | | CAPTIVE BORN AT FACILITY | | | NV | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 150 - 200 | 6K - 12K |
| 41 | | | | | | | | TOTAL VALUE 5/2010  $48,150.00 | | |
| 42 | | | | | | | | TO  $64,400.00 | | |
| 43 | | | | | | | | TOTAL VALUE 8/2019  $530,600.00 | | |
| 44 | | | | | | | | TO $902,000.00 | | |
| 45 | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 34 of 100   Document 75-1



PICTURE # 215

DESCRIPTION: ANACONDA

LOCATION: HANDWRITTEN LIST #211

          MADACC TROVAN PIT #T000 207475

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

          OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 404

DESCRIPTION: ANACONDA

LOCATION: HANDWRITTEN LIST #146

TROVAN PIT TAG# T079 207974

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 206

DESCRIPTION:  GREEN ANACONDA

LOCATION:        HANDWRITTEN LIST  #178

MADACC TROVAN PIT # T068 207977

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 406

DESCRIPTION: ANACONDA

LOCATION: HANDWRITTEN LIST #158

TROVAN PIT TAG# T229 207980

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 407

DESCRIPTION:  ANACONDA

LOCATION:  HANDWRITTEN LIST #144

TROVAN PIT TAG# T229  207983

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 29

DESCRIPTION: ANACONDA BABY

LOCATION:     HANDWRITTEN LIST  #214 /

            MADACC REGISTRATION  207987

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

            OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE  # 220

DESCRIPTION:  TWO (2)  SEPARATE  ANACONDA(S)

LOCATION:  A)  HANDWRITTEN LIST  #194

                    MADACC 207989

              B) HANDWRITTEN LIST # 195

                    MADACC 207990

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

              OR

           B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 219

DESCRIPTION: TWO (2) SEPARATE ANACONDA(S)

LOCATION: A) HANDWRITTEN LIST #209

B) HANDWRITTEN LIST # 210

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 221

DESCRIPTION: BABY ANACONDA

LOCATION: HANDWRITTEN LIST #206

    MADACC 207098

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 401

DESCRIPTION: ANACONDA

LOCATION: HANDWRITTEN LIST #147

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 405

DESCRIPTION: ANACONDA

LOCATION: HANDWRITTEN LIST #145

            TROVAN PIT TAG# T667 207978

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

          OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534

# SECTION 7
# SNAKES - BOA

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | THIRTY EIGHT (38) BOA | | | | | | SNAKE - BOA | | | |
| 4 | | | | | | | | | | | | |
| 5 | | 153 | 2 | MADACC 204 | MPD D1 | 209217 | 5/12/10 | D1 | | A) KENYAN SAND BOA | M | ADULT |
| 6 | 8 | 154 | | MADACC 202 | MPD D3 | 209219 | 5/12/10 | D3 | | B) KENYAN SAND BOA | F | ADULT |
| 7 | | | | | | | | | | | | |
| 8 | 204 | 155 | 14 | MADACC 180 | MPD D33 | 209235 | 5/12/10 | D33 | | A) BOA CONSTRICTOR | UNK | UNK |
| 9 | 127 | 157 | | MADACC LAKE TOWER DNS 27 | MPD D14 | 209290 | 5/12/10 | D14 | | C) BOA CONSTRICTOR BRAZILIAN BOA | | ADULT |
| 10 | 20 | | | MADACC LAKE TOWER DNS 37 | MPD D15 | 209291 | 5/12/10 | D15 | | BOA CONSTRICTOR LONGICAUDA | | ADULT |
| 11 | 125 | 158 | | MADACC LAKE TOWER DNS 28 | MPD D16 | 209272 | 5/12/10 | D16 | | D) BOA CONSTRICTOR | F | ADULT |

