

PICTURE # 433

DESCRIPTION: MUSSURANA

LOCATION: HANDWRITTEN LIST #125

TROVAN PIT TAG # T401 207958

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 5

DESCRIPTION:  CORN SNAKE

LOCATION: D12 / HANDWRITTEN LIST  #32

           MADACC REGISTRATION 209287

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 119

DESCRIPTION:  BLACK KINGSNAKE

LOCATION:  IB12  /  HANDWRITTEN LIST  #201

MADACC REGISTRATION 209257

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 114

DESCRIPTION:  KING SNAKE  (FLORIDA)

LOCATION:  IB7  /  HANDWRITTEN LIST  #200

             MADACC REGISTRATION 209251

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

---------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 113

DESCRIPTION:  CALIFORNIA KING SNAKE

LOCATION:  D2  /  HANDWRITTEN LIST  #198

MADACC REGISTRATION 209218

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 118

DESCRIPTION:  BLACK KINGSNAKE

LOCATION:  IB14  /  HANDWRITTEN LIST  #173

             MADACC REGISTRATION 209260

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 431

DESCRIPTION: GIANT MADAGASCAR HOGNOSE

LOCATION: D42 / HANDWRITTEN LIST #182

MADACC REGISTRATION 209225

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 430

DESCRIPTION: MADAGASCAR HOGNOSE (GOLDEN)

LOCATION: D11 / HANDWRITTEN LIST #127

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 21

DESCRIPTION: CALIFORNIA KING SNAKE - STIPED PHASE

LOCATION: D9 / HANDWRITTEN LIST #24

　　　　　MADACC REGISTRATION 209286

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

　　　　OR

　　　B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 126

DESCRIPTION: GREY RAT SNAKE

LOCATION: D30 / HANDWRITTEN LIST #51

MADACC REGISTRATION 209300

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534

# SECTION 9
# SNAKES - PYTHON

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | MPD | BREED / SPECIES | | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | TWENTY ONE (21) PYTHON | | | | | | | **SNAKES - PYTHON** | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | 116 | 135 | 2 | MADACC | | MEDICAL # T497 207959 | | | A) MEXICAN PYTHON BREEDING PAIR | | | SMALL M | 1 FT 4 IN |
| 6 | 121 | 136 | 1 | MADACC 175 | MPD D41 | 209240 | 5/12/10 | D41 | B) MEXICAN PYTHON BREEDING PAIR | | | F | 4 FT 2 IN |
| 7 | | | | | | | | | | | | | |
| 8 | 201 | 137 | 1 | MADACC 184 | | 207999 | 5/12/19 | | OLIVE PYTHON | | | F | ADULT |
| 9 | | | | | | | | | | | | | |
| 10 | | 138 | 1 | MADACC 199 | MPD IB6 | 209249 | 5/12/19 | IB6 | AUSTRIALIAN PYTHON | | | | 1 FT |
| 11 | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 12 of 100   Document 75-2

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V ESTIMATED VALUE AT DATE LOSS | W ESTIMATED CURRENT VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | LOXOCEMUS BICOLOR | 1.0.0 | Y | WILD CAUGHT PRIVATE BREEDER 2010 | MEXICO & CENTRAL AMERICA | | N | IMPORT ONLY WITH PERMIT APPENDIX II | 300 - 400 | 2,500 - 3,100 BABIES 1,100 EACH |
| 6 | LOXOCEMUS BICOLOR | 0.1.0 | Y | DAYTONA EXPO 1999 | MEXICO & CENTRAL AMERICA | | N | IMPORT ONLY WITH PERMIT APPENDIX II | 300 - 400 | 2,500 - 3,100 BABIES 1,100 EACH |
| 7 | | | | | | | | | | |
| 8 | LIASIS OLIVACEUS | 0.1.0. | | CAPTIVE BORN  NARB 2008 | AUSTRALIAN | | N | IMPORT ONLY WITH PERMIT APPENDIX II | 3K | 3K - 4K NO OFFSPRING |
| 9 | | | | | | | | | | |
| 10 | LIASIS OR MORELIA SP | 0.0.1 | | CAPTIVE BORN | AUSTALIA & NEW GUINEA | | N | IMPORT ONLY WITH PERMIT APPENDIX II | 600.00 | 1,800 - 2,300 |
| 11 | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 13 of 100   Document 75-2

| | A | B | C | D | E | F | G | H | I | | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | MPD | BREED / SPECIES | | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC |
| 1 | | | | | | | | | | | | | |
| | 110 | 139 | 1 | MADACC LAKE TOWER DNS    34 | MPD D47 | 209308 | 5/12/10 | D47 | JUNGLE CARPET PYTHON | | | ADULT | 7 FT |
| 12 | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | |
| | 207 | 140 | 2 | MADACC 177 | | 207961 | 5/12/10 | | A) BURMESE PYTHON | | | M JUVENILE | |
| 14 | | | | | | | | | | | | | |
| | 223 | 141 | | MADACC 216 | | 207963 | 5/12/10 | | B) BURMESE PYTHON | | | F | |
| 15 | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | |
| | 115 | 142 | 10 | MADACC 203 | MPD D4 | 209220 | 5/12/10 | D4 | A) BALL PYTHON | | | M | 1 FT 2 IN |
| 17 | | | | | | | | | | | | | |
| | 117 | 143 | | MADACC 183 | MPD D5 | 209221 | 5/12/10 | D5 | B) BALL PYTHON | | | M | 1 FT 8 IN |
| 18 | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 14 of 100   Document 75-2

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | ESTIMATED VALUE AT DATE LOSS | ESTIMATED CURRENT VALUE 5/2019 |
| 1 | | | | | | | | | | |
| 12 | MORELIA SPILOTA CHEYNEI | 0.0.1 | | CAPTIVE BORN PRIVATE RESCUE 2010 | RAINFOREST QUEENS - LAND AUSTRALIA | | N | IMPORT ONLY WITH PERMIT APPENDIX II | 1200.00 | 1,800 - 2,500 |
| 13 | | | | | | | | | | |
| 14 | PYTHON MOLURUS BIVIATTUS | 1.0.0 | | CAPTIVE BORN | SOUTHEAST ASIA | | N | IMPORT ONLY WITH PERMIT APPENDIX II | 100 - 200 | 200 - 250 |
| 15 | PYTHON MOLURUS BIVIATTUS | 0.1.0 | | CAPTIVE BORN | SOUTHEAST ASIA | | N | APPENDIX II RESTRICTED SPECIES PER LACEY ACT NO LONGER AVAILABLE | 400.00 | 700 - 900 |
| 16 | | | | | | | | | | |
| 17 | PYTHON REGIUS | 1.0.0 | | HATCHED AT CULLEN VIVARIUM | SUB-SAHARAN AFRICA | | N | APPENDIX II | | 250 - 375 WITH GREAT PATTERN |
| 18 | PYTHON REGIUS | 1.0.0 | | HATCHED AT CULLEN VIVARIUM 2008 | SUB-SAHARAN AFRICA | | N | APPENDIX II | | 250 - 375 WITH GREAT PATTERN |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 15 of 100   Document 75-2

