MITCHEL KALMANSON
PO BOX 940008
MAITLAND FL 32794-0008



# State of Wisconsin

License No: 130350

## Insurance License

NPN: 130350

Office of the Commissioner of Insurance

**EDWARD**

## MITCHEL KALMANSON

Is licensed to transact insurance business in the state of Wisconsin subject to applicable laws and regulations.

| LICENSE TYPE | EFFECTIVE DATE | LICENSE EXPIRATION DATE | LINE OF AUTHORITY | LOA EFFECTIVE DATE |
|---|---|---|---|---|
| Intermediary (Agent) Individual | 05/11/2010 | 12/31/2020 | Property | 05/11/1992 |
| | | | Casualty | 05/11/1992 |
| Surplus Lines | | 12/31/2020 | | |

Document printed on-line. To verify license status, go to the OCI Website at www.state.wi.us/oci

Licensee must notify OCI of any change of name or address within 30 days of the change. Regulation fees and continuing education (if required) are due by the expiration date located above.

Office of the Commissioner of Insurance
Agent Licensing Section
PO Box 7872
Madison, Wisconsin 53707-7872
Telephone: (608)266-8699 Website: oci.wi.gov
E-mail: ociagentlicensing@wisconsin.gov

# FLORIDA DEPARTMENT OF FINANCIAL SERVICES

## *MITCHEL KALMANSON*

### *License Number : A136365*

**Resident Insurance License**

| | Issue Date |
|---|---|
| ●0120 - SURPLUS LINES | 11/15/1985 |
| ●0218 - LIFE & HEALTH | 04/12/1984 |
| ●0620 - ADJUSTER - ALL LINES | 12/31/1993 |
| ●0240 - HEALTH | 09/06/1983 |
| ●0220 - GENERAL LINES (PROP & CAS) | 09/06/1983 |

Jimmy Patronis
Chief Financial Officer
State of Florida

**Please Note:** A licensee may only transact insurance with an active appointment by an eligible insurer or employer. If you are acting as a surplus lines agent, public adjuster, or reinsurance intermediary manager/broker, you should have an appointment recorded in your own name on file with the Department. If you are unsure of your license status you should contact the Florida Department of Financial Services immediately. This license will expire if more than 48 months elapse without an appointment for each class of insurance listed. If such expiration occurs, the individual will be required to re-qualify as a first-time applicant. If this license was obtained by passing a licensure examination offered by the Florida Department of Financial Services, the licensee is required to comply with continuing education requirements contained in 626.2815 or 648.385, Florida Statutes. A licensee may track their continuing education requirements completed or needed in their MyProfile account at https://dice.fldfs.com. To validate the accuracy of this license you may review the individual license record under "Licensee Search" on the Florida Department of Financial Services website at http://www.MyFloridaCFO.com/Division/Agents

# FLORIDA DEPARTMENT OF FINANCIAL SERVICES

**Please Note:** A licensee may only transact insurance with an active appointment by an eligible insurer or employer. If you are acting as a surplus lines agent, public adjuster, or reinsurance intermediary manager/broker, you should have an appointment recorded in your own name on file with the Department. If you are unsure of your license status you should contact the Florida Department of Financial Services immediately. This license will expire if more than 48 months elapse without an appointment for each class of insurance listed. If such expiration occurs, the individual will be required to re-qualify as a first-time applicant. If the license was obtained by passing a licensure examination offered by the Florida Department of Financial Services, the licensee is required to comply with continuing education requirements contained in 626.2815 or 648.385, Florida Statutes. A licensee may track their continuing education requirements completed or recorded in their MyProfile account at https://dice.fldfs.com. To validate the accuracy of this license you may review the individual license record under "Licensee Search" on the Florida Department of Financial Services website at http://www.MyFloridaCFO.com/Division/Agents

Jimmy Patronis
Chief Financial Officer
State of Florida



## LETTER OF CERTIFICATION

01/29/2019

KALMANSON, MITCHEL
PO BOX 940008
MAITLAND FL 32794-0008

Re: KALMANSON, MITCHEL
License Number: A136365

The above named currently holds a license for the following line(s) of insurance:

- **Licensee:** 1-20 SURPLUS LINES
  **Issued:** 11/15/1985
  **Appointed?** Yes

This license does not require continuing education.

- **Licensee:** 2-18 LIFE & HEALTH
  **Issued:** 04/12/1984
  **Appointed?** Yes

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

- **Licensee:** 2-20 GENERAL LINES (PROP & CAS)
  **Issued:** 09/06/1983
  **Appointed?** Yes

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

- **Licensee:** 2-40 HEALTH
  **Issued:** 09/06/1983
  **Appointed?** Yes

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

- **Licensee:** 6-20 ADJUSTER - ALL LINES

• • •

Florida Department of Financial Services
Division of Agent and Agency Services
Bureau of Licensing
www.MyFloridaCFO.com
200 East Gaines Street, Tallahassee, FL 32399-0318



**Issued:**    12/31/1993
**Appointed?**  Yes

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

The licensee has qualified for the above line(s) of insurance by examination, designation, or experience.

No person may act as, advertise, or hold himself or herself out to be an insurance agent or adjuster unless he or she is currently licensed by the department and appointed by an appropriate appointing entity or person.

An insurance agency location can only transact insurance in the lines of business that its agents are licensed and appointed to transact.

END OF LETTER
NO FURTHER LICENSE INFORMATION SHALL APPEAR BELOW THIS LINE

● ● ●
Florida Department of Financial Services
Division of Agent and Agency Services
Bureau of Licensing
www.MyFloridaCFO.com
200 East Gaines Street, Tallahassee, FL 32399-0318

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 5 of 26   Document 75-4

EXPIRATION DATE: VALID UNTIL revoked

INSPECTED BY: L.G. SWANSON

JOHN S. TEMPLETON

# Animal Welfare Act
### (7 U.S.C. 2131 et seq.)

This is to certify that

is licensed
to operate
under the

Certificate No. 32-A-0366

Class "B"

City/County

Expiration

![signature]
Deputy Administrator

United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Animal Care

Previous editions are obsolete.

APHIS FORM 7007 (NOV '95)



# LICENSE TO POSSESS CLASS III WILDLIFE
## FOR EXHIBITION OR PUBLIC SALE
### Florida Fish and Wildlife Conservation Commission
### PO Box 6150, Tallahassee, FL 32314-6150
### (850) 488-6253

ESC 19843

Applicant ID: 7662 License ID: 403-134455

Cost: $50.00

Issued: 01/26/2018

Expires: 03/31/2019

Location Address:

**WORLD WIDE EXOTIC ANIMAL TALENT AGENCY, LLC**

POST OFFICE BOX 940008

MAITLAND, FL 32794-0008

KALMANSON, MITCHEL

33618 COUNTY ROAD 437

SORRENTO, FL 32776

LICENSEE AUTHORIZATIONS

This license DOES NOT authorize the sale of federally-designated Endangered and Threatened species,
state-designated Threatened species or state-designated Species of Special Concern, per Rule 68A-27.003
and 68A-27.005 F.A.C., respectively, or the possession of more than the limit, per Rule 68A-25.002 F.A.C.

