# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**THE DRAGONWOOD CONSERVANCY, INC., PLEGUAR CORPORATION, and TERRY CULLEN,**

    Plaintiffs,

v.

Case No. **16-CV-534**

**PAUL FELICIAN, PHIL SIMMERT, II, CITY OF MILWAUKEE, JANE AND JOHN DOE(S), and ABC INSURANCE COMPANY,**

    Defendants.

## AMENDED SCHEDULING ORDER

On November 13, 2019 the court conducted a telephonic status conference. Appearing on behalf of the plaintiff was Attorney Mark Murphy; on behalf of the defendant was Attorney Jan Smokowicz. Based on the discussions at the hearing, and the parties proposed schedule filed on December 6, 2019, the court enters the following order.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The defendants are to disclose information concerning expert witnesses in accordance with Fed. R. Civ. P. 26 on or before **May 29, 2020**.

2. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **July 13, 2020**.

3. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than **July 24, 2020**. Such motions shall not be filed prior to the date of completion of discovery.

4. Parties are to file their final pretrial report by **August 17, 2020**. Any Motions in Limine should be filed at the same time the pretrial report is filed. Any responses to Motions in Limine shall be filed no later than **12:00 PM on August 20, 2020**. In addition, a list of exhibits should be prepared using the standard exhibit and witness list form found on the court's website. Exhibits should be numbered sequentially in accordance with General L.R. 26.

5. A final pretrial conference will be held **August 24, 2020 at 10:00 AM** in Courtroom 253 of the U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

6. A two-week jury trial will be conducted on **September 28, 2020 at 9:00 AM** at the U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

7. If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case. Dionna Satterwhite is responsible for all matters in which the case number ends in an even number and can be reached at 414-297-3334; [Dionna_Satterwhite@wied.uscourts.gov](mailto:Dionna_Satterwhite@wied.uscourts.gov). Courtroom Deputy Amanda Chasteen is responsible for all matters in which the case number ends in an odd number and can be reached at 414-297-1831; [Amanda_Chasteen@wied.uscourts.gov](mailto:Amanda_Chasteen@wied.uscourts.gov).

Dated at Milwaukee, Wisconsin this 11th day of December, 2019.

BY THE COURT

*s/ Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge