# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

THE DRAGONWOOD CONSERVANCY, INC.,
PLEGUAR CORPORATION,
TERRY CULLEN,

        Plaintiffs,


        v.                                Case No. 16-CV-00534


PAUL FELICIAN,
PHIL SIMMERT II,
JANE AND JOHN DOE(S)
CITY OF MILWAUKEE, and
ABC INSURANCE COMPANY,

        Defendants.

---

## STIPULATION TO EXTEND DISCOVERY AND
## MODIFY DEFENDANTS' EXPERT DISCLOSURE DEADLINES

---

The plaintiffs in the above-captioned matter, represented by Mark Murphy, and the defendants, represented by Assistant City Attorney Jenny Yuan, hereby stipulate that the scheduling order in the above-captioned case may be modified as follows:

1.      Discovery deadline moved to Aug. 13, 2020.

2.      Defendants' expert disclosures and reports due on June 30, 2020.

3.      Plaintiffs object to moving the trial deadline and believe trial can still remain as scheduled.

4.      Defendants cannot stipulate that there will not be unforeseen discovery issues or other issues that may necessitate moving the trial date. However, defendants shall, in good faith,

make every effort to reasonably comply with the new discovery and defendants' expert disclosure deadlines and make every effort to move forward with trial as scheduled.

5.     All other Orders of the Court, including deadlines and hearing dates contained in the Court's Amended Scheduling Order [Edoc#89] remain in full force and effect, except as modified herein.

LAW OFFICE OF MARK P. MURPHY
*/s/ electronically signed by*

Dated: 5/27/2020

*Attorney Mark P. Murphy*
MARK P. MURPHY
State Bar No. 1017745
Attorney for Plaintiffs

Dated:  5/27/2020

TEARMAN SPENCER
City Attorney


s/Jenny Yuan_____  _____
JENNY YUAN
Assistant City Attorney
State Bar No. 01060098
Attorneys for Defendants
City of Milwaukee, Paul Felician and
Phil Simmert, II

P.O. ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: 414-286-2601
Fax: 414-286-8550

1032-2016-1146/268415