UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE DRAGONWOOD CONSERVANCY, INC.,
PLEGUAR CORPORATION,
TERRY CULLEN,

        Plaintiffs,

v.                                                          Case No. 16-CV-00534

PAUL FELICIAN,
PHIL SIMMERT II,
JANE AND JOHN DOE(S)
CITY OF MILWAUKEE, and
ABC INSURANCE COMPANY,

        Defendants.

## STIPULATION TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE

The plaintiffs in the above-captioned matter, represented by Mark Murphy, and the defendants, represented by Assistant City Attorney Jenny Yuan, hereby stipulate that the scheduling order in the above-captioned case may be modified as follows:

1. Defendants' expert disclosures and reports related to any property damage claimed by plaintiffs in this case are due on July 17, 2020.

                                                                      LAW OFFICE OF MARK P. MURPHY

Dated: 06/19/2020___                                             s/Mark P. Murphy_____
                                                                                MARK P. MURPHY
                                                                                State Bar No. 1017745
                                                                                Attorney for Plaintiffs

Dated:  06/19/2020        TEARMAN SPENCER
                          City Attorney


                          s/Jenny Yuan
                          JENNY YUAN
                          Assistant City Attorney
                          State Bar No. 01060098
                          Attorneys for Defendants
                          City of Milwaukee, Paul Felician and
                          Phil Simmert, II

P.O. ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: 414-286-2601
Fax: 414-286-8550


1032-2016-1146/268800