# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**THE DRAGONWOOD CONSERVANCY INC.**, et. al,

                Plaintiffs,      Case No. 16-cv-534

v.

**MINUTE SHEET**

**PAUL FELICIAN**, et. al,

                Defendants.

---

**Hon. Nancy Joseph, presiding.**      **Deputy Clerk:** Dionna Satterwhite

**Type of Proceeding:** VIDEO MOTION HEARING RE ECF No. 98

**Date:** August 4, 2020 at 10:30 AM     **Court Reporter:** Zoom

**Time Commenced:** 10:30 AM     **Time Concluded:** 11:07 AM

**Appearances:**    **Plaintiffs:**    Mark P. Murphy

                 **Defendants:**    Jenny Yuan, Heather Hecimovich Hough

**Comments:**
**ATTORNEY YUAN**: Provides background regarding case history, discovery, and depositions. Believes defendants' pending daubert motion affects the current schedule. Defendants are still conducting depositions and intend to conduct inspection of property. Argument given regarding motion to stay deadlines and motion to adjourn jury trial.

**COURT**: Requests clarification from Attorney Yuan regarding outstanding discovery, potential summary judgment motion, and reason for necessity of additional time.

**ATTORNEY YUAN**: Additional statement made in response to the court's inquiry.

**ATTORNEY MURPHY**: Provides background regarding case history and discovery. Objects to adjournment of jury trial, argument given. Plaintiffs' intend to file a daubert motion as well.

Additional argument given by Attorney Yuan and Attorney Murphy.

**COURT**: The Court **GRANTS** the motion to stay and motion to adjourn (ECF No. 98). Orders the parties to confer and stipulate to dates that accommodate all parties' interests. The Court advises the parties that this will be the final amendment of the schedule. The parties to stipulate to new dates and submit a joint proposed schedule no later than **August 7, 2020.** The Court directs the parties to propose a date in November, 2020 for jury trial.

Final Pretrial scheduled for **August 24, 2020** and Jury Trial schedule for September 28, 2020 are **REMOVED** from the court's calendar at this time.