**TEARMAN SPENCER**
City Attorney

**MIRIAM R. HORWITZ**
**ADAM B. STEPHENS**
**MARY L. SCHANNING**
Deputy City Attorneys

SUSAN E. LAPPEN
PATRICIA A. FRICKER
HEIDI WICK SPOERL
GREGG C. HAGOPIAN
JAY A. UNORA
KATHRYN Z. BLOCK
KEVIN P. SULLIVAN
THOMAS D. MILLER
ROBIN A. PEDERSON
JEREMY R. MCKENZIE
PETER J. BLOCK
JENNY YUAN
ALLISON N. FLANAGAN
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
NAOMI E. GEHLING
BENJAMIN J. ROOVERS
ELLENY B. CHRISTOPOULOS
TYRONE M. ST. JUNIOR
HANNAH R. JAHN
JULIE P. WILSON
GREGORY P. KRUSE
KIMBERLY A. PRESCOTT
SHEILA THOBANI
KATRYNA C. RHODES
NICOLE F. LARSEN
JAMES M. CARROLL
WILLIAM G. DAVIDSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
JENNIFER J. TATE
Assistant City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

August 7, 2020

Honorable Nancy Joseph
United States District Court - Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

    Re:    *The Dragonwood Conservancy, Inc., et al. v. Felician, et al.*
            Case No. 16-CV-00534

Dear Judge Joseph:

Attorney Murphy and I have been discussing dates for trial, looking at November, and deadlines for discovery, summary judgment motion, motions in limine, and a date for the final pretrial.

We have not been able to agree on a date for trial yet, due to scheduling conflicts. Counsel for the parties are requesting a brief telephone conference with you on this matter.

Very truly yours,

*Electronically signed by*

JENNY YUAN
Assistant City Attorney

    c:    Mark Murphy, Esq.

JY/cdr

1032-2016-1146/269820

