**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

THE DRAGONWOOD CONSERVANCY, INC.,
PLEGUAR CORPORATION,
TERRY CULLEN,

Plaintiffs,

v. Case No. 16-CV-00534

PAUL FELICIAN,
PHIL SIMMERT II,
JANE AND JOHN DOE(S)
CITY OF MILWAUKEE, and
ABC INSURANCE COMPANY,

Defendants.

---

**DECLARATION OF JENNY YUAN**

---

I, Jenny Yuan, hereby declare as follows:

1. I represent defendants Paul Felician ("Felician"), Phil Simmert II ("Simmert"), and the City of Milwaukee in the above-captioned matter. I submit this Declaration based upon personal knowledge.

2. Discovery is mostly complete in this case. There are two additional depositions scheduled to take place by October 8, 2020 that, due to scheduling conflicts, could not be scheduled prior to the filing of this summary judgment motion on October 1, 2020. The plaintiff, Terry Cullen ("Cullen"), has been deposed, along with Felician and Simmert and a number of other fact witnesses.

3. Attached as **Exhibit 1** is a true and correct copy of Pls' Resp. to Defs' 4th Set of Interrogatories, previously marked as Exhibit 40 to Lehman Deposition Transcript.

4. Attached as **Exhibit 2** is a true and correct copy of Pls' Resp. to Defs' 4th Set of Interrogatories, previously marked as Exhibit 52 to Cullen Deposition Transcript.

5. Attached as **Exhibit 3** is a true and correct copy of Terry Cullen's Deposition Transcript.

6. Attached as **Exhibit 4** is a true and correct copy of Milwaukee Code of Ordinances ("MCO") 78-5-1 in effect in May, 2010, which provides that, "[n]o animal that is not a domesticated animal may be kept or brought into the city except as provided in this chapter or as otherwise authorized by the commissioner."

7. Attached as **Exhibit 5** is a true and correct copy of MCO 78-23-23-1-a, in effect in May, 2010, provides "[n]o person may harbor or keep a dangerous animal within the city unless all provisions of this section are complied with." Subsection 3-1 further provides that a dangerous animal that is not leashed and muzzled "shall be securely confined indoors or in a securely enclosed and locked pen or kennel that is located on the premises of the owner…in a manner that does not allow the animal to exit the pen or kennel on its own volition."

8. Attached as **Exhibit 6** is a true and correct copy of MCO Sec. 78-1-13-a-1, in effect in May, 2010, defines a "dangerous animal" in part as one "which, when unprovoked, bites or otherwise inflicts bodily harm on a person, domestic pet or animal on public or private property."

9. Attached as **Exhibit 7** is a true and -correct copy of Wis. Stat. § 29.604. Wis. Stat. § 29.604(4)(a) provides in part that with certain exceptions not applicable to this case, "[n]o person may … possess…within this state any wild animal specified by the department's [the Wisconsin Department of Natural Resources] endangered and threatened species list."

10. Wis. Stat. § 29.604(3)(a) provides in part that, "[t]he department shall by rule establish an endangered and threatened species list [which] shall consist of 3 parts: wild animals and wild plants on the U.S. list of endangered and threatened foreign species; wild animals and wild plants on the U.S. list of endangered and threatened native species; and a list of endangered and threatened Wisconsin species."

11. Attached as **Exhibit 8** is a true and correct copy of Phil Simmert II's Deposition Transcript.

12. Attached as **Exhibit 9** is a true and correct copy of Paul Felician's Deposition Transcript.

13. Attached as **Exhibit 10** is a true and correct copy of the Search Warrant for the 16th Street property and Affidavit by Detective Brant Ungerer supporting the 16th Street Warrant.

14. Attached as **Exhibit 11** is a true and correct copy of the Search Warrant for the KK Street property and Affidavit by Detective Brant Ungerer supporting the KK Street Warrant.

15. Attached as **Exhibit 12** is a true and correct copy of the Milwaukee County Register of Deeds recorded Warranty Deed for 2319-2323 South 13th Street, Milwaukee, Wisconsin ("13th Street"), Tax Key Number 496-0830, dated October 12, 1977, which reflects Chanabla Gizmo Company, Inc. as the owner of 13th Street.

16. Attached as **Exhibit 13** is a true and correct copy of the Milwaukee County Register of Deeds recorded Quit Claim Deed for 3401 South 16th Street, Milwaukee, Wisconsin ("16th Street"), Tax Key Number 535-0016, on May 4, 1992, which reflects Chanabla Gizmo Company, Inc. as the owner of 16th Street.

17. Attached as **Exhibit 14** is a true and correct copy of the Milwaukee County Register of Deeds recorded Warranty Deed for 3443 South 17th Street, Milwaukee, Wisconsin

("17th Street"), Tax Key Number 535-0316, on December 9, 2005, which reflects Jane Flint as the owner of 17th Street.

