# Exhibit B

**Milwaukee Area Domestic Animal Control Commission**
3839 W. Burnham St.
West Milwaukee, WI 53215
(414) 649-8640 FAX (414) 649-86510

Attention: Terry Cullen or Jane Flint
3443 S. 17th Street
Milwaukee, WI 53215

May 13, 2010

Re: Booking # 207943 – 207966 2074974 - 207999

Dear Mr. Cullen or Ms. Flint:

This is a legal notice. Please read this letter carefully. The Milwaukee Area Domestic Animal Control Commission (MADACC) is holding an animal(s) that we believe may belong to you. This letter is to provide legal notice for you to redeem your animal(s) from the Milwaukee Area Domestic Animal Control Commission by close of business on May 18, 2010 or the animal(s) will become the property of MADACC as prescribed by law.

Per Wisconsin State Statute 173.23 (a) (b) (c) and (d), charges to the date the animal entered MADACC will include the following: a daily board charge, charged per calender date, an impoundment fee of $30.00, a City/Village ordinance fee, if applicable, a County license fee and a rabies vaccination fee of $25.00. If you have a current license for this animal, evidence of such license must be shown prior to release. THERE MAY BE OTHER FEES AND YOU MUST CONTACT OUR OFFICE PRIOR TO YOUR ARRIVAL FOR THE TOTAL COST OF ALL FEES AND REQUIREMENTS INCURRED.

If you have no desire to redeem your animal(s), please sign the enclosed release by the (X) and return it to us in the enclosed envelope. If the animal(s) do not belong to you and you have any information that would identify the owner or otherwise help us in this matter please contact us immediately.

If you have any questions, please call our office at 414-649-8640. Thank you for your prompt attention to this matter.

Respectfully,

Hildie Hirsch

Hildie Hirsch
Milwaukee Area Domestic
Animal Control Commission

**Milwaukee Area Domestic Animal Control Commission**
3839 W. Burnham St.
West Milwaukee, WI 53215
(414) 649-8640 FAX (414) 649-8651

**Notification Letter – Attachment**

**READ THIS CAREFULLY!**

Date May 13, 2010

This attachment is notice that one or more of your animal (s) may be "held for cause". It is very important that you follow the instructions below very carefully. Failure to read and follow these instructions in the order listed may lead to permanent loss to you of one or more of the animal (s) being held at this facility.

Contact the MADACC office to inform us that you intend to claim your animal(s).
Note: Depending on the reason we have your animal(s), you may be required to appear at the MADACC office with identification.

Contact the below named Police Officer or other person to determine if that person intends to hold your animal for cause as described in SS 173.21. <u>That person will then notify us if there is no hold on your animal(s).</u>

Name Officer Simment Phone 935-7405 Shift 8pm-4AM

Title Police Officer Agency MPD - Sensitive Crime

NOTE : If you wish you can petition the Circuit Court for release of your animal (s).

**<u>YOU MUST COMPLETE THE ABOVE CHECKED PROCEDURES BY THE DATE IN BOLD PRINT IN THE ACCOMPANYING LETTER.</u>**

YOU MUST CONTINUE TO MAINTAIN CONTACT WITH OUR OFFICE ON A REGULAR BASIS. IF YOU ARE HAVING DIFFICULTY COMPLETING THE REQUIRED ITEMS AND YOU ARE MAINTAINING CONTACT WITH OUR OFFICE, WE <u>MAY</u> BE ABLE TO WORK WITH YOU TO EXTEND THE HOLDING PERIOD.