# Attorney Mark P. Murphy

657 S. 72nd Street
Milwaukee, WI 53214
414-453-5555
fax. 414-453-5520
attorneymarkmurphy@sbcglobal.net

October 12, 2020

Honorable Nancy Joseph, Magistrate Judge
United States Federal Court (E.D., Wis.)
517 E. Wisconsin Ave.,
Milwaukee, WI 53202

    Re:    *Dragonwood Conservancy, Inc., et. al., v. Felician, et. al.*
            Case No. 16-CV-534
            *status – requested phone conference – additional item

Dear Magistrate Joseph:

    I filed a letter this past Friday (October 9, 2020), requesting a phone conference in this matter, regarding the Motion To Strike (Defendant's Motion For Summary Judgment), which I am preparing to file this week.

    May it please the Court, and at the risk of being presumptuous, I respectfully request another agenda item.

    Specifically, Plaintiffs would like to discuss the feasibility of moving-up the start time of the trial -or at least, the jury selection- into the week *before* our scheduled start on December 14, 2020.

    I understand that Defendants by counsel object to starting the trial early.

    Very Truly Yours,
    */s/ Mark P. Murphy*
    Attorney Mark P. Murphy
    Plaintiffs' Attorney