# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| The Dragonwood Conservancy, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-CV-534 |
| Paul Felician, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Dragonwood Conservancy, Inc., et al.

Date: October 15, 2020

*Attorney's signature*

Thomas W. Kyle 1027909
*Printed name and bar number*

11063 W. Bluemound Road
Wauwatosa, WI 53226
*Address*

tom@grothlawfirm.com
*E-mail address*

(414)375-2030
*Telephone number*

(414)622-1225
*FAX number*