# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THE DRAGONWOOD
CONSERVANCY, INC., *et al.*,

                       Plaintiffs,        Case No. 16-CV-534

       v.

                                        **MINUTE SHEET**

PAUL FELICIAN,

                       Defendant.

---

**Hon. Nancy Joseph, presiding.**         **Deputy Clerk:** Amanda Chasteen

**Type of Proceeding:** STATUS CONFERENCE

**Date:** October 22, 2020 at 9:30 AM      **Court Reporter:** Zoom Audio

**Time Commenced:** 9:30 AM           **Time Concluded:** 10:05 AM

**Appearances:**     **Plaintiff:**     Mark Murphy and Thomas Kyle

                      **Defendant:**   Jenny Yuan and Heather Hough

**Comments:**

Parties discuss current posture of case.

Plaintiffs speaks to reasons for requesting hearing. Counsel is trying to prepare for trial, and is concerned that motions are being relitigated.

Defendants speaks to their position. Speaks to newly learned facts that brought them to file their recently filed motions.

Court will not address motions that were already ruled on, will need time to closely review prior decisions to see if this new motion is appropriate. The court may have specific questions for counsel and may reconvene hearing to address specific questions.

Discussion as scheduling matters relating to upcoming jury trial. The court does like the idea of empaneling a jury the week prior to the start of the trial. Advises counsel to pencil in December 9, 10, or 11 to begin jury selection. Will follow up with counsel once the court has consulted with Jury Administrator. Discussion as to pretrial reports and exhibits. Parties are not required to file a joint pretrial report.