UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THE DRAGONWOOD CONSERVANCY, INC.,
PLEGUAR CORPORATION,
TERRY CULLEN
        Plaintiffs,

vs.                                    Case No: 16:cv:0534

PAUL FELICIAN
PHIL SIMMERT II
        Defendants

---

PLAINTIFFS' R702 MOTION
To Exclude Sean Perry As Expert Witness

---

NOW COME PLAINTIFFS by their undersigned counsel, and respectfully move the court pursuant to FRE 702 -and other legal authorities cited- to exclude Sean Perry as an expert witness for Defendants, in these proceedings.

ALL FOR the reasons stated in the attached Brief in Support, and the Declaration of Attorney Mark Murphy In Support (with attachments); filed herewith.

WHEREFORE the Plaintiffs respectfully request Orders granting these requests made *in limine*.

Dated: October 26, 2020
*/s/ electronically signed by*

*Attorney Mark Murphy*

Attorney Mark Murphy, WisBar#1017745
Counsel for Plaintiffs
657 S 72nd Street
Milwaukee, WI 53214
414.322.5452 mobile
*attorneymarkmurphy@sbcglobal.net*