EXHIBIT C
TO MURPHY DECLARATION

EXPERT WITNESS REPORT-COLLECTION EVALUATION ASSESMENT FOR:

UNITED STATES DISTRICT COUR EASTERN DISTRICT OF WISCONSION
CASE # 2:16-CV-00534-DEJ

THE DRAGONWOOD CONSERVANCY, INC.
VS.
CITY OF MILWAUKEE

ATTN:
GRANT F. LANGLEY
CITY ATTORNEY
200 E. WELLS STREET, SUITE 800
MILWAUKEE, WI 53202

DATE: MAY 21,2020

BY:
SEAN MICHAEL PERRY, DVM, PhD
EXPERT WITNESS/VETERINARIAN/REPTILE REPRODUCTIVE SPECALIST
3234 SOUTHLAKE AVE
BATON ROUGE, LA 70810
SEANMPERRY87@GMAIL.COM
CELL:831-420-7649

Assessment of value of the animals inventoried from the Milwaukee Police Department on 5/12/2010.

Total number of animals inventoried: 255+ animals

Based on the Police department report, there are multiple ID's that have multiple individual animals attached to the log. For example, B41 Assorted feeder mice, at least 20 in number. The number here is not specific. I am unable to get a true total number of animals logged.

Total number animals alive from inventory report: 251+ animals
Declared deceased at the inventory of animals include
D20-Chelonian
D21-Chelonian
MR16-Iguana
B5-Unknown animal
B42-Feeder mice B42, desiccated rodent
MR21- two dead rat carcasses and another laid on top of the container.

Total number of reptiles: 162 reptiles from inventory report

Further breakdown of reptiles based on class:

Anurans: 2 frogs

Chelonians: 39 chelonians

Squamates

Snakes: 57 snakes
Lizards: 2 lizard species

Crocodilians: 62 crocodilians

Fair market value is defined as the value of the asset, in this case the reptile or mammal species, as determined by the market place (or objective purchaser) rather than as determined by a subjective individual.

Purchaser and seller were motivated at the time of sale; both parties are well informed and/or well advised, or any and all known medical facts of all said animals/reptiles/mammals for sale and each party is/was acting in what he/she considers his/her own best interest.

The hypothetical buyer is not under undue stress/stimulus or influence from any outside sources.

Both buyer and seller have proper knowledge of all Federal, State and/or Local licenses and or permits to own, house, board and maintain the said species/animal/reptile/mammal in their care, custody, or control.

Full disclosure of any and all known prior medical conditions and or medical/veterinarian history/records is/are disclosed in full to the proposed buyers, including copy of any and all prior radiographs taken. All feeding and breeding records of the animals/reptile/mammals.

Fair market value for a species was determined in the following analysis.

Mammal fair market value evaluation:
Animals were evaluated based on described function as feeder rodents. Due to the photographs supplied by the city. A definitive number of animals from the photos provided would not be accurate so the total number assessed is based on what is reported in inventory sheet.

Adult mouse: $1 wholesale/$2 retail

B23: Assorted Mice- no number associated with the number of mice so based on other inventory the number 20 is estimated for this piece of evidence.

B41-42: 40+ feeder mice

Total number of mice estimated to be 60 individuals:
**Total estimated value: $120**

Small rat: $2 wholesale/$4 retail

Large rat: $5 wholesale/$10 retail

B8-9: Total 22+ rats

Total number of rats estimated to be 22 individuals:
**Total estimated value: $220**

Gambian Pouched Rats: £100-220 on the open market- $150-250 based on conversion rate. This species is banned in several states such as Florida as it is considered invasive. Also, this species was banned from being imported into the united states based on a monkeypox outbreak which was associated with the species.

Total number of Gambian Pouched Rats: 4
**Total estimated value: $1,000**

Reptile fair market value evaluation

Fair market value of each species listed was derived from an open online marketplace where reptiles are openly traded.  Websites evaluated are listed below.
www.faunaclassifieds.com
www.kingsnake.com

Some historical data was collected using the following internet resource which allows visualization of previously published webpages. This allowed for some fair market evaluation from 2010.
www.archive.org

Both current posts (2019-2020) and historical (2010) posts were evaluated to asses fair market value. Some of these adds demonstrated that the animal/reptile in question was sold for the published price. The highest price observed during this time frame for individuals that phenotypically appeared similar. Note some crocodilian trade is limited so and fair market value is often not listed anywhere for a specific species. For crocodilian species often traded in the open market, the methods described above were utilized. In species where trade in the legal open market does not regularly occur due to species rarity and limited market an individual who legally owns and operates a crocodilian breeding facility was asked what the open market was for these species, because published values not often listed or reported.