PAGE 1 OF 12

| | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT / RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE 5/2019 |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | ERYX COLUBRINUS | 1.0.0 | | CAPTIVE BORN | KENYA & NORTH EASTERN AFRICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 80 - 100 | 150 - 200 |
| 6 | ERYX COLUBRINUS | 0.1.0 | | WILD CAUGHT PURCHASED AT NARB 2007 | KENYA & NORTH EASTERN AFRICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 125 - 150 | 250 - 300 |
| 7 | | | | | | | | | | |
| 8 | BOA CONSTRICTOR | UNK | | WHS RESCUE | SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 100 - 150 | 200 - 250 |
| 9 | BOA CONSTRICTOR | | | WILD CAUGHT HANK MOLT 1977 | CENTRAL BRAZIL | | | IMPORT ONLY WITH PERMIT APPENDIX II | 1400 - 1500 | 4K - 5K |
| 10 | BOA CONSTRICTOR | | | WHS RESCUE | | | | IMPORT ONLY WITH PERMIT APPENDIX II | 800 - 1K | 1K - 1,200 |
| 11 | BOA CONSTRICTOR | 0.1.0 | | WILD CAUGHT PET FARM 1978 | GUYANA SIOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 1400 - 1500 | 4K - 5K |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M - F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 12 | 1 | 159 | | MADACC LAKE TOWER DNS 29 | MPD D55 | 309316 | 5/12/10 | D55 | E) BOA CONSTRICTOR | | | ADULT |
| 13 | 107 | 160 | | MADACC LAKE TOWER DNS 30 | MPD D53 | 209314 | 5/12/10 | D53 | F) BOA CONSTRICTOR | | F | ADULT 7 - 8 FT |
| 14 | 108 | 161 | | MADCC LAKE TOWER DNS 31 | MDP D52 | 209313 | 5/12/10 | D52 | G) BOA CONSTRICTOR | | | ADULT |
| 15 | 111 | 162 | | MADACC LAKE TOWER DNS 33 | MPD D29 | 209299 | 5/12/10 | D29 | H) BOA CONSTRICTOR | | F | ADULT |
| 16 | 103 | 163 | | MADACC LAKE TOWER DNS 36 | MPD D13 | 209289 | 5/12/10 | D13 | I) BOA CONSTRICTOR | | | ADULT |
| 17 | 130 | 164 | | MADACC LAKE TOWER DNS 38 | MPD D34 | 209302 | 5/12/10 | D34 | J) BOA CONSTRICTOR | | | ADULT |
| 18 | 112 | 165 | | MADACC LAKE TOWER DNS 39 | MPD D51 | 209312 | 5/12/10 | D51 | K) BOA CONSTRICTOR | | M | ADULT |

| | M SCIENTIFIC NAME | N RATIO 0.0.0. | O BREED Y - N | P CAPTIVE / WILD CAUGHT / RESCUE | Q NATIVE ORIGIN | R IMPORTED & FROM WHERE | S VENOMOUS/ NON VENOMOUS | T IMPORTED / CITES REQUIRES | U APPROXIMATE VALUE AT DATE LOSS 5/12/10 | V APPROXIMATE CURRENT VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | BOA CONSTRICTOR | 0.0.1 | | RESCUE UNK ORIGIN | GUYANA, SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 135 - 150 | 200 - 250 |
| 13 | PURE BRED LETICIA BOA CONSTRICTOR | 0.1.0 | | WILD CAUGHT BUZZ PARE 1987 | COLUMBIA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 350 - 400 | 1400 - 1500 |
| 14 | BOA CONSTRICTOR | 0.0.1 | | WHS RESCUE | SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 75 - 100 | 150 - 200 |
| 15 | BOA CONSTRICTOR | 0.1.0 | | WHS RESCUE | SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 100 - 150 | 250 - 275 |
| 16 | LETICIA BOA CONSTRICTOR | | | HANK MOLT | COLUMBIA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 150 - 200 | 250 - 300 |
| 17 | BOA CONSTRICTOR | 0.0.1 | | WHS RESCUE | SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 75 - 100 | 150 - 200 |
| 18 | PURE BRED LETICIA BOA CONSTRICTOR | 1.0.0 | | CAPTIVE BORN CULLEN VIVARIUM 2000 | COLUMBIA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 250 - 300 | 1200 - 1300 |

PAGE 4 OF 12

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 19 | 2 | 166 | | MADACC LAKE TOWER DNS 40 | MPD D26 | 209298 | 5/12/10 | D26 | L) BOA CONSTRICTOR | | | |
| 20 | 264 | 167 | | MADACC LAKE TOWER DNS 44 | MPD D49 | 209301 | 5/12/10 | D49 | M) BOA CONSTRICTOR | | | |
| 21 | 101 | 168 | | MADACC LAKE TOWER DNS 45 | MPD D22 | 209293 | 5/12/10 | D22 | N) BOA CONSTRICTOR | | M | ADULT |
| 22 | 25 | 169 | | MADACC LAKE TOWER DNS 46 | MPD D50 | 209311 | 5/12/10 | D50 | O) HOGG ISLAND BOA | | F | ADOLESCENT |
| 23 | 105 | 170 | | MADACC LAKE TOWER DNS 47 | MPD D32 | 209301 | 5/12/10 | D32 | P) BOA CONSTRICTOR | | F | ADULT |
| 24 | 102 | 171 | | MADACC LAKE TOWER DNS 48 | MPD D36 | NO NUMBER | 5/12/10 | D36 | Q) BOA CONSTRICTOR | | F | ADULT |
| 25 | 11 | 172 | | MADACC LAKE TOWER DNS 50 | MPD D54 | 209315 | 5/12/10 | D54 | R) BOA CONSTRICTOR | | | UNK |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 51 of 100   Document 75-1

| | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT / RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE 5/2019 |
| 19 | BOA CONSTRICTOR | 0.0.1 | | WHS RESCUE | SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 100 - 150 | 200 - 250 |
| 20 | BOA CONSTRICTOR | | | WHS RESCUE | | | | IMPORT ONLY WITH PERMIT APPENDIX II | 3K - 4K | 10K - 12K |
| 21 | BOA CONSTRICTOR | | | WILD CAUGHT HANK MOLT 2002 | CENTRAL BRAZIL | | | IMPORT ONLY WITH PERMIT APPENDIX II | 1500 - 2000 | 4K - 5K |
| 22 | BOA CONSTRICTOR | 0.1.0 | | CAPTIVE BORN DAYTONA EXPO 1997 | | | | IMPORT ONLY WITH PERMIT APPENDIX II | 250 - 300 | 500 - 675 |
| 23 | BOA CONSTRICTOR | 0.1.0 | | WILD CAUGHT STRICTLY REPTILES 1985 | PERU | | | IMPORT ONLY WITH PERMIT APPENDIX II | 1000 - 1200 | 3500 - 4000 |
| 24 | BOA CONSTRICTOR | 0.1.0 | | WILD CAUGHT | PERU | | | IMPORT ONLY WITH PERMIT APPENDIX II | 1000 - 1500 | 3500 - 4000 |
| 25 | BOA CONSTRICTOR | 0.0.1 | | UNK | | | | IMPORT ONLY WITH PERMIT APPENDIX II | 150 - 175 | 200 - 225 |

PAGE 6 OF 12

| A PIC # | B ITEM # | C TOTAL # OF EACH | D WHERE INVENTORIED | E WHICH LIST | F MADACC REGISTRTION # | G DATE REMOVED | H WHERE FOUND | I BREED / SPECIES | J | K SEX M-F | L APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 173 | | MADACC 53 LAKE TOWER DNS 53 | MPD D24 | 209296 | 5/12/10 | D24 | S) BOA CONSTRICTOR | | | ADULT |
| 24 | 174 | | MADACC LAKE TOWER DNS 55 | MPD D45 | 209306 | 5/12/10 | D45 | T) BOA CONSTRICTOR | | F | ADULT |
| 129 | 175 | | MADACC LAKE TOWER DNS 56 | MPD D7 | 209284 | 5/12/10 | D7 | U) BOA CONSTRICTOR IS A BRAZILIAN BOA | | F | ADULT |
| 9 | 176 | 5 | MADACC LAKE TOWER DNS 25 | MPD D56 | 209317 | 5/12/10 | D56 | A) MADAGASCAR GROUND BOA | | F | ADULT 9 YRS 9 FT GRAVID |
| 10 | 177 | | MADACC LAKE TOWER DNS 26 | MPD D36 | 209303 | 5/12/10 | D36 | B) MADAGASCAR GROUND BOA | | F | ADULT BREEDER 8 - 9 FT / RARE BLOOD LINE |
| 104 | 178 | | MADACC LAKE TOWER DNS 35 | MPD D57 | 209318 | 5/12/10 | D57 | MADAGASCAR GROUND BOA | | F | ADULT BREEDER 8 - 9 FT |
| 26 | 179 | | MADACC LAKE TOWER DNS 49 | MPD D6 | 209283 | 5/12/10 | D6 | MADAGASCAR GROUND BOA | | F | ADULT 8 FT RARE BLOOD LINE |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 53 of 100   Document 75-1

| | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT / RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE 5/2019 |
| 1 | | | | | | | | | | |
| 26 | BOA CONSTRICTOR | 0.0.1 | | WHS RESCUE | SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 100 - 125 | 200 - 250 |
| 27 | LETICIA BOA CONSTRICTOR | 0.1.0 | | WILD CAUGHT BUZZ PARE' 1982 | COLUMBIAN | | | IMPORT ONLY WITH PERMIT APPENDIX II | 1400 - 1500 | 2800 - 3100 |
| 28 | BOA CONSTRICTOR | 0.1.0 | | WILD CAUGHT HANK MOLT 1977 | CENTRAL BRAZIL | | | IMPORT ONLY WITH PERMIT APPENDIX II | 1400 - 1500 | 4K - 5K |
| 29 | | | | | | | | | | |
| 30 | MADAGASOARIENSIS ACRANTOPHIS | 0.1.0 | Y | WILD CAUGHT D.H. REPTILES 2005 | MADAGASCAR | | | APPENDIX I NO LONGER AVAILABLE | 5K - 7K APPENDIX I | 12K - 14K APPENDIX I |
| 31 | MADAGASOARIENSIS ACRANTOPHIS | 0.1.0 | | WILD CAUGHT D.H REPTILES 2005 | MADAGASCAR | | | APPENDIX I NO LONGER AVAILABLE | 5K - 7K APPENDIX I | 12K - 14K APPENDIX I |
| 32 | MADAGASOARIENSIS ACRANTOPHIS | 0.1.0 | | WILD CAUGHT D.H. REPTILES 2005 | MADAGASCAR GROUND BOA | | | APPENDIX I NO LONGER AVAILABLE | 5K - 7K APPENDIX I | 12K - 14K APPENDIX I |
| 33 | MADAGASOARIENSIS ACRANTOPHIS | 0.1.0 | | WILD CAUGHT D.H. REPTILES 2005 | MADAGASCAR GROUND BOA | | | APPENDIX I NO LONGER AVAILABLE | 5K - 7K APPENDIX I | 12K - 14K APPENDIX I |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 54 of 100   Document 75-1