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | MPD | BREED / SPECIES | | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC |
| 19 | 203 | 144 | | MADACC 181 | MPD D35 | 209234 | 5/12/10 | D35 | C) BALL PYTHON | | | F | 1 FT 8 IN |
| 20 | 205 | 145 | | MADACC 174 | MPD D40 | 209239 | 5/12/10 | D40 | D) BALL PYTHON | | | F | |
| 21 | 30 | 146 | | MADACC 186 | MPD IB4 | 209247 | 5/12/10 | IB4 | E) BALL PYTHON | | | ADULT | 2 FT 4 IN |
| 22 | 28 | 147 | | MADACC 189 | MPD IB5 | 209248 | 5/12/10 | IB5 | F) BALL PYTHON | | | ADULT | 2 FT 8 IN |
| 23 | 202 | 148 | | MADACC 179 | MPD IB10 | 209255 | 5/12/10 | IB10 | G) BALL PYTHON | | | M | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 16 of 100   Document 75-2

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | ESTIMATED VALUE AT DATE LOSS | ESTIMATED CURRENT VALUE 5/2019 |
| 1 | | | | | | | | | | |
| 19 | PYTHON REGIUS | 0.1.0 | | CAPTIVE BORN PRIVATE RESCUE | SUB-SAHARAN AFRICA | | N | APPENDIX II | | 250 - 375 WITH GREAT PATTERN |
| 20 | PYTHON REGIUS | 0.1.0 | | HATCHED AT CULLEN VIVARIUM 2008 | SUB-SAHARAN AFRICA | | N | APPENDIX II | | 250 - 375 WITH GREAT PATTERN |
| 21 | PYTHON REGIUS | | | HATCHED AT CULLEN VIVARIUM 2005 | SUB-SAHARAN AFRICA | | N | APPENDIX II | | 250 - 375 WITH GREAT PATTERN |
| 22 | PYTHON REGIUS | | | HATCHED AT CULLEN VIVARIUM | SUB-SAHARAN AFRICA | | N | APPENDIX II | | 250 - 375 WITH GREAT PATTERN |
| 23 | PYTHON REGIUS | 1.0.0 | | RESCUE WITH VENTRAL BURN | SUB-SAHARAN AFRICA | | N | APPENDIX II | 50.00 | 60.00 |

| | A PIC # | B ITEM # | C TOTAL # OF EACH | D WHERE INVENTORIED | E WHICH LIST | F MADACC REGISTRTION # | G DATE REMOVED | H MPD | I BREED / SPECIES | J | K | L SEX M -F | M AGE BABY ADOLESCENT GERIATRIC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | |
| 24 | 109 | 149 | | MADACC LAKE TOWER DNS 41 | MPD D18 | 209307 | 5/12/10 | D46 | H) BALL PYTHON | | | F | |
| 25 | | 150 | | MADACC LAKE TOWER DNS 43 | MPD D25 | 209297 | 5/12/10 | D25 | I) BALL PYTHON | | | M | |
| 26 | | 151 | | MADACC LAKE TOWER DNS 54 | MPD D23 | 209294 | 5/12/10 | D23 | J) BALL PYTHON | | | F | |
| 27 | | | | | | | | | | | | | |
| 28 | 27 | 152 | 1 | MADACC 23 | MPD D8 | 209285 | 5/12/10 | D8 | RETICULATED PYTHON WORLD LONGEVITY RECORD | | | F | 18 FT 31 YRS OLD |
| 29 | | | | | | | | | | | | | |
| 30 | | 272 | 1 | MPD HAND WRITTEN LIST 116 | | | 5/12/10 | | MEXICAN PYTHON | | | F | |
| 31 | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 18 of 100   Document 75-2

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V ESTIMATED VALUE AT DATE LOSS | W ESTIMATED CURRENT VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 24 | PYTHON REGIUS | 0.1.0 | | HATCHED AT CULLEN VIVARIUM | SUB-SAHARAN AFRICA | | | APPENDIX II | 100.00 | 250 - 375 |
| 25 | PYTHON REGIUS | 1.0.0 | | HATCHED AT CULLEN VIVARIUM | SUB-SAHARAN AFRICA | | | APPENDIX II | 75 - 100 | 100 - 125 |
| 26 | PYTHON REGIUS | 0.1.0 | | HATCHED AT CULLEN VIVARIUM | SUB-SAHARAN AFRICA | | | APPENDIX II | 100.00 | 250 - 375 |
| 27 | | | | | | | | | | |
| 28 | PYTHON RETICULATUS | 0.1.0 | | HATCHED AT CULLEN VIVARIUM | SOUTH ASIA & S.E. ASIA | | | APPENDIX II | 3,500 - 4,000 | 10K - 12,500 |
| 29 | | | | | | | | | | |
| 30 | LOXOCEMUS BICOLOR | 0.1.0 | | CAPTIVE BORN PRIVATE BREEDER 2010 | | | | APPENDIX II | 300 - 400 | 2,500 -3K |
| 31 | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 19 of 100   Document 75-2

I CASE#: 16-534 SNAKE - PYTHON INVENTORY FROM THREE SOURCES (MPD, MADACC, WRITTEN NOTES) AS OF 8/2019

| | A | B | C | D | E | F | G | H | I | J K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | MPD | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC |
| 1 | | | | | | | | | | | | |
| | | 275 | 1 | MPD HAND WRITTEN LIST 205 | | | 5/12/10 | | BALL PYTHON | | F | |
| 32 | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | |
| | 224 | 286 | 1 | MPD HAND WRITTEN LIST 209 | | 207979 | 5/12/10 | | PYTHON PIMBURA | | | |
| 34 | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 20 of 100   Document 75-2

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | ESTIMATED VALUE AT DATE LOSS | ESTIMATED CURRENT VALUE 5/2019 |
| 1 | | | | | | | | | | |
| 32 | | | | CAPTIVE BORN HATCHED CULLEN VIVARIUM 2008 | | | | APPENDIX II | 100 | 250 - 375 |
| 33 | | | | | | | | | | |
| 34 | | | | PRIVATE RESCUE | | | | APPENDIX II | | 2K - 2,500 |
| 35 | | | | | | | | TOTAL VALUE 5/2010 $10,125.00 | | |
| 36 | | | | | | | | TO  $11,050.00 | | |
| 37 | | | | | | | | TOTAL VALUE 8/2019 $29,410.00 | | |
| 38 | | | | | | | | TO  $37,710.00 | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 21 of 100   Document 75-2