**CLASS 3**
**ALL OTHER MAMMALS INCLUDING CAPUCHIN, SPIDER AND WOOLLY MONKEYS**
**BIRDS**
**Amphibians and Reptiles (Non-Venomous, Non-ROC and Non-Conditional)**



# LICENSE TO POSSESS CLASS I AND/OR CLASS II WILDLIFE
## FOR EXHIBITION OR PUBLIC SALE (1 TO 25 ANIMALS)
### Florida Fish and Wildlife Conservation Commission
### PO Box 6150, Tallahassee, FL 32314-6150
### (850) 488-6253

JULIE RENNEE

DEC 28 2017

**ESA 2489**
**Applicant ID: 7662 License ID: 401-133960**

Cost: $150.00

Issued: 12/26/2017
Expires: 02/23/2019

Location Address:

**WORLD WIDE EXOTIC ANIMAL TALENT AGENCY, LLC**
POST OFFICE BOX 940008
MAITLAND, FL 32794-0008

KALMANSON, MITCHEL

33618 COUNTY ROAD 437
SORRENTO, FL 32776

**LICENSEE AUTHORIZATIONS**

CLASS 1 - This licensee IS Authorized to Possess Class I Wildlife
FELIDAE
Includes all Class I Felidae except cheetahs
HOMINIDAE
HYLOBATIDAE
CLASS 2
FELIDAE
GIRAFFIDAE





**Permit Number: 28943B**
Date Effective: 03/01/2018    Date Expires: 02/28/2019

Issuing Office:

Department of the Interior
U.S. FISH AND WILDLIFE SERVICE
Office of Law Enforcement
1875 Century Boulevard, Suite 380
Atlanta, GA 30345
Tel: 404-679-7195
Email: permitsEastLE@fws.gov

JENNIE
MCALLISTER
Digitally signed by
JENNIE MCALLISTER
Date: 2018.02.28 08:21:39
-06'00'

*Legal Instruments Examiner*

Permittee:

**WORLD WIDE EXOTIC ANIMAL TALENT AGENCY LLC**
**235 SOUTH MAITLAND AVENUE**
**SUITE 201**
**MAITLAND, FL 32751 US**

Principal Officer: MITCHEL NMN KALMANSON , OWNER / MEMBER

Authority - Statutes and Regulations: 16 USC 1538(d); 50 CFR 13; 50 CFR 14

**Location where authorized activity may be conducted:** Any Designated Port per 50 CFR 14 (unless further restricted below).

**Reporting Requirements:** Licensee is required to maintain records per 50 CFR 13 and 14. Acceptance of this license authorizes inspection of records per 50 CFR 13.

**Conditions and Authorizations:**

A. General conditions set out in Subpart D of 50 CFR 13, and specific conditions contained in federal regulations cited above, are hereby made a part of this permit. All activities authorized herein must be carried out in accord with and for the purposes described in the application submitted. Continued validity, or renewal, of this permit is subject to complete and timely compliance with all applicable conditions, including the filing of all required information and reports.
B. The validity of this permit is also conditioned upon strict observance of all applicable foreign, state, local, tribal, or other federal law.
C. Valid for use by **permittee** named above.
D. Licensee is responsible for requesting renewal of license at least 30 days prior to the expiration date as outlined in 50 CFR 13. Service Law Enforcement Officers will not clear shipments presented for import or export under expired licenses.
E. Licensee is authorized to import/export wildlife and/or wildlife products at the port(s) specified above.
F. Licensee must comply with all import/export procedures as outlined in 50 CFR 14.

# CURRICULUM VITAE

# OF

# MITCHEL KALMANSON

*AS OF NOVEMBER 2010*

MITCHEL KALMANSON
P.O. BOX 940008
MAITLAND, FL 32794 U.S.A.
PH: 407-645-5000 - FAX: 407-645-2810
*E-MAIL:* mitchel@lkalmanson.com

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 10 of 26   Document 75-4

### *BIO / CURRICULUM VITAE OF MITCHEL KALMANSON*

---

A) **DATE OF BIRTH**: DECEMBER 31 (NEW YEAR'S EVE)

B) **BORN IN**: ORANGE COUNTY, FLORIDA - USA

C) **RESIDENCE**: LAKE COUNTY, FLORIDA - USA

---

D) **FORMAL EDUCATION:** GRADUATED FROM THE UNIVERSITY OF SOUTH FLORIDA IN 1983 WITH A BACHELOR OF ARTS, COLLEGE OF BUSINESS ADMINISTRATION WITH A DEGREE IN FINANCE / EMPHASIS IN REAL ESTATE AND INSURANCE.

---

E) **CONTINUING EDUCATION:** PERPETUALLY AND CONSISTENTLY ATTENDS NUMEROUS CONTINUING EDUCATION CLASSES AND SEMINARS ON REAL ESTATE, RISK MANAGEMENT, PROPERTY & CASUALTY, LIFE, HEALTH, DISABILITY INSURANCE, EXCESS & SURPLUS LINES INSURANCE. ATTENDS VARIOUS VETERINARIAN SEMINARS / LECTURES ON DOMESTIC &/OR EXOTIC ANIMALS, ANIMAL SHIPMENTS, CHEMICAL MOBILIZATIONS, VALUATIONS, ETC... ATTENDS LECTURES &/OR CONFERENCES ON VARIED AND NUMEROUS ENTERTAINMENT ACTIVITIES, EXPOSURES AND OPERATIONS. HAS ATTENDED MANY DOMESTIC AND EXOTIC ANIMAL AUCTIONS, SHOWS, CIRCUS=, ZOOS, RACES, AND PERFORMANCES THROUGHOUT THE UNITED STATES AND WORLDWIDE.

---

F) **LICENSE(S):**

I.    RESIDENT LICENSE: HOLDS THE FOLLOWING CURRENT LICENSES WITH THE FLORIDA DEPARTMENT OF INSURANCE TO INCLUDE:

    A. EXCESS AND SURPLUS LINES LICENSE
    B. LIFE AND HEALTH INSURANCE LICENSE
    C. GENERAL LINES - PROPERTY & CASUALTY INSURANCE - LICENSE
    D. ALL LINES ADJUSTER=S LICENSE IN THE STATE OF FLORIDA (CLAIMS
       ADJUSTER) (A COPY OF A ᴀLETTER OF CERTIFICATION@ IS AVAILABLE
       UPON REQUEST)

II.   NON-RESIDENT - HOLDING SEVERAL CURRENT - PROPERTY AND CASUALTY - NON-RESIDENT LICENSES THROUGHOUT THE USA, VIA EACH STATE=S DEPARTMENT OF INSURANCE

III.  REAL ESTATE LICENSE ʙ ISSUED BY THE STATE OF FLORIDA, DEPARTMENT OF PROFESSIONAL REGULATION - (SALESMEN LICENSE)

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 11 of 26   Document 75-4

IV.    PERMITTED BY THE STATE OF FLORIDA GAME AND FRESH WATER COMMISSION
       TO POSSESS WILDLIFE FOR EXHIBITION OR PUBLIC SALE

V.     LICENSED BY THE UNITED STATES DEPARTMENT OF AGRICULTURE TO EXHIBIT
       (CLASS AC@ EXHIBITOR), BOTH DOMESTIC AND EXOTIC ANIMALS {CLASS I AND
       CLASS II FELIDAE(S)}

VI.    LICENSED BY THE STATE OF FLORIDA DEPARTMENT OF BUSINESS AND
       PROFESSIONAL REGULATION, BOARD OF TALENT AGENTS (MITCHEL
       KALMANSON DBA: WORLD WIDE EXOTIC ANIMAL TALENT AGENCY LLC)

VII.   KALMANSON HOLDS A FEDERAL FISH AND WILDLIFE PERMIT AND IMPORT /
       EXPORT LICENSE ISSUED THROUGH THE DEPARTMENT OF THE INTERIOR, US FISH
       AND WILDLIFE SERVICES

VIII.  KALMANSON ALSO HOLDS VARIOUS NON-RESIDENT EXOTIC ANIMAL LICENSES
       THROUGHOUT THE UNITED STATES

---

**NOTE:** MITCHEL KALMANSON=S TALENT AGENCY (D/B/A: WORLD WIDE EXOTIC ANIMAL
       TALENT AGENCY - A/K/A: WORLD WIDE EXOTICS) SPECIALIZES IN THE
       PLACEMENT OF VARIOUS DOMESTIC &/OR EXOTIC ANIMAL TALENT /
       PERFORMANCES, ETC... AROUND THE WORLD FOR VARIOUS SPECIAL EVENTS
       &/OR PRODUCTIONS, INCLUDING THE PLACEMENT OF VARIOUS TALENT AS
       REQUESTED.