18. Attached as **Exhibit 15** is a true and correct copy of the Notice of Injury signed by Terry Cullen and Jane Flint, among others, on September 8, 2010, previously marked as Exhibit 27 to Davenport Deposition Transcript. Paragraph 2 of this Notice of Injury states "[t]hat at all times material hereto, Claimant Jane Flint owned the property located at 3443 S. 17th Street, Milwaukee Wisconsin ("the 17th Street Property")."

19. Attached as **Exhibit 16** is a true and correct copy of Wisconsin Statute Section 893.80(1)(a) which was in effect in September, 2010. At the time the Notice of Injury signed by Terry Cullen and Jane Flint on September 8, 2010 was submitted to the City of Milwaukee, Wisconsin Statute Section 893.80 (1) (a) provided "Within 120 days after the happening of the event giving rise to the claim, written notice of the circumstances of the claim signed by the party, agent or attorney is served on the … political corporation, governmental subdivision or agency and on the officer, official agent or employe under s. 801.11. Failure to give the requisite notice shall not bar action on the claim if the … corporation, subdivision or agency had actual notice of the claim and the claimant shows to the satisfaction of the court that the delay or failure to give the requisite notice has not been prejudicial to the defendant corporation, subdivision or agency or to the defendant officer, official, agent or employe;".

20. Attached as **Exhibit 17** is a true and correct copy of the current Wisconsin Statute Section 893.80(1d)(a), which provides the same requirement as Wis. Stat. § 893.80(1)(a) did in September, 2010. Wis. Stat. § 893.80(1d)(a) provides "Except as provided in subs. (1g), (1m), (1p) and (8), no action may be brought or maintained against any … political corporation, governmental subdivision or agency thereof nor against any officer, official, agent or employee

of the corporation, subdivision or agency for acts done in their official capacity or in the course of their agency or employment upon a claim or cause of action unless: Within 120 days after the happening of the event giving rise to the claim, written notice of the circumstances of the claim signed by the party, agent or attorney is served on the … political corporation, governmental subdivision or agency and on the officer, official agent or employee under s. 801.11. Failure to give the requisite notice shall not bar action on the claim if the … corporation, subdivision or agency had actual notice of the claim and the claimant shows to the satisfaction of the court that the delay or failure to give the requisite notice has not been prejudicial to the defendant…"

21. Attached as **Exhibit 18** is a true and correct copy of Jane Flint's Deposition Transcript.

22. Attached as **Exhibit 19** is a true and correct copy of what was previously marked as Exhibit 48 to Cullen Deposition Transcript.

23. Attached as **Exhibit 20** is a true and correct copy of a Mortgage against the 17th Street Property recorded as Document Number 10103996 in the amount of $125,955.00 with Jane Flint signing as the borrower/Grantor of the mortgage on April 12, 2012.

24. Attached as **Exhibit 21** is a true and correct copy of Wis. Stat. § 706.08(1)(a) in effect in 2005, which is the same as the current Wis. Stat. § 706.08(1)(a). Wis. Stat. § 706.08(1)(a) states, Nonrecording, effect. Except for patents… every conveyance that is *not recorded* as provided by law shall be void as against any subsequent purchaser, in good faith and for a valuable consideration, of the same real estate or any portion of the same real estate whose conveyance is recorded first. [emphasis added].

25. Attached as **Exhibit 22** is a true and correct the Milwaukee County Register of Deeds recorded deed for 3443 South Kinnickinnic Avenue property, which reflects Cullen as the

recorded owner of 3443 South Kinnickinnic Avenue since the recording of a Trustee's Deed on April 8, 2002.

26. Attached as **Exhibit 23** is a true and correct copy of the Complaint filed in Flint v. the City of Milwaukee, et al, Eastern District of Wisconsin Case No. 14-CV-333.

27. Attached as **Exhibit 24** is a true and correct copy of the Amended Complaint filed in Flint v. the City of Milwaukee, et al, Eastern District of Wisconsin Case No. 14-CV-333.

28. Attached as **Exhibit 25** is a true and correct copy of the Stipulation and Order for Dismissal filed in Flint v. the City of Milwaukee, et al, Eastern District of Wisconsin Case No. 14-CV-333.

29. Attached as **Exhibit 26** is a true and correct copy of Wis. Stat. § 973.075. Wis. Stat. § 973.075 (2), Forfeiture of property derived from crime and certain vehicles, provides direction to law enforcement for seizure without process in certain circumstances. Wis. Stat. § 973.075 (2) (c) allows law enforcement officers to seize property without process when "The officer has probable cause to believe that the property is directly or indirectly dangerous to health or safety."

Signed and dated at Milwaukee, Wisconsin this 1st day of October, 2020.

Tearman Spencer
City Attorney

s/Jenny Yuan___________
JENNY YUAN
State Bar No. 1060098
Assistant City Attorney
Attorneys for Defendants
City of Milwaukee, Paul Felician and
Phil Simmert, II

P.O. ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Facsimile: (414) 286-8550
JYuan@milwaukee.gov

1032-2016-1146/271010