Anurans:

- Whites tree frogs $30/animal
- Total number of frogs: 2
- **Total anuran value: $60**

Chelonians:

- Common snapping turtle (*Chelydria serpentina*)
  - Juvenile-7
    - $65/individual
  - Adult- 2
    - $100/individual
- Painted turtle (*Chrysemys picta*)
  - Adult-1
    - $60.00
  - Hatchling-1
    - $30.00
- Ornate box turtle (*Terrapene ornata*)
  - Adult-1
    - $200/individual
- Alligator snapping turtle (*Macrochelys temminckii*)
  - Juvenile-4
    - $175/individual
  - Sub adults-2
    - $500/individual
  - Adult-2

$1,500/individual

Red eared slider (*Trachemys scripta elegans*)

Adult-6

$40/individual

Box turtle (*Terrapene carolina*)

Adult-2

$250/individual

Blanding's turtle (*Emydoidea blandingii*)

Adult- 1

$400/individual

Russian tortoise (*Testudo horsfieldii)*

Adult- 2

$70/animal

Keeled box turtle (*Cuora mouhotii*)

Subadult- 1

$1,000/animal

Sulcata tortoise (*Centrochelys sulcata)*

Subadult- 1

$400.00

River cooter (*Pseudemys concinna)*

Adults-1

$40.00

Burmese Black/Brown Mountain tortoise (*Manoria emys spp)*

Juvenile-1

$500/individual

Twist necked turtle (*Platemys platycephala*)

Adults-1

$100/individual

Sideneck turtle

Adult-1

$200/individual

Rhinoclemmys spp.

Adult- 1

$100/individual

**Total estimated chelonian value: $9,265**

Squamates:

Snakes:

Boa constrictor (*Boa constrictor spp)*

Adult-22

$300/Adults

Ball Pythons (*Python regis*)
Adult -9
$50/individual

Dumeril's boa (*Acrantophis dumerili*)
Adult- 5
$200/individual

Loxocemus bicolor
Adult- 1
$600/individual

Jungle Carpet Python
Adult- 1
$400/individual

Spotted Python
Subadult-1
$100/individual

California Kingsnakes
Adult -4
$ 100/individual

Mexican Kingsnake
Adult -1
$100/individual

Grey ratsnake
Adult-1
$50/individual

Eastern Kingsnake
Adult-1
$75/individual

Ground boa (*Candoia spp.*)
Adult- 2
$100/individual

Corn snake (*Elaphae gutta*)
Adult-1
$50/individual

Bull snake (*Pituophis spp*)
Adult-1- not confirmed

$100/individual

Kenyan Sand boa
Adult-2
$100/individual

Rainbow boa
Adult -2
$400/individual

Reticulated Python
Adult- 1
Estimated $500

Unidentified venomous
Adult- 1
Estimated $400

These were not included in the report for the police department, however they are included based on the possibility they were confiscated.

Milksnake-Sinaloan
Juvenile/Patternless- $300

Green Anacondas
Juveniles-13
$300.00
Adults-5
Female: $3,100
Male: $2,000

**Total estimated snake value: $35,675**

Lizards:
Heloderma spp. $900/ animal
Chinese water dragon $40/animal
Total number of lizards: 3

**Total estimated lizard value: $1840**

Crocodilians:
*Highlighted animals are considered uncommon and rare to obtain.*

*Crocodylus niloticus*-12 individuals
$1,300/individual

*Alligator mississippiensis*- 2 individual
$1,000/individal
*Alligator sinensis*- 7 individuals
$10,000/individual
*Crocodylus acutus*-2 individuals
$10,000/individual
*Melanosuchus niger*-2 individuals
$20,000/individual
*Caiman latirostris*- 2 individuals
$1,000/individual
*Paleosuchus spp.*- 5 individuals
$400/individual
*Crocodillian spp. 5 individuals*
*$*400-$2500/individual
*Paleosuchus palpebrosus*-4 individuals
$400/individual
*Osteolaemus tetraspis*-7 individuals
$2,500/individual
*Tomistoma schlegelii*- 3 individuals
$20,000-40,000
*Crocodylus moreletii*- 3 individuals
$2,000/individual
*Mecistops cataphractus*-3 individuals
$5,000/individual
*Caiman crocodilus*-2 individuals
$800/individual
*Caiman yacare*- 2 individuals
$400/individual
*Crocodylus porosus*- 1 individual
$1,000/individual

**Total estimated crocodilian value**: $257,100-327,600.00

Final valuation from confiscation

| | Number of animals | Subtotal fair market value |
|---|---|---|
| Mammals | Unknown | $1,340.00 |
| Anurans | 2 | $60.00 |
| Chelonians | 39 | $9,265.00 |
| Snakes | 75 | $ 35,675.00 |
| Lizards | 3 | $1,840.00 |
| Crocodilians | 62 | $257,100-327,600.00 |
| Total fair market value | 181+ animals | $305,280-375,780.00 |