| | A PIC # | B ITEM # | C TOTAL # OF EACH | D WHERE INVENTORIED | E WHICH LIST | F MADACC REGISTRTION # | G DATE REMOVED | H WHERE FOUND | I BREED / SPECIES | | K SEX M -F | L APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 106 | 180 | | MADACC LAKE TOWER DNS 57 | MPD D58 | 209309 | 5/12/10 | D58 | MADAGASCAR GROUND BOA | | M | ADULT 8 FT RARE BLOOD LINE |
| 35 | | | | | | | | | | | | |
| 36 | 120 | 181 | 2 | MADACC 197 | MPD D10 | 209224 | 5/12/10 | D10 | A) SOLOMON ISLAND BOA | | | 1 FT 8 IN |
| 37 | 124 | 182 | | MADACC 196 | MPD D44 | 209243 | 5/12/10 | D44 | B) SOLOMON ISLAND BOA | | | ADULT |
| 38 | | | | | | | | | | | | |
| 39 | 208 | 183 | 1 | MADACC 176 | MPD D43 | 209242 | 5/12/10 | D43 | RAINBOW BOA | | | 1 FT 8 IN |
| 40 | | | | | | | | | | | | |
| 41 | 128 | 184 | 1 | MADACC LAKE TOWER DNS 42 | MPD D48 | 209309 | 5/12/10 | D48 | COLUMBIAN RAINBOW BOA | | | 1 FT 8 IN |
| 42 | | | | | | | | | | | | |
| 43 | | 217 | | MADACC LAKE TOWER DNS | | | | | ACRANTOPHIS MADAGASCARIENSIS | | F | ADULT |
| 44 | | 235 | | MADACC LAKE TOWER DNS | | | | | ACRANTOPHIS MADAGASCARIENSIS | | F | ADULT |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 55 of 100   Document 75-1

| | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT / RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE 5/2019 |
| 34 | MADAGASOARIENSIS ACRANTOPHIS | 0.1.0 | | WILD CAUGHT D.H. REPTILES 2005 | MADAGASCAR GROUND BOA | | | APPENDIX I NO LONGER AVAILABLE | 5K - 7K APPENDIX I | 12K - 14K APPENDIX I |
| 35 | | | | | | | | | | |
| 36 | CANDOIA CARINATA PAULSONI | | | CAPTIVE BORN HATCHED AT CULLEN VIVARIUM | SOLOMON ISLANDS | | | IMPORT ONLY WITH PERMIT APPENDIX II | 100 - 120 | 175 - 200 |
| 37 | CANDOIA CARINATA PAULSONI | | | WILD CAUGHT JOE FAUCY 1990 | SOLOMON ISLANDS | | | IMPORT ONLY WITH PERMIT APPENDIX II | 100 - 120 | 175 - 200 |
| 38 | | | | | | | | | | |
| 39 | EPICRATES CENCHRIA ALVAREZI | | | WILD CAUGHT NARB 2010 | CENTRAL / SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 300 - 350 | 450 - 550 |
| 40 | | | | | | | | | | |
| 41 | EPICRATES CENCHRIA ALVAREZI | | | WILD CAUGHT HOGTOWN HERPETOLOGIC 1994 | CENTRAL / SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 300 - 350 | 450 - 550 |
| 42 | | | | | | | | | | |
| 43 | ACRANTOPHIS MADAGASCARIENSIS | | | WILD CAUGHT D.H. REPTILES 2005 | MADAGASCAR | | | APPENDIX I NO LONGER AVAILABLE | 5K - 7K APPENDIX I | 12K - 14K APPENDIX I |
| 44 | ACRANTOPHIS MADAGASCARIENSIS | | | WILD CAUGHT BUZZ PARE' 1982 | MADAGASCAR | | | APPENDIX I NO LONGER AVAILABLE | 5K - 7K APPENDIX I | 12K - 14K APPENDIX I |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 56 of 100   Document 75-1