PICTURE # 116

DESCRIPTION: PYTHON – LOXOCMUS

LOCATION:    /  HANDWRITTEN LIST  #

MADACC TROVAN PIT # T497 207959

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 121

DESCRIPTION:  MEXICAN PYTHON  - BREEDING PAIR

LOCATION:  D41  /  HANDWRITTEN LIST  #175

MADACC REGISTRATION 209240

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 201

DESCRIPTION: OLIVE PYTHON

LOCATION:     HANDWRITTEN LIST #184

                MADACC REGISTRATION 207999

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

                OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 110

DESCRIPTION:  JUNGLE CARPET PYTHON

LOCATION:  D47 /  HANDWRITTEN LIST  #34

        MADACC REGISTRATION 209308

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 207

DESCRIPTION: BURMESE PYTHON

LOCATION: HANDWRITTEN LIST #177

MADACC REGISTRATION 207961

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 223

DESCRIPTION: BURMESE PYTHON

LOCATION: HANDWRITTEN LIST #216

MADACC REGISTRATION 207963

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 115

DESCRIPTION:  BALL PYTHON

LOCATION:  D4 / HANDWRITTEN LIST  #203

              MADACC REGISTRATION 209220

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

            OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

---------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 117

DESCRIPTION:  BALL PYTHON

LOCATION:  D5  / HANDWRITTEN LIST  #183

            MADACC REGISTRATION 209221

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 203

DESCRIPTION: BALL PYTHON

LOCATION: D35 / HANDWRITTEN LIST #181

MADACC REGISTRATION 209236

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 205

DESCRIPTION: BALL PYTHON

LOCATION: D40 / HANDWRITTEN LIST #174

MADACC REGISTRATION 209239

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 30

DESCRIPTION: BALL PYTHON

LOCATION:   IB4 /   HANDWRITTEN LIST  #186

            MADACC REGISTRATION  209247

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 28

DESCRIPTION: BALL PYTHON

LOCATION: IB5 / HANDWRITTEN LIST #189 /

MADACC REGISTRATION 209248

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE  # 202

DESCRIPTION:  BALL PYTHON

LOCATION:  IB10 /   HANDWRITTEN LIST  #179

          MADACC REGISTRATION 209255

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 109

DESCRIPTION:  BALL PYTHON

LOCATION:  D46 /  HANDWRITTEN LIST  #41

              MADACC REGISTRATION 209310

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

           OR

       B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 27

DESCRIPTION: RETICULATED PYTHON

LOCATION:  D8  /  HANDWRITTEN LIST  #23 /

          MADACC REGISTRATION  209283

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE  # 224

DESCRIPTION:  PYTHON PIMBURA

LOCATION:   HANDWRITTEN LIST  # NOT FOUND ON LIST

MADACC REGISTRATION 207979

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 4

DESCRIPTION: CALIFORNIA KING SNAKE

LOCATION: D37 / HANDWRITTEN LIST #52

           MADACC REGISTRATION 209304

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

        OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

---

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534

SECTION 10
SPIDERS

| | A | B | C | D | E | F | G | H | I J K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LISTS | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | SEX M -F | AGE BABY ADOLESCENT GERIATRIC |
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | FOURTEEN (14) SPIDERS TWO (2) MISSING TOTAL SIXTEEN (16) SPIDERS | | | | | | | | SPIDERS | | |
| 4 | | | | | | | | | | | |
| 5 | 435 | 314 | 1 | WISCONSIN HUMANE SOCIETY | | | 5/12/10 | | POECILOYHERIA ORNATA | F | JUVENILE |
| 6 | | | | | | | | | | | |
| 7 | | 341 | 2 | | MISSING ANIMAL | | | | A) TRAP DOOR SPIDERS (ASIAN) | M | ADULT |
| 8 | | 342 | | | MISSING ANIMAL | | | | B) TRAP DOOR SPIDERS (ASIAN) | F | ADULT |
| 9 | | | | | | | | | | | |
| 10 | 6 | 249 | 1 | WISCONSIN HUMANE SOCIETY 120 | | | 5/12/10 | | POECILOTHERIA  VITTATA | F | JUVENILE |
| 11 | | | | | | | | | | | |
| 12 | 7 | 250 | 1 | WISCONSIN HUMANE SOCIETY 106 | | | 5/12/10 | | POECILOTHERIA STRIATA | F | JUVENILE |
| 13 | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 40 of 100   Document 75-2

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V ESTIMATED VALUE AT DATE LOSS | W ESTIMATED CURRENT VALUE 5/24 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | POECILOTHERIA ORNATA | 0.1.0 | | WILD CAUGHT | SIR LANKA / INDIA | | | ESA LISTED NO LONGER AVAILABLE | 125 - 150 | 175 - 225 |
| 6 | | | | | | | | | | |
| 7 | ARANEAE | | | WILD CAUGHT | | | | | 75 - 100 | 175 - 200 |
| 8 | ARANEAE | | | WILD CAUGHT | | | | | 75 - 100 | 175 - 200 |
| 9 | | | | | | | | | | |
| 10 | POECILOTHERIA VITTATA | 0.1.0 | | WILD CAUGHT | SIR LANKA / INDIA | | | ESA LISTED NO LONGER AVAILABLE | 150 - 250 | 150 - 250 |
| 11 | | | | | | | | | | |
| 12 | POECILOTHERIA STRIATA | 0.1.0 | | WILD CAUGHT | W. GHATS & HIMALAYAS | | | | 150 - 200 | 150 - 200 |
| 13 | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 41 of 100   Document 75-2

| | A | B | C | D | E | F | G | H | I J K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LISTS | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | SEX M-F | AGE BABY ADOLESCENT GERIATRIC |
| 1 | | | | | | | | | | | |
| 14 | 31 | 222 | 1 | WISCONSIN HUMANE SOCIETY 110 | | | 5/12/10 | | POECILOTHERIA RUFILATA | F | JUVENILE |
| 15 | | | | | | | | | | | |
| 16 | 32 | 260 | 1 | WISCONSIN HUMANE SOCIETY 112 | | | 5/12/10 | | POECILOTHERIA REGALIS | F | JUVENILE |
| 17 | | | | | | | | | | | |
| 18 | 33 | 261 | 1 | WISCONSIN HUMANE SOCIETY 116 | | | 5/12/10 | | POECILOTHERIA METALLICA | F | EXCEPTIONALLY LARGE ADULT |
| 19 | | | | | | | | | | | |
| 20 | 34 | 262 | 1 | WISCONSIN HUMANE SOCIETY 118 | | | 5/12/10 | | HYSTEROCRATES GIGAS | F | EXCEPTIONALLY LARGE ADULT PERFECT CONDITION |
| 21 | | | | | | | | | | | |
| 22 | 35 | 263 | 1 | WISCONSIN HUMANE SOCIETY 108 | | | 5/12/10 | | AVICULARIA        VERSICOLOR | F | JUVENILE |
| 23 | | | | | | | | | | | |
| 24 | 36 | 264 | 1 | WISCONSIN HUMANE SOCIETY 117 | | | 5/12/10 | | GRAMMOSTOLA PULCHRA | F | JUVENILE |

| | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SCIENTIFIC NAME | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | ESTIMATED VALUE AT DATE LOSS | ESTIMATED CURRENT VALUE  5/24 |
| 14 | POECILOTHERIA RUFILATA | 0.1.0 | | WILD CAUGHT | S.W. GHATS, INDIA | | | | 175 - 200 | 175 - 200 |
| 15 | | | | | | | | | | |
| 16 | POECILOTHERIA REGALIS | 0.1.0 | | WILD CAUGHT | SOUTH ASIA | | | | 120 - 140 | 140 - 160 |
| 17 | | | | | | | | | | |
| 18 | POECILOTHERIA METALLICA | 0.1.0 | 1ST CAPTIVE BREEDING | CAPTIVE BORN | SOUTHERN INDIA | | | | 500 - 600 | 600 - 800 |
| 19 | | | | | | | | | | |
| 20 | HYSTEROCRATES GIGAS | 0.1.0 | | WILD CAUGHT | CAMEROON | | | | 170 - 200 | 300 - 350 |
| 21 | | | | | | | | | | |
| 22 | AVICULARIA VERSICOLOR | 0.1.0 | | WILD CAUGHT | GUADELOUPS, DOMINICA, MARTINIQUE | | | | 45 - 45 | 100 - 125 |
| 23 | | | | | | | | | | |
| 24 | GRAMMOSTOLA PULCHRA | | | WILD CAUGHT | BRAZIL | | | | 100 - 125 | 100 - 125 |