---

G)     MITCHEL KALMANSON IS *PRESIDENT* OF LESTER KALMANSON AGENCY, INC. - A
SPECIALIZED INDEPENDENT INSURANCE AGENCY, PROVIDING INSURANCE, RISK
MANAGEMENT AND RELATED SERVICES FOR THE VERY HARD TO PLACE EXPOSURES /
ACCOUNTS, ENTERTAINMENT, DOMESTIC &/OR EXOTIC ANIMAL THEME PARKS /
FACILITIES; MOVIE AND AMUSEMENT INDUSTRIES, INCLUDING, BUT NOT LIMITED TO ,
OFFERING PROPERTY, MORTALITY, CASUALTY, PRIZE INDEMNIFICATION, EXCESS &
SURPLUS LINES INSURANCE AND VARIOUS OTHER SURETY INSURANCE CONTRACTS,
ETC...

---

H)     MITCHEL KALMANSON IS *OWNER AND SOLE PROPRIETOR* OF KALMANSON
EXCESS & SURPLUS LINES AGENCY, LLC  A VERY HIGHLY SPECIALIZED WHOLESALE
INSURANCE BROKERAGE FIRM WITH A GREAT EMPHASIS ON ESOTERIC / NICHE
MARKETS THROUGHOUT THE GLOBE; RISK MANAGEMENT, AND CLAIMS
ADMINISTRATION SERVICES FOR THE ENTERTAINMENT, AGRIBUSINESS AND
VIRTUALLY ALL ANIMAL &/OR ENTERTAINMENT RELATED EXPOSURES / OPERATIONS-
INCLUDING THE PLACEMENT OF VARIOUS REINSURANCE CONTRACT(S).

---

I)     MITCHEL KALMANSON IS *OWNER* OF WORLD WIDE EXOTIC ANIMAL TALENT
AGENCY, DBA: FEATURING ANIMALS WHICH IS SET UP TO MARKET ENTERTAINMENT
AND ANIMAL RELATED TALENT.

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 12 of 26   Document 75-4

J)    **ASSOCIATION(S) / MEMBERSHIP(S):**

A.    A COMMERCIAL MEMBER OF THE AMERICAN ASSOCIATION FOR ZOOLOGICAL
      PARKS AND AQUARIUMS (A/K/A: A.Z.A.)

B.    MEMBER OF THE FLORIDA FEDERATION OF FAIRS & LIVESTOCK SHOW

C.    PAST MEMBER OF ANIMAL TRANSPORTATION ASSOCIATION AND SERVED ON
      BOTH THE BOARD OF DIRECTORS AND THE EXECUTIVE BOARD OF DIRECTORS

D.    MEMBER OF THE FLORIDA ASSOCIATION OF INDEPENDENT INSURANCE AGENTS

K)    **FOREIGN MARKETS:**

A.    TRIBUNALIZED BY LLOYD'S / LONDON - USA CORRESPONDENT

B.    CONSULTS AND DEALS WITH VARIOUS INSURANCE MARKETS, UNDERWRITERS
      AND CARRIERS AROUND THE WORLD

L)    MITCHEL KALMANSON HAS A PROVEN TRACK RECORD IN DEVELOPMENT,
MARKETING AND SERVICE OF HIGHLY SPECIALIZED INSURANCE PROGRAMS AND
RELATED SERVICES, INCLUDING THE ABILITY AND AUTHORITY TO MANUSCRIPT POLICY
WORDING.  HE IS CURRENTLY INVOLVED WITH THE BUYING, TRANSPORTING,
VALUATION, SELLING, PEN / COMPOUND DESIGN, ANIMAL MANAGEMENT OF BOTH
DOMESTIC AND EXOTIC ANIMALS AND FISH STOCK - THROUGHOUT THE WORLD.  HE IS
ALSO HEAVILY INVOLVED WITH THE LOSS PREVENTION AND RISK MANAGEMENT FOR
THE RARE AND UNUSUAL RISKS OF INSURANCE.

M)    **HOBBIES:**    RAISING, TRAINING AND OWNERSHIP OF EXOTIC ANIMALS SUCH AS
              TIGERS, LIONS, LEOPARDS, ETC... ALSO ENJOYS POLO, SCUBA, WORLD
              TRAVELING, FISHING, YACHTING AND HORSEBACK RIDING.

N)    **PERSONAL:**  KNOWN BY COLLEAGUES & CLIENTS TO BE AN AVANT-GARDE,
              TENACIOUS, CREATIVE AND OUTGOING PERSON WITH VERY ESOTERIC
              KNOWLEDGE IN THE ENTERTAINMENT, ANIMAL AND INSURANCE
              INDUSTRIES.

O)    **TRAVEL:**    HAS TRAVELED EXTENSIVELY THROUGHOUT THE USA, EUROPE,
              SOUTH AFRICA, ZIMBABWE, BRAZIL, SOME PARTS OF ASIA, SOUTH AND
              CENTRAL AMERICA, THE BAHAMAS AND THE CARIBBEAN ISLANDS,
              AFRICA, ALASKA, ETC...

P)    **COMMUNICATING:** POSSESSES THE ABILITY TO COMMUNICATE WITH DIVERSE

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 13 of 26   Document 75-4

INDIVIDUALS DERIVED FROM PERSONAL SKILLS AND ACADEMIC TRAINING, EXCELLENT SKILLS IN PERSUASIVE DISCOURSE AND AS A PROFESSIONAL EXPERT AND WITNESS.

Q) **NEGOTIATING:** ACQUIRED EXTENSIVE EXPERIENCE - OVER THE YEARS, IN BARGAINING AND NEGOTIATING SMALL TO LARGE ACCOUNTS.

R) **REFERENCES:** MK IS KNOWN IN THE MARKETPLACE AROUND THE WORLD, AS AN EXPERT IN ANIMAL LIABILITY, SURPLUS LINES, MORTALITY INSURANCE, AND SPECIALTY INSURANCE, AGRIBUSINESS TYPE EXPOSURES / OPERATIONS.

S) **SOURCE REFERENCES:** AVAILABLE UPON REQUEST.

**REMARKS:** WILL WORK DIRECTLY WITH THE INDUSTRY RISK MANAGER, ATTORNEY AND VARIOUS CONSULTANTS TO HELP DEVELOP AND PREP MANUSCRIPT INSURANCE POLICY WORDINGS &/OR PROGRAMS, AND PROTOCOLS TO MEET THEIR NEEDS AND DEMANDS, TO PROTECT THEIR FINANCIAL INTERESTS.

T) **VARIOUS PROFESSIONAL ENGAGEMENTS - (PARTIAL LIST):**

1. HAS PRESENTED A PAPER ON INSURANCE FOR THE TRANSPORTATION AND MARKETING DIVISION OF THE AGRICULTURAL MARKETING SERVICE OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, AT THE LIVESTOCK EXPORT WORKSHOP IN KANSAS CITY, MO. (AUGUST 13, 1992).