I CASE 16-534 SNAKE - BOA INVENTORY FROM THREE SOURCES (MPD, MADACC, WRITTEN NOTES) AS OF 8/2019

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 1 | | | | | | | | | | | | |
| 45 | | 237 | | MADACC LAKE TOWER DNS | | | | | HOG ISLAND BOA | | M | |
| 46 | | 241 | | MADACC LAKE TOWER DNS | | | | | HOG ISLAND BOA | | F | |
| 47 | | 246 | | MADACC LAKE TOWER DNS | | | | | HOG ISLAND BOA | | F | |
| 48 | | 271 | 1 | MPD HAND WRITTEN LIST 106 | #106 | | | | MADAGASCAR GROUND BOA | | M | ADULT |
| 49 | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | |
| 51 | | | | | | | | | | | | |
| 52 | | | | | | | | | | | | |

PAGE 11 OF 12

| | M SCIENTIFIC NAME | N RATIO 0.0.0. | O BREED Y - N | P CAPTIVE / WILD CAUGHT / RESCUE | Q NATIVE ORIGIN | R IMPORTED & FROM WHERE | S VENOMOUS/ NON VENOMOUS | T IMPORTED / CITES REQUIRES | U APPROXIMATE VALUE AT DATE LOSS 5/12/10 | V APPROXIMATE CURRENT VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 45 | BOA CONSTRICTOR | | | | CAYOS CACHINOS ISLANDS OF SANTA ELENA, ROATAN | | | IMPORT ONLY WITH PERMIT APPENDIX II | 200 | 350 |
| 46 | BOA CONSTRICTOR | | | WHS RESCUE | | | | IMPORT ONLY WITH PERMIT APPENDIX II | 200 | 350 |
| 47 | BOA CONSTRICTOR | | | | | | | IMPORT ONLY WITH PERMIT APPENDIX II | 200 | 350 |
| 48 | ACRANTOPHIS MADAGASCARIENSIS | | | D.H. REPTILES 2005 | | | | APPENDIX I NO LONGER AVAILABLE | 2K - 5K | 5K - 7K |
| 49 | | | | | | | | TOTAL VALUE 5/2010 $52,740.00 | | |
| 50 | | | | | | | | TO $73,090.00 | | |
| 51 | | | | | | | | TOTAL VALUE 8/2019 $132,500.00 | | |
| 52 | | | | | | | | TO $159,175.00 | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 58 of 100   Document 75-1