PAGE 4 OF 6

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LISTS | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | | BREED / SPECIES | | SEX M -F | AGE BABY ADOLESCENT GERIATRIC |
| 1 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| 26 | 37 | 265 | | WISCONSIN HUMANE SOCIETY 114 | | | 5/12/10 | | | GRAMMOSTOLA PULCHRIPES | | F | |
| 27 | | | | | | | | | | | | | |
| 28 | 38 | 266 | 1 | WISCONSIN HUMANE SOCIETY 111 | | | 5/12/10 | | | BRACHYPELMA EMILIA | | F | JUVENILE |
| 29 | | | | | | | | | | | | | |
| 30 | 39 | 267 | | WISCONSIN HUMANE SOCIETY 113 | | | 5/12/10 | | | GRAMMASTOLA PULCURIPES | | F | JUVENILE |
| 31 | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 44 of 100   Document 75-2

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V ESTIMATED VALUE AT DATE LOSS | W ESTIMATED CURRENT VALUE 5/24 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 / 25 | | | | | | | | | | |
| 26 | GRAMMOSTOLA PULCHRIPES | 0.1.0 | | WILD CAUGHT | CENTRAL ARGENTINA | | | | 100 - 125 | 100 - 125 |
| 27 | | | | | | | | | | |
| 28 | BACHYPELMA EMILIA | 0.1.0 | | WILD CAUGHT | MEXICO | | | IMPORT ONLY WITH PERMIT APPENDIX II | 200 - 250 | 200 - 250 |
| 29 | | | | | | | | | | |
| 30 | GRAMMOSTOLA PULCURIPES | 0.1.0 | | WILD CAUGHT | CENTRAL ARGENTINA | | | | 100 - 125 | 100 - 125 |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | TOTAL VALUE 5/2010 $2,085.00 | | |
| 34 | | | | | | | | TO $2,610.00 | | |
| 35 | | | | | | | | TOTAL VALUE 8/2019 $2,640.00 | | |
| 36 | | | | | | | | TO $3,110.00 | | |

PAGE 6 OF 6



PICTURE # 435

DESCRIPTION: TARANTULA   POSELOTHERIA ORNATA

LOCATION:   HANDWRITTEN LIST #115

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

          OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 6

DESCRIPTION:  TARANTULA – POECILOTHERIA / PEDERSONI

LOCATION:  D12 /  HANDWRITTEN LIST  #120

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

       B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 7

DESCRIPTION:  TARANTULA – P. STRIATA

LOCATION:  D12 /  HANDWRITTEN LIST  #106

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

       OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 31

DESCRIPTION: TARANTULA – POECILOTHERIA RUFILATA

LOCATION:     HANDWRITTEN LIST  #110

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 32

DESCRIPTION: TARANTULA – POECILOTHERIA REGALIS

LOCATION:      HANDWRITTEN LIST  #112

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

              OR

         B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 33

DESCRIPTION: TARANTULA – POECILOTHERIA METALLICA

LOCATION:     HANDWRITTEN LIST #116

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

               OR

          B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 34

DESCRIPTION: TARANTULA -- HYSTEROCRATES GIGAS

LOCATION:      HANDWRITTEN LIST  #118

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

       OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

---------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 35

DESCRIPTION: TARANTULA – AVICULARIA VERSICOLOR

LOCATION:    HANDWRITTEN LIST #108 – BLUE BABOON

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

            OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 36

DESCRIPTION: TARANTULA – GRAMMSTOLA

LOCATION:     HANDWRITTEN LIST  #117

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

       OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 37

DESCRIPTION:  TARANTULA – GRAMMSTOLA  AUREOSTRIATA

LOCATION:       HANDWRITTEN LIST  #114

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

　　　　　　OR

　　　　B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 38

DESCRIPTION: TARANTULA – BRACHYPELMA EMILIA

LOCATION:     HANDWRITTEN LIST  #111

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

           OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 39

DESCRIPTION: TARANTULA – GRAMMSTOLA  AUREOSTRIATA

LOCATION:      HANDWRITTEN LIST  #113

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

                OR

          B) CITY OF MILWAUKEE WATER TOWER GARAGE
-------------------------------------------------------------------------------------------------------------------
                              EXPERT WITNESS – MITCHEL KALMANSON
                                    CASE #:  16-534

SECTION 11
TORTOISE

| | A | B | C | D | E | F | G | H | I | J | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MEDICAL REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | APPROXIMATE SIZE AT REMOVAL / CONFISCATION |
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | FIVE (5) TORTOISE | | | | | | | | TORTOISE | | | |
| 4 | | | | | | | | | | | | |
| 5 | | 43 | 1 | MADACC 220 | MPD D20 | 209230 DEAD | 5/12/10 | D20 | HOME'S HINGE-BACKED TORTOISE | | BABY | 7 INCHES |
| 6 | | | | | | | | | | | | |
| 7 | | 44 | 1 | MADACC | | TROVAN PIT TAG # T224 207962 | 5/12/10 | | BOULENGER'S CAPE TORTOISE | | F | 6 INCHES |
| 8 | | | | | | | | | | | | |
| 9 | 15 | 45 | 1 | MADACC 164 | MPD D39 | 209237 | 5/12/10 | D39 | AFRICAN SPURRED TORTOISE | | F | 10 INCHES |
| 10 | 14 | 46 | 2 | MADACC 165 | MPD D18 | 209228 | 5/12/10 | D18 | A) RUSSIAN TORTOISE BREEDING PAIR | | M | 5 1/2 INCHES |
| 11 | | 47 | | MADACC 167 | MPD D19 | 209229 | 5/12/10 | D19 | B) RUSSIAN TORTOISE BREEDING PAIR | | F | 4 3/4 INCHES |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 59 of 100   Document 75-2

| | N SCIENTIFIC NAME | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS 5/12/10 | W APPROXIMATE CURRENT VALUE 5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | KINLXYS HOMOANA | 0.0.1 | | CAPTIVE BRED | RAIN FORESTS OF NORTH-WESTERN | | | | 150 | 300 - 450 |
| 6 | | | | | | | | | | |
| 7 | HOMOPUS BOULANGED | 0.1.0 | | UNKNOWN | NAMA KAROO SOUTH | | | | 100 | 200 - 250 |
| 8 | | | | | | | | | | |
| 9 | GEOCHELONE SULCATA | 0.1.0 | | UNKNOWN RESCUE | SAHARA DESERT & SAHEL, AFRICA | | | APPENDIX II RESTRICTED SPECIES PER LACY ACT NO LONGER AVAILABLE | 100 - 150 | 200 - 250 |
| 10 | TESTUDO HORSFIELDI | 1.0.0 | | UNKNOWN WHS RESCUE | CENTRAL ASIA | | | | 100 | 150 - 250 |
| 11 | TESTUDO HORSFIELDI | 0.1.0 | | UNKNOWN | CENTRAL ASIA | | / | | 100 | 150 - 250 |
| 12 | | | | | | | | TOTAL VALUE 5/2010 | $500.00 | |
| 13 | | | | | | | | | TO | $600.00 |
| 14 | | | | | | | | TOTAL VALUE 8/2019 | $1,000.00 | |
| 15 | | | | | | | | | TO | $1,450.00 |
| 16 | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 60 of 100   Document 75-2