2. WAS RETAINED AS AN EXPERT TO GIVE A WRITTEN TESTIMONY ON THE VALUE OF VARIOUS PRIMATES FOR THE USDA IN MIAMI, FL INVOLVING AN ANIMAL BROKER WHO HAD SHIPPED ANIMALS.
**NOTE:** THE CASE WAS SENT UP TO THE APPELLATE LEVEL - PENDING 1992 - 1993.

3. HAS BEEN RETAINED SEVERAL TIMES AS AN EXPERT BY CERTAIN UNDERWRITERS AT LLOYD=S / LONDON (FOR MORE THAN 15 YEARS) ON MOBILIZATION VALUATION SHIPPING OF VARIOUS DOMESTIC AND EXOTIC ANIMALS.
**NOTE:** FOR THE UNDERWRITING REASONS, COURT (CLAIM) PREPARATION, AND CLAIM MANAGEMENT AND SETTLEMENT.

4. WAS RETAINED BY COUNSEL AS AN EXPERT FOR A CASE IN TEXAS INVOLVING THE SALE OF TWO (2) EMUS OF THE SAME SEX, WHEN THE SALE WAS SUPPOSED TO BE TWO (2) EMUS OF THE OPPOSITE SEX. CONSULTED WITH COUNSEL AND TESTIFIED ON THE PROPER METHODS OF SEXING, VETERINARIAN EXAMS CONDUCTED, AND THE VALUES OF SAID SPECIES INVOLVED WITH THE SALE (1993).
**NOTE:** CASE WAS SETTLED OUT OF COURT.

5. HAS BEEN RETAINED OVER THE YEARS BY SEVERAL ATTORNEY=S ON THE

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 14 of 26   Document 75-4

VALUES, PROPER ELECTRONIC IDENTIFICATION, SEXING PROCEDURES, GENERAL ANIMAL MANAGEMENT, CO-OP / BOARDING AGREEMENTS, ETC... ON THE RATITE INDUSTRY.

6.    WAS HIRED AS AN EXPERT OF VALUATION OF A WRITTEN CERTIFICATION OF APPRAISAL OF VARIOUS FROZEN ZOOLOGICAL SPECIMENS SUCH AS REPTILES, AMPHIBIANS, ETC... FOR GREAT LAKES ZOOLOGICAL SUPPLY, INC. (NOV. 1991). **NOTE:** FOR I.R.S. / TAX REASONS.

7.    HAS PROVIDED EXPERT TESTIMONY FOR THE VALUATION OF A MALE (CERAS) LLAMA FOR A HOMEOWNERS INSURANCE COMPANY CLAIM, WHERE AN INSURED=S DOG

      ATTACKED AND KILLED A NEIGHBORS LLAMA, THUS HAD SUBMITTED A CLAIM TO THE LIABILITY INSURANCE CARRIER.
      **NOTE:** THE CARRIER DECIDED TO USE HIS WRITTEN TESTIMONY TO PAY THE CLAIM        TO AVOID LEGAL FEES AND COURT COSTS.

8.    HAS BEEN RETAINED BY COUNSEL IN MINNESOTA AS AN EXPERT TO CONSULT ON AN OPEN LAW SUIT INVOLVING A RUN AWAY HORSE AND A DEFECTIVE CARRIAGE WHEEL WHICH CAUSED SEVERE BODILY INJURY TO THE PLAINTIFF.

9.    WAS HIRED AS AN EXPERT WITNESS TO CONSULT, RESEARCH, AND TESTIFY ON BEHALF OF THE ATTORNEY GENERAL=S OFFICE OF WASHINGTON STATE, ON THE VALUATION OF VARIOUS CERVIDAE / DEER FOR A LAW SUITE, WHEREBY, VARIOUS FARMERS (PLAINTIFF=S) SUED THE STATE OF WASHINGTON FOR AN EMERGENCY REGULATION TO BE PUT INTO EFFECT (9/94).
      **NOTE:** WAS ASKED TO GIVE BOTH ORAL AND WRITTEN TESTIMONY WITH SUBMITTING A WRITTEN OPINION ON CERTAIN VALUE, INCLUDING EVALUATION BASIS WHICH WAS USED TO DETERMINE VARIOUS VALUES. (DID NOT HAVE TO ATTEND THE TRIAL TO TESTIFY)

10.   HAS CONSULTED WITH A PRIVATE OPERATION FROM BRAZIL WHO HAS A FARM WITH APPROXIMATELY 60,000 HEAD OF CATTLE ON SEVERAL VERY LARGE (APPROXIMATELY 50,000 HECTORS) INDIAN RESERVATIONS IN THE COUNTRY OF BRAZIL AND OVERSEEN THE CATTLE OPERATION FOR UNDERWRITERS.

11.   HAS SERVED AS THE EXECUTIVE DIRECTOR OF ASSOCIATED RISK MANAGERS FROM OCTOBER 1988 UNTIL MID 1990. (THE CORPORATION WENT OUT OF BUSINESS) A.R.M. PROVIDED MARKET ACCESS AND CERTAIN TARGET MARKETING INSURANCE OPPORTUNITIES FOR A LARGE GROUP OF FLORIDA BASED INSURANCE AGENCIES WITH SPECIALIZED HELP AND SUPPORT ON UNUSUAL OR TOUGH RISKS AND VARIOUS UNDERWRITING SERVICES, WAS RESPONSIBLE FOR THE ESTABLISHMENT AND MAINTAINING INCOME PRODUCING INSURANCE PROGRAMS AND PERPETUATE GROWTH AND PUBLIC RELATIONS OF THE ASSOCIATION.

12.   WAS FEATURED IN THE ORLANDO BUSINESS JOURNAL FOR AINSURANCE THE WEIRD, WILD AND WACKY@ (JUNE 19-25, 1992).

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 15 of 26   Document 75-4

13. HAS BEEN PERSONALLY INVOLVED WITH THE BUYING, SELLING AND THE TRANSPORTING OF VARIOUS EXOTIC ANIMALS TO ASIA.

14. WAS HIGHLIGHTED IN THE PROMPT FINANCE, INC=S (OWNED BY CLOSE BROTHERS GROUP (UK) NEWS - CIRCULATED THROUGHOUT THE USA - HEADLINED: ATHE LESTER KALMANSON AGENCY, INC. - SPECIALIZING IN INSURED THE WEIRD, WILD AND WACKY!!!@ (12/94).

15. WAS INVITED AS A GUEST SPEAKER FOR A CLOSED MEETING OF ELEPHANT OWNERS AND TRAINERS / HANDLERS THROUGHOUT THE USA - SARASOTA, FL. (12/27/94).

16. WAS RESPONSIBLE FOR INSURING THE HALF TIME SHOW OF THE SUPER BOWL XXVI IN MIAMI, FL (1/25/95).

17. WAS INSTRUMENTAL IN PUTTING TOGETHER BOTH THE NATIONWIDE VEHICLE AND ACCIDENT MEDICAL PROTECTION PROGRAMS WHICH ARE UNDERWRITTEN AND ADMINISTERED BY KALMANSON. THESE PROGRAMS ARE A LARGE BENEFIT TO BOTH THE SPECIALTY AGENT AND TO THE VARIOUS ASSURED=S.

18. HAS ATTENDED A ONE DAY WORKSHOP - PROVIDING COMPREHENSIVE TRAINING ON EFFECTIVE NEGOTIATION AND MEDIATION OF CLAIMS FOR INSURANCE CLAIM HANDLERS AND ATTORNEY=S. WAS RECENTLY CITED IN AN ARTICLE, TITLED ACANINE INSURANCE IS DOGGONE HARD TO FIND, EXPENSIVE@ IN A BAKERSFIELD, CA. NEWSPAPER, CONCERNING MORTALITY COVERAGE FOR DOGS (3/95).