PICTURE # 8

DESCRIPTION: KENYAN SAND BOA

LOCATION: D3 / HANDWRITTEN LIST #202

           MADACC REGISTRATION 209219

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

          OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 204

DESCRIPTION:  BOA CONSTRICTOR

LOCATION:  D33 /   HANDWRITTEN LIST #180

        MADACC REGISTRATION 209235

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 127

DESCRIPTION: BRAZILIAN BOA –
             MIS-IDENTIFIED AS PERUVIAN BOA

LOCATION: D14 / HANDWRITTEN LIST #27

          MADACC REGISTRATION 209290

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

       OR

       B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 20

DESCRIPTION: BOA CONSTRICTOR

LOCATION: D15 / HANDWRITTEN LIST #37

           MADACC REGISTRATION 209291

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

       OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 125

DESCRIPTION: PERUVIAN BOA

LOCATION: D16 / HANDWRITTEN LIST #28

MADACC REGISTRATION 209272

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

---------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 1

DESCRIPTION: BOA CONSTRICTOR  ROSTNAL LUMP

LOCATION:  D55 / HANDWRITTEN LIST  #29

                MADACC  REGISTRATION 309316

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

            OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

---

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 107

DESCRIPTION:  BOA CONSTRICTOR

LOCATION:  D24 / HANDWRITTEN LIST  #53

          MADACC REGISTRATION 209294

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

         OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 108

DESCRIPTION: BOA CONSTRICTOR

LOCATION: D52 / HANDWRITTEN LIST #31

MADACC REGISTRATION 209313

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 111

DESCRIPTION:  BOA CONSTRICTOR

LOCATION:  D29 /  HANDWRITTEN LIST  #33

        MADACC REGISTRATION 209299

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 103

DESCRIPTION: BOA CONSTRICTOR

LOCATION: D13 / HANDWRITTEN LIST #36

MADACC REGISTRATION 209289

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 130

DESCRIPTION: BOA CONSTRICTOR

LOCATION: D34 / HANDWRITTEN LIST #38

MADACC REGISTRATION 209302

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 112

DESCRIPTION:  BOA CONSTRICTOR

LOCATION:  D51 / HANDWRITTEN LIST  #39

MADACC REGISTRATION 209312

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 2

DESCRIPTION: BOA CONSTRICTOR

LOCATION: D26 / HANDWRITTEN LIST #40

        MADACC REGISTRATION 209298

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

        OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 264

DESCRIPTION: BOA CONSTRICTOR

LOCATION: D49 / HANDWRITTEN LIST 44

MADACC REGISTRATION 209310

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 101

DESCRIPTION: BOA CONSTRICTOR

LOCATION: D22   HANDWRITTEN LIST  #45

        MADACC REGISTRATION 209293

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 25

DESCRIPTION: HOGG ISLAND BOA

LOCATION: D50 / HANDWRITTEN LIST #46

MADACC REGISTRATION 209311

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 105

DESCRIPTION:  BOA CONSTRICTOR

LOCATION:  D32 /  HANDWRITTEN LIST  #47

               MADACC REGISTRATION 209301

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 102

DESCRIPTION:  BOA CONSTRICTOR

LOCATION: D36   HANDWRITTEN LIST  #48

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 11

DESCRIPTION: BOA CONSTRICTOR

LOCATION: D54 / HANDWRITTEN LIST #50

MADACC REGISTRATION 209315

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 3

DESCRIPTION: BOA CONSTRICTOR

LOCATION: D53 / HANDWRITTEN LIST #30

   MADACC REGISTRATION 209314

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

   OR

   B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 24

DESCRIPTION: BOA CONSTRICTOR

LOCATION: D45 / HANDWRITTEN LIST #55

        MADACC REGISTRATION 209306

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

        OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 129

DESCRIPTION:  BOA CONSTRICTOR
                  MIS-IDENTIFIED  IS A BRAZILIAN BOA

LOCATION:  D7  / HANDWRITTEN LIST  #56

              MADACC REGISTRATION 209284

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 9

DESCRIPTION:  MADAGASCAR GROUND BOA

LOCATION:  D56 /  HANDWRITTEN LIST  #25

          MADACC REGISTRATION 209317

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

       OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 10

DESCRIPTION:  MADAGASCAR GROUND  BOA

LOCATION:  D36 /  HANDWRITTEN LIST  #26

        MADACC REGISTRATION 209303

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

       OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

---------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 104

DESCRIPTION:  MADAGASCAR GROUND BOA

LOCATION:  D57 /  HANDWRITTEN LIST  #35

        MADACC REGISTRATION 209318

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 26

DESCRIPTION: MADAGASCAR GROUND BOA

LOCATION:  D6 / HANDWRITTEN LIST  #49

            MADADD REGISTRATION 209283

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 106

DESCRIPTION:  MADAGASCAR GROUND BOA

LOCATION: D58 / HANDWRITTEN LIST  #57

        MADACC REGISTRATION 209319

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 120

DESCRIPTION:  SOLOMON ISLAND BOA

LOCATION:  D10  / HANDWRITTEN LIST  #197

             MADACC REGISTRATION 209224

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

           OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 124

DESCRIPTION: SOLOMON ISLAND BOA

LOCATION: D44 / HANDWRITTEN LIST #196

           MADACC REGISTRATION 209243

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 208

DESCRIPTION:  RAINBOW BOA

LOCATION:   D43 /   HANDWRITTEN LIST  #176

                MADACC REGISTRATION 209242

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 128

DESCRIPTION:  COLUMBIAN RAINBOW BOA

LOCATION:  D48  / HANDWRITTEN LIST  #42

        MADACC REGISTRATION 209309

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534

SECTION 8
SNAKES - MISC

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC | SCIENTIFIC NAME |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | SNAKE MISCELANEOUS | | | | |
| 3 | | TWENTY EIGHT (28) SNAKES | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | 433 | 205 | 1 | MADACC 125 | | TROVAN PIT TAG # T401 207958 | 5/12/10 | | BLACK PSEUDOBOA | | F | ADULT | PSEUDOBOA NIGRA |
| 6 | | | | | | | | | | | | | |
| 7 | 5 | 206 | 1 | MADACC LAKE TOWER DNS | MPD D12 | 208287 | 5/12/10 | D12 | CORN SNAKE | | | UNK | ELAPHE GULTAFA |
| 8 | | | | | | | | | | | | | |
| 9 | 119 | 207 | 1 | MADACC LAKE TOWER DNS | MPD IB12 | 209257 | 5/12/10 | IB12 | GRAY RATSNAKE | | | ADULT | ELAPHE OBSOLETA SPILOIDES |
| 10 | | | | | | | | | | | | | |
| 11 | 114 | 208 | 1 | MADACC | MPD IB7 | 209251 | 5/12/10 | IB7 | KINGSNAKE | | | BABY | LAMPROPALITIS GETULA |
| 12 | | | | | | | | | | | | | |
| 13 | 113 | 209 | 1 | MADACC 198 | MPD D2 | 209218 | 5/12/10 | D2 | CALIFORNIA KINGSNAKE | | | BABY 1 FT 4 IN | LAMPROPITIS GETULA CALIFORNIES |
| 14 | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 91 of 100   Document 75-1

| | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|
| | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE 5/2019 |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | 0.1.0 | | W/C | GUATEMALAL TO BRAZIL | | | | 400 - 450 | 700 – 800 |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | 0.0.1 | | W/C RESCUE | U.S.A | | | | 25 - 30 | 50 - 75 |
| 8 | | | | | | | | | |
| 9 | | | PRIVATE RESCUE 2008 | U.S.A | | | | 30 - 40 | 50 - 75 |
| 10 | | | | | | | | | |
| 11 | 0.0.1 | | CAPTIVE BORN NARB AUCTION 2009 | U.S.A. | | | | 50 - 60 | 80 - 100 |
| 12 | | | | | | | | | |
| 13 | 0.0.1 | | CAPTIVE BORN NABR AUCTION 2009 | U.S.A. | | | | 110 - 120 | 175 - 200 |
| 14 | | | | | | | | | |