PICTURE # 14

DESCRIPTION:  RUSSIAN TORTOISE

LOCATION:  D18 /  HANDWRITTEN LIST  #165

                MADACC REGISTRATION 209228

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

           OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 15

DESCRIPTION: AFRICAN SPURRED TORTOISE

LOCATION: D39 / HANDWRITTEN LIST #164

MADACC REGISTRATION 209237

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

---------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534

# SECTION 12
# TURTLE

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | SEX M -F | | SIZE | SCIENTIFIC NAME |
| 1 | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | FORTY NINE (49) TURTLES | | | | | | **TURTLES** | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | 3 | 1 | MADACC 148 | MPD B28 | 209215 | 5/12/10 | B28 | GIBBA TURTLE HEAD WIDTH 36MM CARAPACE AND HEAD BY CALIPERS | | M ADULT | | 7 INCHES | PHRYNOPS GIBBOUS |
| 6 | | | | | | | | | | | | | | |
| 7 | 40 | 4 | 1 | MADACC 132 | MPD B26 | 209213 | 5/12/10 | B26 | TWIST-NECK SOUTH AMERICAN TURTLE | | M | | 6 INCHES | PLATEMYS PLATACEPHALA |
| 8 | | | | | | | | | | | | | | |
| 9 | 261 | 5 | 11 | MADACC | MPD A2 | 208735 | 5/12/10 | A2 | A) COMMON SNAPPING TURTLE | | M | | LARGE ADULT | CHELYDRA SERPENTINA |
| 10 | 261 | | | MADACC | MPD A1 | 208737 | 5/12/10 | A1 | B) COMMON SNAPPING TURTLE | | M | | 8 INCHES | CHELYDRA SERPENTINA |
| 11 | | 6 | | MADACC 151 | MPD K1 | 209201 | 5/12/10 | K1 | C) COMMON SNAPPING TURTLE | | M | | 3 ½ INCHES | CHELYDRA SERPENTINA |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 64 of 100   Document 75-2

| | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|
| | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | 1.0.0 | | WILD CAUGHT | SOUTH AMERICA | | | | 150 | 250 |
| 6 | | | | | | | | | |
| 7 | 1.0.0. | | WILD CAUGHT REPTILE SUPPLY MIAMI 1980 | AMAZON AND ORINOCO RIVER | | | | 160 - 200 | 250 - 300 |
| 8 | | | | | | | | | |
| 9 | 1.0.0 | | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN., SE CANADA NOVA SCOTIA | | | | | NO VALUE |
| 10 | 1.0.0 | | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN., SE CANADA NOVA SCOTIA | | | | | NO VALUE |
| 11 | 1.0.0 | | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN., SE CANADA NOVA SCOTIA | | | | | NO VALUE |

| | A | B | C | D | E | F | G | H | I | | | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIC # # | ITEM # # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | | SEX M -F | SIZE | SCIENTIFIC NAME |
| 12 | | | | MADACC | MPD K5 | NOT ON LIST | 5/12/10 | K5 | D) COMMON SNAPPING TURTLE | | | | M | JUV | CHELYDRA SERPENTINA |
| 13 | | 7 | | MADACC 192 | MPD K7 | 209206 | 5/12/10 | K7 | E) COMMON SNAPPING TURTLE | | | | F | JUV | CHELYDRA SERPENTINA |
| 14 | | 8 | | MADACC 134 | MPD K9 | 209208 | 5/12/10 | K9 | F) COMMON SNAPPING TURTLE | | | | F | 3 ½ INCHES | CHELYDRA SERPENTINA |
| 15 | | 9 | | MADACC 135 | MPD K10 | 209210 | 5/12/10 | K10 | G) COMMON SNAPPING TURTLE | | | | F | 3 ½ INCHES | CHELYDRA SERPENTINA |
| 16 | | 10 | | MADACC 150 | MPD K13 | 209211 | 5/12/10 | K13 | H) COMMON SNAPPING TURTLE | | | | F | 4 ¾ INCHES | CHELYDRA SERPENTINA |
| 17 | | 11 | | MADACC | MPD K16 | NOT ON LIST | 5/12/10 | K16 | I) COMMON SNAPPING TURTLE | | | | F | 4 ¼ INCHES | CHELYDRA SERPENTINA |

| | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|
| | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE |
| 1 | | | | | | | | | |
| 12 | 1.0.0 | | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN., SE CANADA NOVA SCOTIA | | | | | NO VALUE |
| 13 | 0.1.0 | Y | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN., SE CANADA NOVA SCOTIA | | | | | NO VALUE |
| 14 | 0.1.0 | Y | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN., SE CANADA NOVA SCOTIA | | | | | NO VALUE |
| 15 | 0.1.0 | Y | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN., SE CANADA NOVA SCOTIA | | | | | NO VALUE |
| 16 | 0.1.0 | Y | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN., SE CANADA NOVA SCOTIA | | | | | NO VALUE |
| 17 | 0.1.0 | Y | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN., SE CANADA NOVA SCOTIA | | | | | NO VALUE |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 67 of 100   Document 75-2

| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M-F | SIZE | SCIENTIFIC NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
| 1 | | | | | | | | | | | | | | |
| 18 | | 12 | | MADACC 3 | MPD K17 | 209212(?) | 5/12/10 | K17 | J) COMMON SNAPPING TURTLE | | | F | JUV | CHELYDRA SERPENTINA |
| 19 | | 13 | | MADACC 153 | MPD K18 | NOT ON LIST | 5/12/10 | K18 | K) COMMON SNAPPING TURTLE | | | F | JUV | CHELYDRA SERPENTINA |
| 20 | | | | | | | | | | | | | | |
| 21 | | 14 | 8 (HAD 14) 4.10.0 | | MPD A1 | 208737 | 5/12/10 | A1 | A) ALLIGATOR SNAPPING TURTLE "CHARLIE" LARGEST KNOWN IN CAPTIVITY AT TIME 265 LBS | | | M | | MACROCLEMYS TEMMINCKII |
| 22 | | 15 | | MADACC 2 | MPD B30 | 209272 | 5/12/10 | B30 | B) ALLIGATOR SNAPPING TURTLE | | | F | | MACROCLEMYS TEMMINCKII |
| 23 | | 16 | | MADACC | MPD IB13 | 209259 (?) | 5/12/10 | IB13 | D) ALLIGATOR SNAPPING TURTLE | | | F | 1 FT 4 INCHES | MACROCLEMYS TEMMINCKII |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 68 of 100   Document 75-2