19. WAS SOLELY RESPONSIBLE (AFTER HIS CLOSE PHYSICAL INSPECTION) FOR THE UNDERWRITING AND PLACEMENT OF THE MORTALITY INSURANCE ON THREE (3) ATLANTIC BOTTLENOSE DOLPHINS FOR THEIR PROPOSED USE IN THE MAKING OF THE MOVIE AFLIPPER@ IN NASSAU, BAHAMAS. THIS INCLUDED A MANUSCRIPT ENDORSEMENT FOR THE COVERAGE - IN THE EVENT ANY OF THE DOLPHINS WERE TO ESCAPE WHILE BEING USED FOR COMMERCIAL FILMING PURPOSES IN THE OPEN OCEAN (5/95).

20. PARTICIPATED IN THE 2ND EUROPEAN WORKSHOP AT THE VIENNA ZOO IN VIENNA, AUSTRIA IN: TRAINING ELEPHANTS FOR MEDICAL CARE, TREATMENT AND RESEARCH (11/99).

21. RECENTLY PLACED COVERAGE FOR A LARGE SCHEDULE OF ASLASH PINES@ WITH A VERY LARGE S.I.R. (I.E. TREE COVERAGE).

22. 9TH JUDICIAL COURT, IN KISSIMMEE, OSCEOLA COUNTY, FLORIDA BEFORE JUDGE FRANK W. KANEY, CIVIL DIVISION WAS INSTRUMENTAL IN PROVIDING / GIVING EXPERT TESTIMONY IN THE, FOR THE RISK MANAGEMENT DEPARTMENT AND THE COUNTY OF OSCEOLA, IN A CIVIL CASE (NON INJURY) ON LIABILITY INSURANCE / POLICY INTERPRETATION.

23. WAS HIRED TO EVALUATE, ADJUST AND NEGOTIATE SETTLEMENT OF A LARGE

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 16 of 26   Document 75-4

COMMERCIAL LAUNDRY IN MARYLAND, WHO HAD BOUGHT / PURCHASED A DEFECTIVE MACHINE / PRODUCT FROM A GERMAN MANUFACTURER WHICH CAUSED SEVERAL THOUSAND DOLLARS OF DAMAGE. WAS INSTRUMENTAL IN NEGOTIATING A CLAIM SETTLEMENT WITH THE GERMANY PRODUCT(S) LIABILITY INSURANCE CARRIER.

24. WAS HIRED BY A VERY LARGE REINSURANCE COMPANY TO DO THE PHYSICAL SURVEY / INSPECTION IN BOTH SOUTH AMERICA AND ON THE ISLAND OF TONGA ON A VERY LARGE SHIPMENT OF ALPACAS BEING INSURED AND SHIPPED FROM SOUTH AMERICA TO AUSTRALIA.

25. WAS HIRED TO FLY TO SOUTH DAKOTA TO SURVEY / INSPECT A LARGE COMMERCIAL DAIRY FARM FOR MORTALITY INSURANCE PURPOSES(S).

26. WAS A PART OF THE (SEPTEMBER) 1996 GIANT PANDA TEAM - WHO WAS RESPONSIBLE FOR THE SHIPMENT FOR SHANGHAI, CHINA (CHINA=S NATIONAL TREASURE) TO SAN DIEGO ZOO, CA. AS WELL AS THE PLACEMENT OF THE MORTALITY INSURANCE.

27. WAS HIRED TO DO A SITE / PHYSICAL SURVEY - INSPECTION AND VERIFY THE VALUE OF ELEVEN (11) BOTTLE NOSE DOLPHINS IN THE NASSAU (BLUE LAGOON) BAHAMAS (SEPTEMBER 1996).

28. WAS A GUEST SPEAKER AT THE 72ND ANNUAL A.Z.A. CONFERENCE IN HONOLULU, HAWAII TO GIVE A PAPER ON ΑLIMITING LIABILITY FOR LOSS BY USING INSURANCE TECHNIQUES@ (SEPTEMBER 1996).

29. WAS RETAINED TO FLY FROM SOUTH CAROLINA THEN ON TO MIAMI TO INSPECT / SURVEY APPROXIMATELY 3,000 HEAD OF PRIMATES (OCTOBER 1996) .

30. WAS HIRED TO FLY TO NEVADA TO PHYSICALLY INSPECT / SURVEY TWO (2) PRIMATE (LAB) FACILITY(S) (OCTOBER 1996).

31. WAS RESPONSIBLE FOR THE UNDERWRITING, THE PLACEMENT AND THE SURVEY OF A RAINBOW TROUT FARM IN OHIO (DECEMBER 1996).

32. HAS BEEN RETAINED AS AN EXPERT WITNESS FOR FIVE (5) CASES IN SOUTH FLORIDA - POST HURRICANE ANDREW INSURANCE (FLOOD COVERAGE) ISSUES.

33. WAS RESPONSIBLE FOR THE UNDERWRITING, THE PLACEMENT AND THE PHYSICAL SURVEY OF A LARGE ABALONE FARM IN CALIFORNIA (JANUARY 1997).

34. WAS RETAINED TO HELP A PROFESSIONAL ENTERTAINER IN LAS VEGAS, WITH LARGE EXOTIC ANIMALS, OBTAIN PERMISSION TO SOUSE / KEEP SAID ANIMALS IN THE CITY AND HE HAD TO PROVIDE A WRITTEN EXPERT OPINION TO THE SAFETY AND CAGING OF THE SAID ANIMALS.

35. ATTENDED AN ARTIFICIAL INSEMINATION CLASS FOR ELEPHANTS IN VIENNA

(2000).

36. RESPONSIBLE FOR THE MOVEMENT OF THREE CHIMPANZEES FROM MEXICO TO THE USA (3/00) ANIMALS WHOM HAD THEN BEEN ON TOUR WITH ROYAL HANNEFORD CIRCUS.

37. PREPARED A COMPLETE MANUSCRIPT RISK MANAGEMENT MANUEL FOR AUNIVERSOUL CIRCUS®. (4/01)

38. RETAINED AS EXPERT WITNESS TO ESTABLISH VALUE ON A DECEASED EQUINE (FORENSIC VALUE ESTABLISHED AND  PROVIDED). 4/01

39. RESPONSIBLE FOR THE MOVEMENT OF THREE WHITE TIGERS AND EQUIPMENT FROM THE USA TO SOUTH AFRICA FOR THE UNIVERSOUL CIRCUS FOR PERFORMANCES AND FILMING WITH HBO (7/01) ANIMALS CURRENTLY ON TOUR WITH UNIVERSOUL CIRCUS.