PAGE 2 OF 10

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC | SCIENTIFIC NAME |
| 1 | | | | | | | | | | | | | |
| 15 | 118 | 210 | 1 | MADACC 173 | MPD IB14 | 209260 | 5/12/10 | IB14 | BLACK KINGSNAKE | | | ADOLESCENT 2 FT | LAMPROPITIS GETULA NIGRA |
| 16 | | | | | | | | | | | | | |
| 17 | 431 | 211 | 3 | MADACC 182 | MPD D42 | 209241 | 5/12/10 | D42 | GIANT MADAGASCAR HOGNOSE | | M | JUVENILE 1 FT 8 IN | LEIOHETERODON MADAGASCARIENSIS |
| 18 | 430 | 212 | | MADACC | MPD D11 | 209225 | 5/12/10 | D11 | BLONDE MADAGASCAR HOGNOSE | | F | JUVENILE 2 FT 4 IN | LIEHETERODON MODESTUS / |
| 19 | | | | | | | | | | | | | |
| 20 | | 214 | 35 | MADACC LAKE TOWER DNS | | | | | BLACK PSEUDOBOA | | F | ADULT | PSEUDOBOA NIGRA |
| 21 | | 215 | | MADACC LAKE TOWER DNS | | | | | BLACK PSEUDOBOA | | F | ADULT | PSEUDOBOA NIGRA |
| 22 | | 216 | | MADACC LAKE TOWER DNS | | | | | BLACK PSEUDOBOA | | M | ADULT | PSEUDOBOA NIGRA |
| 23 | | | | | | | | | | | | | |
| 24 | | 218 | | MADACC LAKE TOWER DNS | | | | | BLACK PSEUDOBOA | | M | ADULT | PSEUDOBOA NIGRA |

| | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|
| | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE 5/2019 |
| 1 | | | | | | | | | |
| 15 | 0.0.1 | | CAPTIVE BORN NARB AUCTION 2009 | U.S.A. | | | | 60 - 75 | 125 - 150 |
| 16 | | | | | | | | | |
| 17 | 1.0.0 | | WILD CAUGHT PERFECT PETS AT DAYTONA AEXPO 2009 | NORTHERN SOUTH AMERICA | | OPISTHOGLYPHIC | | 150 - 175 | 350 - 450 |
| 18 | 0.1.0 | | WILD CAUGHT | MALAGASY REPUBLIC | | OPISTHOGLYPHIC | | 150 - 175 | 350 - 450 |
| 19 | | | | | | | | | |
| 20 | 0.1.0 | | WILD CAUGHT | MALAGASY REPUBLIC | | | | 400 - 450 | 700 - 800 |
| 21 | 0.1.0 | | WILD CAUGHT | SOUTH AMERICA | | | | 400 - 450 | 700 - 800 |
| 22 | 1.0.0 | | BORN AT CULLEN FACILITY | SOUTH AMERICA | | | | 400 - 450 | 700 - 800 |
| 23 | | | | | | | | | |
| 24 | 1.0.0 | | BORN AT CULLEN FACILITY | SOUTH AMERICA | | | | 400 - 450 | 700 - 800 |

Case 2:16-cv-00534-NJ Filed 09/12/19 Page 94 of 100 Document 75-1

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC | SCIENTIFIC NAME |
| 25 | | 219 | | MADACC LAKE TOWER DNS | | | | | BLACK PSEUDOBOA | | M | ADULT | PSEUDOBOA NIGRA |
| 26 | | 236 | | MADACC LAKE TOWER DNS | | | | | BLACK PSEUDOBOA | | M | ADULT | PSEUDOBOA NIGRA |
| 27 | | 238 | | MADACC LAKE TOWER DNS | | | | | BLACK PSEUDOBOA | | F | ADULT | PSEUDOBOA NIGRA |
| 28 | | 239 | | MADACC LAKE TOWER DNS | | | | | BLACK PSEUDOBOA | | F | ADULT | PSEUDOBOA NIGRA |
| 29 | | 240 | | MADACC LAKE TOWER DNS | | | | | BLACK PSEUDOBOA | | F | ADULT | PSEUDOBOA NIGRA |
| 30 | | 242 | | MADACC LAKE TOWER DNS | | | | | CALIFORNIA KING SNAKE | | M | JUVENILE | CALIFORNIA KING |
| 31 | | 243 | | MADACC LAKE TOWER DNS | | | | | CALIFORNIA KING SNAKE | | F | JUVENILE | CALIFORNIA KING |
| 32 | | 244 | | MADACC LAKE TOWER DNS | | | | | RED MUSSURANA | | M | ADULT | CLELIA RUSTICA |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 95 of 100   Document 75-1

| | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RATIO 0.0.0. | BREED Y- N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE 5/2019 |
| 25 | 1.0.0 | | BORN AT CULLEN FACILITY | SOUTH AMERICA | | | | 400 - 450 | 700 - 800 |
| 26 | 1.0.0 | | BORN AT CULLEN FACILITY | SOUTH AMERICA | | | | 400 - 450 | 700 - 800 |
| 27 | 0.1.0 | | BORN AT CULLEN FACILITY | SOUTH AMERICA | | | | 400 - 450 | 700 - 800 |
| 28 | 0.1.0 | | BORN AT CULLEN FACILITY | SOUTH AMERICA | | | | 400 - 450 | 700 - 800 |
| 29 | 0.1.0 | | BORN AT CULLEN FACILITY | SOUTH AMERICA | | | | 400 - 450 | 700 - 800 |
| 30 | 1.0.0 | | WILD CAUGHT PRIVATE RESCUE | CALIFORNIA | | | | 40 - 50 | 60 - 70 |
| 31 | 0.1.0 | | WILD CAUGHT WHS RESCUE | CALIFORNIA | | | | 40 - 50 | 60 - 70 |
| 32 | 0.0.1 | | WILD CAUGHT | S. SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 250 - 325 | 650 - 700 |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 96 of 100   Document 75-1

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC | SCIENTIFIC NAME |
| 33 | | 245 | | MADACC LAKE TOWER DNS | | | | | RED MUSSURANA | | F | ADULT | CLELIA RUSTICA |
| 34 | | 247 | | MADACC LAKE TOWER DNS | | | | | MUSSURANA | | | | CLELIA CLELIA |
| 35 | | 248 | | MADACC LAKE TOWER DNS | | | | | MUSSURANA | | M | JUVENILE | CLELIA CLELIA |
| 36 | | | | | | | | | | | | | |
| 37 | | 312 | 1 | MPD HAND WRITTEN LIST 125 | #433 | | | | MUSSURANA | | F | JUVENILE | CLELIA CLELIA |
| 38 | | | | | | | | | | | | | |
| 39 | 21 | | 3 | MADACC LAKE TOWER DNS  24 | MPD D9 | 209286 | 5/12/10 | D9 | CALIFORNIA KING STIPED PHASE | | | | LAMPROPALITIS GETULA CALIFORNIA |
| 40 | 126 | | | MADACC LAKE TOWER DNS  51 | MPD D30 | 309300 | 5/12/10 | D30 | GRAY RAT SNAKE | | | | ELLAPHE OBSOLETA |

PAGE 7 OF 10

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 97 of 100   Document 75-1

| | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE 5/2019 |
| 33 | 0.0.0 | | WILD CAUGHT | S. SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 250 - 325 | 650 - 700 |
| 34 | | | | SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 250-325 | 650 - 700 |
| 35 | 1.0.0 | Y | WILD CAUGHT | SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 275 - 325 | 775 - 925 |
| 36 | | | | | | | | | |
| 37 | 0.1.0 | Y | WILD CAUGHT BEN SEIGEL 2008 | SOUTH AMERICA | | | IMPORT ONLY WITH PERMIT APPENDIX II | 275 - 325 | 775 - 925 |
| 38 | | | | | | | | | |
| 39 | | | | CALIFORNIA | | | | 80 - 100 | 100 - 125 |
| 40 | | | | WILD CAUGHT SOUTHEASTERN U.S. | | | | $40 | $50 |

| | A | B | C | D | E | F | G | H | I | | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC | SCIENTIFIC NAME |
| 41 | 4 | | | MADACC LAKE TOWER DNS  52 | MPD D37 | 209304 | 5/12/10 | D37 | CALIFORNIA KING | | | | LAMPROPALITIS GETULA CALIFORNIA |
| 42 | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | |

| | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE 5/2019 |
| 41 | | | | CALIFORNIA | | | | 40 - 50 | 60 - 70 |
| 42 | | | | | | | TOTAL VALUE 5/2010 $6,115.00 | | |
| 43 | | | | | | | TO $7,050.00 | | |
| 44 | | | | | | | TOTAL VALUE 8/2019 $12,110.00 | | |
| 45 | | | | | | | TO $13,835.00 | | |
| 46 | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 100 of 100   Document 75-1