| | O RATIO 0.0.0. | P BREED Y - N | Q CAPTIVE / WILD CAUGHT RESCUE | R NATIVE ORIGIN | S IMPORTED & FROM WHERE | T VENOMOUS/ NON VENOMOUS | U IMPORTED / CITES REQUIRES | V APPROXIMATE VALUE AT DATE LOSS 5/12/10 | W APPROXIMATE CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 18 | 0.1.0 | Y | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN, SE CANADA NOVA SCOTIA | | | | | NO VALUE |
| 19 | 0.1.0 | Y | | EASTERN 2/3 OF U.S. EAST OF ROCKY MTN, SE CANADA NOVA SCOTIA | | | | | NO VALUE |
| 20 | | | | | | | | | |
| 21 | | | MEMPHIS ZOO DONATION 1990 | FL PANHANDLE & SOUTHERN GA TO EAST TEXAS & NORTH TO IOWA | | | | | 15K - 17 K |
| 22 | | | WILD CAUGHT | FL PANHANDLE & SOUTHERN GA TO EAST TEXAS & NORTH TO IOWA | | | | 800 - 1000 | 3K - 3500 |
| 23 | | Y | | FL PANHANDLE & SOUTHERN GA TO EAST TEXAS & NORTH TO IOWA | | | | 800 - 1000 | 2K - 2500 |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 69 of 100   Document 75-2

| PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | SEX M -F | SIZE | SCIENTIFIC NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 17 | | LAKE TOWER 157 | MPD B6 | NOT ON LIST | 5/12/10 | B6 | E) ALLIGATOR SNAPPING TURTLE | M | | MACROCLEMYS TEMMINCKII |
| 312 | 18 | | LAKE TOWER 156 | MPD B29 | 209214 | 5/12/10 | B29 | F) ALLIGATOR SNAPPING TURTLE | F | 8 ¾ INCHES | MACROCLEMYS TEMMINCKII |
| 311 | 19 | | MADACC 1 | MPD B14 | 209198 | 5/12/10 | B14 | G) ALLIGATOR SNAPPING TURTLE | M | | MACROCLEMYS TEMMINCKII |
| | 20 | | MADACC | MPD B24 | NOT ON LIST | 5/12/10 | B24 | H) ALLIGATOR SNAPPING TURTLE "ABNER" | M | ADULT | MACROCLEMYS TEMMINCKII |
| 307 | 292 | 1 | MPD HAND WRITTEN LIST | | | 5/12/10 | | I) ALLIGATOR SNAPPER | | | |
| | | | | | | | | | | | |
| | 21 | 1 | MADACC | | | | | MALAYAN BOX TURTLE | | 4 ¾ INCHES | CUORA AMBOINENSIS |
| | | | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 70 of 100   Document 75-2

| | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|
| | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE |
| 24 | | | STAN CHIRAS 1988 | FL PANHANDLE & SOUTHERN GA TO EAST TEXAS & NORTH TO IOWA | | | | 800 - 1000 | 2500 - 3K |
| 25 | | | UNKNOWN STAN CHIRAS 1988 | FL PANHANDLE & SOUTHERN GA TO EAST TEXAS & NORTH TO IOWA | | | | 400 - 500 | 900 - 1200 |
| 26 | | | UNK DEALER | FL PANHANDLE & SOUTHERN GA TO EAST TEXAS & NORTH TO IOWA | | | | 400 - 500 | 1750 - 2K |
| 27 | | Y | WILD CAUGHT | FL PANHANDLE & SOUTHERN GA TO EAST TEXAS & NORTH TO IOWA | | | | 2K - 2500 | 5K - 6K |
| 28 | 1.0.0 | | PRIVATE DONATION 2005 | | | NV | | 400-500 | 1750 - 2K |
| 29 | | | | | | | | | |
| 30 | TBD | N | | EASTERN INDIA, THAILAND, CAMBODIA, INDOMESIA, PHILLIPEANS. | | | | 25 - 40 | 125 - 200 |
| 31 | | | | | | | | | |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 71 of 100   Document 75-2

| | A | B | C | D | E | F | G | H | I | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | SEX M -F | SIZE | SCIENTIFIC NAME |
| 1 | | | | | | | | | | | | |
| 32 | 16 | 22 | 1 | MADACC 149 | MPD B27 | 209214 | 5/12/10 | B27 | ASIAN YELLOW POND TURTLE | | 5 INCHES | MAUREMYS MUTICA |
| 33 | | | | | | | | | | | | |
| 34 | 209 | 23 | 1 | MADACC 152 | MPD D17 | 209226 | 5/12/10 | D17 | KEELED BOX TURTLE | F | 5 1/2 INCHES | PYXIDEU MOUHOTII |
| 35 | | | | | | | | | | | | |
| 36 | | 24 | 1 | MADACC 221 | MPD D21 | 209231 | 5/12/10 | D21 | CENTRAL AMERICAN WOOD TURTLE | F | ADULT | ? RHINOCLEMMYS |
| 37 | | | | | | | | | | | | |
| 38 | 210 | 25 | 1 | MADACC 162 | MPD D31 | 209234 | 5/12/10 | D31 | SOUTHEASTERN BOX TURTLE | UNK | | RHINOCLEMMYS PULCHERRIMA |
| 39 | | | | | | | | | | | | |
| 40 | 212 | 26 | 1 | MADACC 170 | MPD IB9 | 209254 | 5/12/10 | IB9 | BOX TURTLE | UNK | 5 INCHES | TERRAPENE ORNATE ORNATA |
| 41 | | | | | | | | | | | | |
| 42 | | 27 | 1 | MADACC 102 | MPD K3 | 209203 | 5/12/10 | K3 | ORNATE BOX TURTLE | F | | |
| 43 | | | | | | | | | | | | |
| 44 | | 28 | 2 | MADACC 171 | MPD IB2 | 208722 | 5/12/10 | IB2 | A) THREE-TOED BOX TURTLE | | 4 ¾ INCHES | TERRAPENA CAROLINA TRIUNGUIS |
| 45 | 211 | 29 | | MADACC 168 | MPD IB3 | 209246 | 5/12/10 | IB3 | B) THREE-TOED BOX TURTLE | | 4 ¾ INCHES | TERRAPENA CAROLINA TRIUNGUIS |
| 46 | | | | | | | | | | | | |
| 47 | | 30 | 2 | MADACC 103 | MPD K2 | 209202 | 5/12/10 | K2 | A) PAINTED TURTLE | | 2 ¾ INCHES | CHRYSEMYS PICTA MARGINATA |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 72 of 100   Document 75-2

| | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RATIO O.O.O. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE |
| 32 | TBD | N | AMAZON ANIMAL MIAMI 1981 | ASIA | | | | 125 - 140 | 600 - 700 |
| 33 | | | | | | | | | |
| 34 | TBD | N | PET DRAGON 1977 | ASIA ` | | | | 50 - 60 | 200 - 250 |
| 35 | | | | | | | | | |
| 36 | | | WILD CAUSGHT | AMERICAS | | | | 35 - 50 | 100 - 125 |
| 37 | | | | | | | | | |
| 38 | UNK | | UNK PRIVATE RESCUE | AMERICAS | | | | 25 - 30 | 35 - 40 |
| 39 | | | | | | | | | |
| 40 | UNK | | PRIVATE DONATION 1985 | GREAT PLAINS U.S.A. | | | | NO VALUE | NO VALUE |
| 41 | | | | | | | | | |
| 42 | | | | | | | | NO VALUE | NO VALUE |
| 43 | | | | | | | | | |
| 44 | | | UNK | SOUTH / CENTRAL U.S.A. | | . | | 25 - 35 | 40 - 50 |
| 45 | | | WHS RESCUE | SOUTH / CENTRAL U.S.A. | | | | 25 - 35 | 40 - 50 |
| 46 | | | | | | | | | |
| 47 | | | UNK | NORTH AMERICA CONTINENT | | | | NO VALUE | NO VALUE |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 73 of 100   Document 75-2

| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | | SEX M-F | SIZE | SCIENTIFIC NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K | | L | M | N |
| 1 | | | | | | | | | | | | | | | |
| 48 | | 31 | | MADACC 104 | | | | K8 | B) PAINTED TURTLE | | | | | 4 ¾ INCHES | CHRYSEMYS PICTA MARGINATA |
| 49 | | | | | | | | | | | | | | | |
| 50 | | 32 | 1 | MADACC 101 | MPD IB26 | 209195 | 5/12/10 | IB26 | BLANDING'S TURTLE | | | | | 1 ½ INCHES | EMYDOIDEA BLANDINGII |
| 51 | | | | | | | | | | | | | | | |
| 52 | 412 | 33 | 9 | MADACC 141 | MPD IB8 | 209049 | 5/12/10 | IB8 | A) RED-EARED SLIDER | | | | F | 4 ½ INCHES | TRACHEMYS SCRIPTA ELEGANS |
| 53 | 413 | 34 | | MADACC 133 | MPD K6 | 209263 | 5/12/10 | K6 | B) RED-EARED SLIDER | | | | F | 7 INCHES | TRACHEMYS SCRIPTA ELEGANS |
| 54 | 314 | 35 | | MADACC 139 | MPD K11 | 209264 | 5/12/10 | K11 | C) RED-EARED SLIDER | | | | F | 7 ½ INCHES | TRACHEMYS SCRIPTA ELEGANS |
| 55 | 414 | 36 | | MADACC 143 | MPD K12 | 209265 | 5/12/10 | K12 | D) RED-EARED SLIDER | | | | F | 6 ¾ INCHES | TRACHEMYS SCRIPTA ELEGANS |
| 56 | 310 | 37 | | MADACC 140 | MPD K14 | 209266 | 5/12/10 | K14 | E) RED-EARED SLIDER | | | | M | 4 ½ INCHES | TRACHEMYS SCRIPTA ELEGANS |
| 57 | 306 | 38 | | MADACC 142 | MPD K15 | 209267 | 5/12/10 | K15 | F) RED-EARED SLIDER | | | | M | 6 INCHES | TRACHEMYS SCRIPTA ELEGANS |
| 58 | 313 | 39 | | MADACC 136 | | T086 207963 | | | G) RED-EARED SLIDER | | | | M | 8 ¾ INCHES | TRACHEMYS SCRIPTA ELEGANS |
| 59 | | 40 | | MADACC | | NO NUMBER | | | H) RED-EARED SLIDER | | | | M | 7 INCHES | TRACHEMYS SCRIPTA ELEGANS |

PAGE 11 OF 16

| 1 | O<br>RATIO<br>0.0.0. | P<br>BREED<br>Y - N | Q<br>CAPTIVE / WILD<br>CAUGHT RESCUE | R<br>NATIVE ORIGIN | S<br>IMPORTED &<br>FROM WHERE | T<br>VENOMOUS/ NON<br>VENOMOUS | U<br>IMPORTED /<br>CITES<br>REQUIRES | V<br>APPROXIMATE<br>VALUE AT DATE<br>LOSS 5/12/10 | W<br>APPROXIMATE<br>CURRENT VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 48 | | | UNK | NORTH AMERICA<br>CONTINENT | | | | NO VALUE | NO VALUE |
| 49 | | | | | | | | | |
| 50 | | | | CANADA / U.S.A. | | | | NO VALUE | NO VALUE |
| 51 | | | | | | | | | |
| 52 | 0.1.0 | Y | WILD CAUGHT | USA MIDWEST &<br>CENTRAL REGION | | | | 15 - 20 | 50- 75 |
| 53 | 0.1.0 | Y | WHS RESCUE | USA MIDWEST &<br>CENTRAL REGION | | | | 15 - 20 | 50- 75 |
| 54 | 0.1.0 | Y | WHS RESCUE | USA MIDWEST &<br>CENTRAL REGION | | | | 15 - 20 | 50- 75 |
| 55 | 0.1.0 | Y | WHS RESCUE | USA MIDWEST &<br>CENTRAL REGION | | | | 15 - 20 | 50- 75 |
| 56 | 1.0.0 | | UNK | USA MIDWEST &<br>CENTRAL REGION | | | | 15 - 20 | 50- 75 |
| 57 | 1.0.0 | | WHS RESCUE | USA MIDWEST &<br>CENTRAL REGION | | | | 15 - 20 | 50- 75 |
| 58 | 1.0.0 | | | USA MIDWEST &<br>CENTRAL REGION | | | | 15 - 20 | 50- 75 |
| 59 | 1.0.0 | | | USA MIDWEST &<br>CENTRAL REGION | | | | 15 - 20 | 50- 75 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRATION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M - F | SIZE | SCIENTIFIC NAME |
| 1 | | | | | | | | | | | | | | |
| 60 | | 41 | | MADACC | | NO NUMBER | | | I) RED-EARED SLIDER | | | M | 5 INCHES | TRACHEMYS SCRIPTA ELEGANS |
| 61 | | | | | | | | | | | | | | |
| 62 | 415 | 42 | 1 | MADACC 218 | MPD K4 | 209262 | 5/12/10 | K4 | FLORIDA RED-BELLIED TURTLE | | | M | 6 ¾ INCHES | PSAUDEMYS NELSONI |
| 63 | | | | | | | | | | | | | | |
| 64 | | 268 | 1 | MPD HAND WRITTEN LIST | | | 5/12/10 | | TWIST NECK TURTLE | | | F | | PLATEMYS PLATACEPHALA |
| 65 | | | | | | | | | | | | | | |
| 66 | 41 | 269 | 1 | MPD HAND WRITTEN LIST | | 169 | | | HOMOPUS BOULENGERI | | | | | HOMOPUS BOULENGER |
| 67 | | | | | | | | | | | | | | |
| 68 | 42 | 270 | 1 | MPD HAND WRITTEN LIST | | 148 | | | TOAD HEAD TURTLE | | | UNK | | BATRACEMYS NAUSAUTA |
| 69 | | | | | | | | | | | | | | |
| 70 | 308 | 293 | 3 | MPD HAND WRITTEN LIST 137 | | | | | RED EARED SLIDER | | | F | | TRACHEMYS SCRIPTA ELEGANS |
| 71 | 309 | 294 | | MPD HAND WRITTEN LIST 138 | | 2029253 | | | RED EARED SLIDER | | | M | | TRACHEMYS SCRIPTA ELEGANS |