40. TRANSPORTED WHITE TIGER TO SOUTH AFRICA FOR THE HBO SPECIAL DOCUMENTARY IN JOHANNESBURG, SOUTH AFRICA. (7/01)

41. RETAINED TO SURVEY ACQUARIO DI GENOVA IN GENOA, ITALY.  IRO: DOLPHINS ( 8/01).

42. RETAINED WITH SHIPPING OF TWO (2) ONE YEAR OLD POLAR BEAR CUBS FROM ST. PETERSBURG,  RUSSIA TO GOLD COAST BRISBANE, AUSTRALIA  11/01

43. INSPECTION OF SEA WORLD, AUSTRALIA POLAR BEAR EXHIBIT - 12/01

44. SURVEYED AND INSPECTED UNDERWATER WORLD, MELBOURNE AQUARIUM, MELBOURNE, AUSTRALIA. 12/01

45. SURVEYED AND INSPECTED AUBURN UNIVERSITY VETERINARIAN FACILITIES AT AUBURN UNIVERSITY. (IRO: CARE, CUSTODY AND CONTROL) 12/01

46. TRANSPORTED SIX (6) DOLPHINS FROM ROATAN, HONDURAS  TO CURACAO. 5/02

47. INVOLVED WITH SHIPPING A KILLER WHALE FROM FRANCE TO USA.  5/02

48. SURVEYED AND INSPECTED A LARGE PRIMATE FACILITY, NEW MEXICO 6/02

49. SURVEYED AND INSPECTED MALE KILLER WHALE IN ARGENTINA (PREPARATION FOR TRANSPORTATION). 6/02

50. SURVEYED AND INSPECTED AQUARIUM IN PUERTO PLATA, DOMINICAN REPUBLIC. 12/02

51. SURVEYED AND INSPECTED TWO (2) DOLPHIN INTERACTION PROGRAMS AT TWO (2) SEPARATE FACILITIES, JAMAICA. 2/03

52. SURVEYED AND INSPECTED HALF MOON AND DOLPHIN COVE IN OCHO RIOS,

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 18 of 26   Document 75-4

JAMAICA 3/03

53      .SURVEYED AND INSPECTED HALF MOON AND DOLPHIN COVE IN OCHO RIOS,
        JAMAICA 3/03

54.     SURVEYED AND INSPECTED DEEP DOWN DISCOVERY PUERTO PLATA, DOMINICAN
        REPUBLIC / CARIBBEAN 4/03.

55.     PROVIDED A MARINE MAMMAL APPRAISAL FOR MIAMI SEA AQUARIUM.  6/03

56.     SURVEYED AND INSPECTED AQUARIUM IN VALENCIA SPAIN.  6/03

57.     SURVEYED,  INSPECTED AND WAS RETAINED AS EXPERT FOR A MARINE
        MAMMAL SHIPMENT FROM THE SOLOMON ISLANDS TO THE CARIBBEAN AT A
        LATER DATE..  8/03

58.     SURVEYED AND INSPECTED DALIAN TIGER BEACH AQUARIUM, DALIAN CHINA.
        9/03

59.     SURVEYED AND INSPECTED SUN ASIA OCEANARUIM DALIAN, CHINA 9/03.

60.     COSTA AQUARIUM 9/03

61.     TRANSPORTED PANDAS FROM CHINA TO THAILAND.  10/03

62.     SHIPPED DOLPHINS FROM ROATAN HONDURAS TO DOMINICAN REPUBLIC. 11/03

63.     SHIPPED DOLPHINS FROM ROATAN TO CURACAO. 11/03

64.     INSURANCE REVIEW, AUDIT OF WORKER'S COMPENSATION, RENEWAL OF
        CURRENT POLICY, ATLANTA, GA 1/04

65.     JET PET'S MEDIATION HEARING, LOS ANGELES, CA 2/04

66.     INSPECTION OF UNDERWATER WORLD AQUARIUM IN SINGAPORE 2/04

67.     DOLPHIN SHIPMENT TO JAMAICA 2/04

68.     SURVEYED AND INSPECTED DOLPHIN LAGOON, SINGAPORE 2/04

69.     SURVEYED AND INSPECTED DOLPHIN ENCOUNTER NASSAU, 3/04

70.     ATTENDED THE A.R.A.Z.P.A. CONFERENCE IN NEW ZEALAND 3/04

71.     JET PET'S MEDIATION HEARING, LOS ANGELES, CA 2/04

72.     INSPECTION OF UNDERWATER WORLD AQUARIUM IN SINGAPORE 2/04

73.     DOLPHIN SHIPMENT TO JAMAICA 2/04

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 19 of 26   Document 75-4

74. SURVEYED AND INSPECTED DOLPHIN LAGOON, SINGAPORE 2/04

75. SURVEYED AND INSPECTED DOLPHIN ENCOUNTER NASSAU, 3/04

76 ATTENDED THE A.R.A.Z.P.A. CONFERENCE IN NEW ZEALAND 3/04

77. INSPECTION OF INSURED WILDLIFE PROPERTY, SACRAMENTO, CA 3/04

78. EVALUATION OF SICK DOLPHIN IN BAHAMIAN SWIM WITH THE DOLPHINS ADVENTURE, NASSAU BAHAMAS 3/04

79. EVALUATION OF SICK DOLPHIN AT MONTEGO BAY, JAMAICA 3/04

80. INSPECTION OF VARIOUS STAGE TYPE MAGIC SHOWS, AND ANIMAL HOUSING FACILITIES, LAS VEGAS, NV 5/04

81. INSPECTION OF PRIMATE FACILITY, REDMOND, OK 6/04

82. EVALUATION OF EXOTIC FELINE ESCAPE PLAN FOR CIRCUS, CORRELATION WITH USDA ANIMAL CONTROL, CALIFORNIA 6/04     (SOUL– CORRECT STATE????)

83. INSPECTION OF CATTLE HOUSING AND GRAZING LAND, OMAHA, NE 6/04

84. INSPECTION AND SEMINAR FOR LESLIE DAY, REDMAN OREGON 6/04

85. SURVEYED AND INSPECTED ATLANTIS PARADISE ISLAND 7/04.

86. INSPECTION / SURVEY REPORT OF MARINE MAMMAL FACILITY, ATLANTIS, BAHAMAS 7/04

87. INSPECTION OF FELINE CONSERVATION FEDERATION FACILITY, LAS VEGAS, NV 7/04

88. EVALUATION OF SHORT TERM FACILITY FOR FELINE(S), RENO, NV 8/04 (SOUL CIRCUS)

89. INSPECTION OF ACTIVE CIRCUS IN LOS ANGELES, CA 8/04

90. INSPECTION OF SHORT TERM FACILITY FOR FELINE(S), CHICAGO, IL 9/04

91 .LONDON / MEETING WITH UNDERWRITERS 10/04

92. MEETING IN MONTREAL, DISCUSSIONS TO PREPARE SPECIAL RISK LIABILITY WORDING FOR UNDERWRITERS (USA/CANADA) MARK KNOX  10/04