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 76 of 100   Document 75-2

| | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE |
| 60 | 1.0.0 | | | USA MIDWEST & CENTRAL REGION | | | | 15 - 20 | 50 - 75 |
| 61 | | | | | | | | | |
| 62 | | | WHS RESCUE | FLORIDA PENINSULA & APALACHICOLA REGION PANHANDLE | | | | 20 - 25 | 30 - 35 |
| 63 | | | | | | | | | |
| 64 | 0.1.0 | Y | REPTILE SUPPLY MIAMI 1980 | TBD | | | | 160 - 200 | 250 - 300 |
| 65 | | | | | | | | | |
| 66 | | | | TBD | | | | | |
| 67 | | | | | | | | | |
| 68 | UNK | | REPTILE BREED FOUNDATIONS 1980 | | | | | 50 - 100 | 200 - 300 |
| 69 | | | | | | | | | |
| 70 | 0.1.0 | | WHS RESCUE | | | | | 15 - 20 | 50 - 75 |
| 71 | 1.0.0 | | WHS RESCUE | | | | | 15 - 20 | 50 - 75 |

Case 2:16-cv-00534-NJ Filed 09/12/19 Page 77 of 100 Document 75-2

I CASE#:16-534  TURTLE INVENTORY FROM THREE SOURCES (MPD, MADACC, WRITTEN 8/2019)

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIC # | ITEM # | TOTAL # OF EACH | WHERE INVENTORIED | WHICH LIST | MADACC REGISTRTION # | DATE REMOVED | WHERE FOUND | BREED / SPECIES | | | SEX M -F | SIZE | SCIENTIFIC NAME |
| 1 | | | | | | | | | | | | | | |
| 72 | | 295 | | MPD HAND WRITTEN LIST | | | | | RED EARED SLIDER | | | F | | TRACHEMYS SCRIPTA ELEGANS |
| 73 | | | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | |

| | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|
| | RATIO 0.0.0. | BREED Y - N | CAPTIVE / WILD CAUGHT RESCUE | NATIVE ORIGIN | IMPORTED & FROM WHERE | VENOMOUS/ NON VENOMOUS | IMPORTED / CITES REQUIRES | APPROXIMATE VALUE AT DATE LOSS 5/12/10 | APPROXIMATE CURRENT VALUE |
| 1 | 0.1.0 | | WHS RESCUE | | | | | 15 - 20 | 50 - 75 |
| 72 | | | | | | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | TOTAL VALUE 5/2010 | $6,630.00 | |
| 75 | | | | | | | | TO $8,305.00 | |
| 76 | | | | | | | TOTAL VALUE 8/2019 | $34,620.00 | |
| 77 | | | | | | | | TO $40,700.00 | |



PICTURE # 40

DESCRIPTION:  TWIST NECK TURTLE

LOCATION:  B26 /  HANDWRITTEN LIST  #132

           MADACC REGISTRATION  209213

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

           OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 261

DESCRIPTION:  TWO (2) M.A. ALLIGATOR SNAPPER TURTLE

LOCATION:  A1 & A2 /  HANDWRITTEN LIST  - WRITTEN B301 ON LID – NO MATCH
     MADACC REGISTRATION 208737 & 208738

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC
     OR
    B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 312

DESCRIPTION:  ALLIGATOR SNAPPING TURTLE

LOCATION: B29 /  HANDWRITTEN LIST #156

             MADACC REGISTRATION 216

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

            OR

       B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 311

DESCRIPTION:   ALLIGATOR SNAPPING TURTLE

LOCATION:  B14 /  HANDWRITTEN LIST  #157

                MADACC REGISTRATION 209198

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

              OR

        B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 307

DESCRIPTION:   ALLIGATOR SNAPPING TURTLE

LOCATION:  - 29 /  HANDWRITTEN LIST  #191

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 16

DESCRIPTION:  ASIAN YELLOW POND TURTLE / MAUREMYS MUTICA

LOCATION:  D27 /  HANDWRITTEN LIST  #149

           MADACC REGISTRATION 209214

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 209

DESCRIPTION: KEELED BOX TURTLE

LOCATION: D17 / HANDWRITTEN LIST #167 – HORFRELDS' TORTOISE?

MADACC REGISTRATION 209226

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 210

DESCRIPTION:  SOUTHEASTERN BOX TURTLE

LOCATION:  D31 /   HANDWRITTEN LIST  #162

MADACC REGISTRATION 209234

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 212

DESCRIPTION: MALAYSIAN BOX TURTLE

LOCATION: IB9 / HANDWRITTEN LIST #170

MADACC REGISTRATION 209254

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 211

DESCRIPTION: THREE TOES BOX TURTLE

LOCATION: IB3 / HANDWRITTEN LIST #168

MADACC REGISTRATION 209246

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 412

DESCRIPTION: RED EARED SLIDER

LOCATION: IB8 / HANDWRITTEN LIST #141

MADACC REGISTRATION 209049

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 413

DESCRIPTION:   RED EARED SLIDER

LOCATION:   K6 / HANDWRITTEN LIST  #133

        MADACC REGISTRATION 209263

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

        OR

     B) CITY OF MILWAUKEE WATER TOWER GARAGE

--------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 314

DESCRIPTION:  RED EARED SLIDER

LOCATION:  K11 / HANDWRITTEN LIST  #139

MADACC REGISTRATION 209264

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 414

DESCRIPTION:   RED EARED SLIDER

LOCATION:   K12 / HANDWRITTEN LIST  #143

        MADACC REGISTRATION 209265

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

       OR

    B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 310

DESCRIPTION:   ALLIGATOR SNAPPING TURTLE

LOCATION: A1 /  HANDWRITTEN LIST  #154

          MADACC REGISTRATION 209266

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 306

DESCRIPTION:   TURTLE - RED EAR SLIDER

LOCATION:   K15 /   HANDWRITTEN LIST  #142

MADACC REGISTRATION 209267

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 313

DESCRIPTION: RED EARED SLIDER

LOCATION: HANDWRITTEN LIST #136

TROVAN PIT TAG # T086 207963

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 415

DESCRIPTION: FLORIDA RED-BELLIED TURTLE

LOCATION: K4 / HANDWRITTEN LIST #218

MADACC REGISTRATION 209262

PICTURE TAKEN: 3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE: A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #: 16-534



PICTURE # 41

DESCRIPTION:   TURTLE – HOMOPUS BOULENGER

LOCATION:     HANDWRITTEN LIST  #169

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

`

PLACE:  A) MADACC

              OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 42

DESCRIPTION:  TURTLE – BATRACHEMYS

LOCATION:  -28   HANDWRITTEN LIST  #148  - PHAYNAS GIBBUS

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

          OR

      B) CITY OF MILWAUKEE WATER TOWER GARAGE

-----------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534



PICTURE # 308

DESCRIPTION:  RED EARED SLIDER TURTLE

LOCATION:       HANDWRITTEN LIST #137

TROVAN PIT TAG # T086 207983

PICTURE TAKEN:  3RD WEEK OF JUNE 2010 (TAKEN BY T.C.)

PLACE:  A) MADACC

OR

B) CITY OF MILWAUKEE WATER TOWER GARAGE

-------------------------------------------------------------------------------------------------------

EXPERT WITNESS – MITCHEL KALMANSON

CASE #:  16-534