93. INSPECTION / EVALUATION OF ELEPHANT FACILITY AND NEW BABY BORN, VIETNAM 12/04

94. MEETING WITH RAPHAEL & ASSOCIATES, CLAIMS HANDLING REVIEW 6/05

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 20 of 26   Document 75-4

95. INSPECTION OF ACTIVE CIRCUS FACILITY, LOS ANGELES, CA (CIRCUS BROADWAY) 8/05

96. INSPECTION OF ACTIVE CIRCUS (CIRCUS GATTI), CALGARY, CANADA 8/05

97. COURT HEARING/ TRIAL ON INSURED CLAIM, DALLAS, TX (SOUL CIRCUS) 8/05

98. INSPECTION OF ACTIVE CIRCUS (GEORGE CARDEN CIRCUS) 8/05

99. INSPECTION OF ACTIVE CIRCUS (JORDAN WORLD CIRCUS) 9/05

100. INSPECTIONS FOR CPAA IN BEIJING & CHENGDU MARINE MAMMAL FACILITIES 11/05

101. TRANSPORT OF LIONS FROM PARIS TO AMSTERDAM AND ON TO THE U.S.A. 1/06

102 MEETING WITH UNDERWRITERS / LONDON 1/06

103. AQUACULTURE CONFERENCE TO REVIVE INSURANCE WORDING, LAS VEGAS, NV 2/06

104. INSPECTION OF AVIAN FACILITY AND ACTIVITIES,(CARVALHOS' FRIENDS OF A FEATHER), LAS VEGAS, NV 3/06

105. MEETING UNDERWRITERS / NSD RENEWAL / ROGER MARSH 3/06

106. SURVEY OF ZOOS WITH PANDA & ELEPHANT FACILITIES, BANGKOK & PHUTET 2/06

107. INSPECTION OF ACTIVE CIRCUS (CIRCUS BROADWAY) LOS ANGELES, CA 3/06

108. INSPECTION OF ACTIVE CIRCUS (CIRCUS GATTI), LOS ANGELES, CA 4/06

109. MEETING WITH CITY & COUNTY OFFICIALS ABOUT MANUSCRIPT WORDING FOR PEDICAB LIABILITY POLICY(S), NEW YORK, N Y 5/06

110. INSPECTION OF MANATEE PARK, PUNTA CANA 5/06

111. INSPECTION OF ACTIVE CIRCUS (CIRCUS SPECTACULAR), WACO, TX 5/06

112. MARINE MAMMAL (DOLPHIN) TRANSPORT FROM DOMINICAN REPUBLIC TO PUNTA CANA 6/06

113. ACTIVE CIRCUS INSPECTION (SOUL CIRCUS) LANDOVER HILLS, MD 6/06

114. UNDERWRITERS MEETING WITH NCG, LONDON 6/06

115. INSPECTION / SURVEY OF WILDLIFE SAFARI FACILITY, WINSTON, OREGON7/06

116. INSPECTION OF ACTIVE CIRCUS (SOUL CIRCUS), MEMPHIS, TN 8/06

117    .EXPERT WITNESS IN ALABAMA, FRANKLIN CLASS ACTION SUIT 8/06

118.   MEETING WITH NATIONS, DEERFIELD BEACH, FL  8/06

119.   PARTICIPATED IN CLAIMS MEDIATION, BEACON, FT. LAUDERDALE, FL 8/06

120.   TYLECT AAMES LIABILITY,  LAS VEGAS, NV  9/06

121.   ATTENDANCE AT THE NAPSLO  9/06

122.   INSPECTION OF ACTIVE CIRCUS (SOUL CIRCUS) 9/06

123.   ATTENDANCE AT THE AZA ANNUAL CONFERENCE, TAMPA, FL 9/06

124.   TRANSPORT AND LIABILITY FOR BABY LION CUBS ON THE JAY LENO SHOW, LOS
       ANGELES, CA 10/06

125.   ATTENDANCE AT THE SAFARI BRUNCH BENEFIT, PLAYBOY MANSON, LAS
       ANGELES, CA 10/06

126.   AUDIT / KILN / NATIONS 10/06

127.   TRANSPORT OF LION CUB (CIRCUS BROADWAY) FROM ORLANDO TO SAN JOSE,
       CA 10/06

128.   INSPECTION OF FELINES CROSSING BORDER INTO CALIFORNIA, (SOUL CIRCUS)
       10/06

129.   TRANSPORT OF LION CUB FROM SAN JOSE, CA TO ORLANDO 11/06

130.   INSPECTION OF ACTIVE CIRCUS, (SOUL CIRCUS), HOUSTON, TX  11/06

131.   PARTICIPATION IN PREPARATION FOR DANCERS SHOW, STUDIO 54, LAS VEGAS,
       NV 11/06

132.   INSPECTION OF MARINE MAMMAL (DOLPHIN) FACILITY FOR CITY OF SAN DIEGO,
       CA 12/06

133.   HAWAII LICENSE HEARING 12/06

134.   TRANSPORT OF LIONS FROM HOUSTON, TX TO LUXEMBURG VIA PARIS, (SOUL
       CIRCUS ACT RETURNING) 12/06

135.   ATTENDED SCI ANIMAL HUNTERS CONVENTION, WORLD ENTERTAINMENT AND
       MARLIN FISHING TOURNAMENT 1/07

136.   ATTENDED NAPA CONVENTION / SUPER BOWL WEEKEND, PWC CONVERSE, LAS
       VEGAS, NV  2/07

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 22 of 26   Document 75-4

137.	SETTLEMENT OF CLAIM HEARING, (PEACHTREE), ATLANTA, GA  2/07

138.	LICENSE RENEWAL CONFLICT, HONOLULU, HI  2/07

139.	SOUTHEAST ASIA MARINE MAMMAL INSPECTIONS, MANILLA, PHILIPPIANS, HONG KONG, 2-3/07

140.	ATTENDANCE AT I.A.T.A. CLASS #10736, LIVE ANIMAL REGULATIONS, PHILIPPIANS 2/07

141.	PHILIPPIANS SCUBA TRIP 3/07

142.	LONDON MEETING WITH UNDERWRITERS, NCG, PRAGUE 3/07

143.	LONDON MEETING WITH ROGER MARSH 4/07

144.	ALASKA CRUISE, OUT OF SEATTLE  6/07

145.	INSPECTION, SURVEY, SUPPLY ANIMALS AND INSURANCE, LIBERIA, COSTA RICA 6/07

146.	MARINE MAMMAL INSPECTION (SEA LIONS), ST. THOMAS, VIRGIN ISLAND, 7/07

147.	INSPECTION OF ACTIVE CIRCUS (SOUL CIRCUS) KANSAS, CITY 8/07

148.	PREMISES INSPECTION & TAPING OF "GIRLS GONE WILD", SPECIAL EVENT, EUGENE OREGON 8/07

149.	MEETING WITH DREAM VISIONS STUDIOS, LAS VEGAS, NV; MOVEMENT OF ANIMALS FROM GERMANY TO MALAYSIA; AMELIA UNDERWRITERS 8/07

150.	RISK MANAGEMENT CONSULT, ANIMAL TRANSPORT, INSPECTIONS & CONSULTATION ON AQUARIUMS IN SUN ASIA OCEANARIUM, DALIAN; XUEDONG CATTLE BASE; TIGER BEACH PARK, DALIAN; KOBE BEEF FARM, DALIAN; NEW AQUARIUM STRUCTURE, DALIAN; QINGDAO OCEANARIUM; PROSPECTIVE INSURANCE FOR AQUARIUM FISH STOCK. 9/07

151.	SURVEY OF AQUARIUM AND MARINE MAMMAL (DOLPHIN) HABITAT, SYDNEY, AUSTRALIA AND AUCKLAND, NEW ZEALAND. 11/07

152.	MARINE MAMMAL (DOLPHIN) INSPECTION & REVIEW OF DOLPHIN THERAPY, CURACAO, NETHERLANDS SEA AQUARIUM  12/07

153.	MEETING WITH UNDERWRITERS, HERITAGE, LIBERTY, KILN, NCG, ALONG WITH EMMA FROM CROWE LIVESTOCK  12/07

154.	MARINE MAMMAL (DOLPHIN) INSPECTION, CURACAO, NETHERLANDS; DOLPHIN IN THERAPY, CLAIM PENDING 3/08

155.	MARINE MAMMAL (DOLPHIN) TRANSPORT FROM MANILA, PHILIPPIANS– SUBIC

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 23 of 26   Document 75-4

BAY, TO SOLOMON ISLANDS FOR R.W. SARATOSA 3/08

156. TRAINING CLASS, McCLARINS, TURTLE MOVE FROM SHANGHAI / CHANGSHA TO SUZHOU / SEOUL 4/08

157. SITU SURVEY, BEIJING, CHINA AND DALIAN, QINGDAO 4/08

158. LOSS ADJUSTMENT TRAINING SESSION, TURTLE TRANSPORT, & KOREA AQUARIUM SITE SURVEY 4/08

159. INDIA – AFRICA – FRANCE, CONSULTATION FOR CROWE LIVESTOCK / PRIMATES / CYWON / BIOMED

160. MARINE MAMMAL (DOLPHIN) SHIPMENT SUBIC BAY / SOLOMON ISLANDS. DOLPHIN INSPECTION AT CURACAO; DOLPHIN IN THERAPY

161. CONDUCTED TRAINING CLASS IN SHANGHAI / CHANGSHA; SHANGHAI / SEOUL FOR TRANSPORTATION OF 80+ YEAR OLD FEMALE YANGTZE TURTLE OVER 1,000 MILES TO NEW HOME AT SEOUL ZOO; OVERSAW VETERINARIAN EVALUATION OF FEMALE TURTLE IN PREPARATION FOR TRANSPORT. NOTE: THE PROCESS WAS FILMED BY NATIONAL GEOGRAPHIC AND PRESENTED ON PBS TELEVISION UNDER THE TITLE OF "THE LONELIEST ANIMALS" ON APRIL 19, 2009. THE VIDEO MAY BE VIEWED AT video.pbs.org. 4/08

162. SURVEY OF CHINESE AQUARIUMS IN DALIAN & QINGDAO 5/08

163. CONDUCTED TRAINING FOR LOSS ADJUSTERS IN KOREA; SURVEY OF KOREA AQUARIUM ON SITE AT CUEY 5/08

164. SURVEY OF PRIMATE FACILITY; MOVE CHIMPANZEES FOR N.G.O.UNDER SUPERVISION OF JANE GOODALL 7/08

165. SURVEY EQUIPMENT & TIGER SET UP FOR ACTIVE CIRCUS PERFORMING IN RICHMOND, IL 10/08

166. SURVEY & INSPECTION OF VARIETY SHOWS IN LAS VEGAS, NV (CIRCUS CIRCUS) 10/08

167. SURVEY & INSPECTION OF CIRCUS TIGERS IN LOS ANGELES, CA 11/08

168. CREATED NEW PROGRAM FOR PEDICAB PROTECTION LIABILITY MANUSCRIPT WORDED POLICY FOR NEW YORK CITY, NY 11/08

169. CONSULTATION & INSPECTION OF LIVESTOCK / PRIMATE CYNON– BIOMED FACILITY, MAURITIUS 11/08

170. SURVEY PROPERTY OF EXOTIC WILDLIFE PARK, OKLAHOMA CITY, OK 12/08

171. MEET WITH EQUINE & CANINE CLUB / STOCK CONTRACTORS ORGANIZATIONS TO WORK ON MANUSCRIPT WORDING FOR LIABILITY COVERAGE(S) 12/08

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 24 of 26   Document 75-4

172. RE-INSPECT & RESURVEY DALIAN KOBE NEW BEEF FARM SET UP WITH QUARANTINE FACILITY; NEW AQUARIUM SET UP FOR WHALE SHARKS SOUTH CHINA; PRE SURVEY WHALE SHARK SYSTEM

173. WORKED WITH CHINESE INSURANCE PERSONAL IN BEIJING & SHANGHAI ON FP MARINE WORDING; CLAIMS ADJUSTING PROCEDURES; INTERNATIONAL CHINESE BUSINESS WORDING; RE-INSPECTED OCEAN PARK; KOBE BEEF FARM(S) IN HONG KONG; DOLPHIN ECHO LOCATION; DALIAN ZOO; PRE INSPECTION FOR WHALE SHARK MOVE 2/12/09

174. CONSULTATION & INSPECTION, INSURANCE PROSPECTIVES, AND RISK MANAGEMENT PROCEDURES FOR RUSSIAN CIRCUS, HOUSTON, TX 3/09

175. NEW YORK, NY RISK MANAGEMENT INSPECTION; CCMSI REVIEW OF CLAIMS FOR CIRCUS & PEDICAB(S) 4/09

176. SPECIAL EVENT SET UP AND INSPECTION, FREMONT STREET, LAS VEGAS, NV; MAGICIAN / LEGIONS IN CONCERT 4/09

177. REVIEW DESIGN & RETRO FIT AQUARIUM OVERVIEWS; RISK MANAGEMENT TECHNIQUES; CONSULT INTERCONTINENTAL COEX INTERNATIONAL, SEOUL, KOREA 5/10

178. BEST WEEK PUBLICATION, U.S./CANADA TITLED "WILD THINGS: HOW EXCESS & SURPLUS COVERS EXOTIC ANIMALS" FEATURING MITCHEL KALMANSON, PUBLISHED 6/09

179. RE-INSPECT & RESURVEY THE FACILITIES AT DALIAN SUN ASIA OCEANARIUM; QINGDAO CHINA; BANGKOK; CHIANG MAI, THAILAND; XUEDONG CATTLE BAS; DALIAN TIGER BEACH PARK; KOBE DALIAN; QINGDAO OCEANARIUM 9/09

180. DEVELOPMENT OF NEW PROGRAMS; ALF, SNF, ETC. BOCA RATON, FL 7/09

181. INSPECTION & SURVEY OF ILLUSION / MAGIC ACT (BOX TO BOX) AS REQUIRED BY INDIANAPOLIS ANIMAL CONTROL, INDIANAPOLIS, IN 7/09

182. SPECIAL EVENT INSPECTION, FREMONT STREET, LAS VEGAS, NV (INDOOR SKY DIVING) 7/09

183. CME / MALPRACTICE COVERAGE FOR DOCTORS GROUPS VS. INDIVIDUAL(S) WITH SMALL OR ER PRACTICES WORKSHOP 8/09

184. INSPECTION & SURVEY OF "DINING IN THE SKY" DINNER EXPERIENCE; INDOOR SKY DIVING SYSTEM; IMPORTING SPECIALTY RIDES FROM ASIA 8/09

185. BEST REVIEWS ARTICLE TITLED "WILD THINGS" EXOTIC ANIMAL COVERAGE; PROPERTY / CASUALTY FEATURING MITCHEL KALMANSON PUBLISHED 8/09

186. ATTENDED THE A.Z.A. CONVENTION IN PORTLAND, OR 9/09

187. INSPECTION & SURVEY OF ACTIVE CIRCUS PLUS THE TAKING OF PHOTOGRAPHS OF FELINE(S) (TIGERS), TRAILER / SEMI CAB, CAGES TO BE USED IN ILLUSION / MAGIC (CAGE TO CAGE) ACT WHILE ON TRAVELING TOUR 10/09

188. INSPECTION & PHOTOGRAPHS TAKEN OF ANIMAL, PREMISES AND CAGES, MIMS, FL 10/09

189. INSPECTION OF TIGER SAFARI / FELINE(S) (LIONS) , OKLAHOMA CITY, OK 11/09

190. INSPECTION / SURVEY OF CAGING / HOUSING FACILITY FOR FELINE (TIGER) / WRITING OF ESCAPE PROTOCOL FOR TIGER HOUSED AT AN TRUCK STOP, BATON ROUGE, LA 11/09

191. CLAIMS PROCEDURES REVIEW WITH UNDERWRITERS / WORKING ON MANUSCRIPT POLICY WORDING / ADDITIONAL CAPACITY 12/09

**FOOTNOTE**: HAS BEEN DEPOSED SEVERAL TIMES OVER MANY YEARS !!

---

IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE DO NOT HESITATE TO CALL.

Case 2:16-cv-00534-NJ   Filed 09/12/19   Page 26 of 26   Document 75-4