| | |
|---|---|
| THE DRAGONWOOD CONSERVANCY, ) <br> PLEGUAR CORPORATION, TERRY CULLEN ) <br>　　　　Plaintiff,　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　) <br> vs.　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　) <br> PAUL FELICIAN, and　　　　　　　　) <br> PHIL SIMMERT II,　　　　　　　　　) <br>　　　　Defendants　　　　　　　　　) | Case No. 2:16-cv-00534-NJ |

PLAINTIFF'S PROPOSED
SPECIAL VERDICTS

　　　　NOW COMES PLAINTIFFS by undersigned counsel, and respectfully submit their

PROPOSED SPECIAL VERDICTS ("Claim No. 1" through "Claim #13); which Plaintiffs

request be given to the Jury.

Dated: APRIL 19, 2021
*/s/ electronically signed by*
**Attorney Mark Murphy**
Attorney Mark Murphy, WisBar#1017745
Counsel for Plaintiffs
657 S 72nd Street
Milwaukee, WI 53214
414.322.5452 mobile
*attorneymarkmurphy@sbcglobal.net*

Thomas W. Kyle
Wis. Bar No. 1027909
Attorney for Plaintiffs
11063 W. Bluemound Road
Wauwatosa, Wisconsin 53226
Telephone: (414) 375-2030
Facsimile: (414) 622-1225
tom@grothlawfirm.com

# Claim No. 1
## Particularity/Overbroad Warrant

**PHIL SIMMERT**

**Question No. 1:**

Did the warrants lack particularity as to the description of the personal property to be seized?

                    **Answer:    Yes_____    No_____**

**Question No. 2:**

If you answered "Yes" to Question 1, then was personal property unreasonably seized?

                    **Answer:    Yes_____    No_____**

**Question No. 3:**

If you answered "Yes" to Question 2, then specify which of Plaintiffs' personal property(s) below were unreasonably seized:

A) Animals            Answer:   Yes_____   No_____

B) Firearms           Answer:   Yes_____   No_____

C) Money/Cash         Answer:   Yes_____   No_____

D) Jewelry            Answer:   Yes_____   No_____

E) Tools              Answer:   Yes_____   No_____

F) Computers          Answer:   Yes_____   No_____

G) Permits            Answer:   Yes_____   No_____

H) Documents          Answer:   Yes_____   No_____

I) Other business paperwork   Answer:   Yes_____   No_____

J) Other personal property    Answer:   Yes_____   No_____

# Claim No. 2
## Exceeded Scope of Warrant

**PHIL SIMMERT & PAUL FELICIAN**

**Question No. 4:**

Was personal property unreasonably seized that was not listed on the warrant?

       **Answer: Yes_____ No_____**

**Question No. 5:**

If you answered "Yes" to Question 4, then specify which of Plaintiffs' personal property(s) below were seized:

  A) Animals      Answer: Yes_____ No_____

  B) Firearms      Answer: Yes_____ No_____

  C) Money/Cash    Answer: Yes_____ No_____

  D) Jewelry      Answer: Yes_____ No_____

  E) Tools       Answer: Yes_____ No_____

  F) Computers     Answer: Yes_____ No_____

  G) Permits      Answer: Yes_____ No_____

  H) Documents     Answer: Yes_____ No_____

  I) Other business paperwork Answer: Yes_____ No_____

  J) Other personal property Answer: Yes_____ No_____

# Claim No. 3
## Unreasonable Search

**PAUL FELICIAN**

**Question No. 6:**

Did Lt. Paul Felician search or cause to be searched, any of Plaintiffs' properties in an unreasonable manner?

                                        **Answer:**     **Yes**_____     **No**_____

**Question No. 7:**

If you answered "Yes" to Question 6, then specify which properties below that Lt. Paul Felician conducted an unreasonable search of:

    A) **13th Street Property**     **Answer:**     **Yes**_____     **No**_____

    B) **16th Street Property**     **Answer:**     **Yes**_____     **No**_____

    C) **17th Street Property**     **Answer:**     **Yes**_____     **No**_____

    D) **KK Street Property**     **Answer:**     **Yes**_____     **No**_____

# Claim No. 4
## Failure to Intervene

**PAUL FELICIAN**

**Question No. 8:**

Did Lt. Paul Felician know or reasonably should have known that other City of Milwaukee police officers were conducting an unreasonable search of any of Plaintiffs' properties?

**Answer:     Yes_____     No_____**

**Question No. 9:**

Did Lt. Paul Felician have a realistic opportunity to prevent an unreasonable search of any of Plaintiffs' properties by other City of Milwaukee police officers?

**Answer:     Yes_____     No_____**

**Question No. 10:**

Did Lt. Paul Felician fail to take reasonable steps to prevent damage to any of Plaintiffs' properties by other City of Milwaukee police officers?

**Answer:     Yes_____     No_____**

**Question No. 11:**

If you answered "Yes" to Questions 8, 9, and 10, then specify which properties below that Lt. Paul Felician failed to take reasonable steps to prevent damage to:

    A) 13th Street Property    Answer:    Yes_____    No_____

    B) 16th Street Property    Answer:    Yes_____    No_____

    C) 17th Street Property    Answer:    Yes_____    No_____

    D) KK Street Property    Answer:    Yes_____    No_____

# Claim No. 5
## Unreasonable Search

**PHIL SIMMERT**

**Question No. 12:**

Did Det. Phil Simmert search or cause to be searched, any of Plaintiffs' properties in an unreasonable manner?

          **Answer:** **Yes_____** **No_____**

**Question No. 13:**

If you answered "Yes" to Question 12, then specify which properties below that Det. Phil Simmert conducted an unreasonable search of:

    A) 13th Street Property    **Answer:** **Yes_____** **No_____**

    B) 16th Street Property    **Answer:** **Yes_____** **No_____**

    C) 17th Street Property    **Answer:** **Yes_____** **No_____**

    D) KK Street Property    **Answer:** **Yes_____** **No_____**

# Claim No. 6
## Failure to Intervene

**PHIL SIMMERT**

**Question No. 14:**

Did Det. Phil Simmert know or reasonably should have known that other City of Milwaukee police officers were conducting an unreasonable search of any of Plaintiffs' properties?

**Answer:** Yes_____ No_____

**Question No. 15:**

Did Det. Phil Simmert have a realistic opportunity to prevent an unreasonable search of any of Plaintiffs' properties by other City of Milwaukee police officers?

**Answer:** Yes_____ No_____

**Question No. 16:**

Did Det. Phil Simmert fail to take reasonable steps to prevent damage to any of Plaintiffs' properties by other City of Milwaukee police officers?

**Answer:** Yes_____ No_____

8

**Question No. 17:**

If you answered "Yes" to Questions 14, 15, and 16, then specify which properties below Det. Phil Simmert failed to take reasonable steps to prevent damage to:

    A) 13th Street Property    Answer:    Yes_____    No_____

    B) 16th Street Property    Answer:    Yes_____    No_____

    C) 17th Street Property    Answer:    Yes_____    No_____

    D) KK Street Property    Answer:    Yes_____    No_____

9

Case 2:16-cv-00534-NJ   Filed 04/19/21   Page 10 of 19   Document 184

# Claim No. 7
## Unreasonable Seizure

**PAUL FELICIAN**

**Question No. 18:**

    Did Lt. Paul Felician seize or cause to be seized, any of the Plaintiffs' personal property in an unreasonable manner?

                                          **Answer:**     **Yes**_____     **No**_____

**Question No. 19:**

    If you answered "Yes" to Question 18, then specify which of Plaintiffs' personal property below that Lt. Paul Felician conducted an unreasonable seizure of:

| | | | | |
|---|---|---|---|---|
| K) | Animals | Answer: | Yes_____ | No_____ |
| L) | Firearms | Answer: | Yes_____ | No_____ |
| M) | Money/Cash | Answer: | Yes_____ | No_____ |
| N) | Jewelry | Answer: | Yes_____ | No_____ |
| O) | Tools | Answer: | Yes_____ | No_____ |
| P) | Computers | Answer: | Yes_____ | No_____ |
| Q) | Permits | Answer: | Yes_____ | No_____ |
| R) | Documents | Answer: | Yes_____ | No_____ |
| S) | Other business paperwork | Answer: | Yes_____ | No_____ |
| T) | Other personal property | Answer: | Yes_____ | No_____ |

# Claim No. 8
## Failure to Intervene

**PAUL FELICIAN**

**Question No. 20:**

Did Lt. Paul Felician know or reasonably should have known that other City of Milwaukee police officers were seizing any of the Plaintiffs' personal property in an unreasonable manner?

**Answer:** **Yes**_____ **No**_____

**Question No. 21:**

Did Lt. Paul Felician have a realistic opportunity to prevent an unreasonable seizure of any of Plaintiffs' personal property by other City of Milwaukee police officers?

**Answer:** **Yes**_____ **No**_____

**Question No. 22:**

Did Lt. Paul Felician fail to take reasonable steps to prevent the unreasonable seizure of any of Plaintiffs' personal property by other City of Milwaukee police officers?

**Answer:** **Yes**_____ **No**_____

**Question No. 23:**

If you answered "Yes" to Questions 20, 21, and 22, then specify which property(s) below that Lt. Paul Felician failed to take reasonable steps to prevent an unreasonable seizure of:

| | | | | |
|---|---|---|---|---|
| A) | Animals | Answer: | Yes_____ | No_____ |
| B) | Firearms | Answer: | Yes_____ | No_____ |
| C) | Money/Cash | Answer: | Yes_____ | No_____ |
| D) | Jewelry | Answer: | Yes_____ | No_____ |
| E) | Tools | Answer: | Yes_____ | No_____ |
| F) | Computers | Answer: | Yes_____ | No_____ |
| G) | Permits | Answer: | Yes_____ | No_____ |
| H) | Documents | Answer: | Yes_____ | No_____ |
| I) | Other business paperwork | Answer: | Yes_____ | No_____ |
| J) | Other personal property | Answer: | Yes_____ | No_____ |

# Claim No. 9
## Unreasonable Seizure

**PHIL SIMMERT**

**Question No. 24:**

Did Det. Phil Simmert seize or cause to be seized, any of the Plaintiffs' personal property in an unreasonable manner?

                                                **Answer:**     Yes_____     No_____

**Question No. 25:**

If you answered "Yes" to Question 24, then specify which of Plaintiffs' personal property below that Det. Phil Simmert conducted an unreasonable seizure of:

    A) Animals                              **Answer:**    Yes_____    No_____

    B) Firearms                              **Answer:**    Yes_____    No_____

    C) Money/Cash                          **Answer:**    Yes_____    No_____

    D) Jewelry                                 **Answer:**    Yes_____    No_____

    E) Tools                                      **Answer:**    Yes_____    No_____

    F) Computers                              **Answer:**    Yes_____    No_____

    G) Permits                                   **Answer:**    Yes_____    No_____

    H) Documents                              **Answer:**    Yes_____    No_____

    I) Other business paperwork    **Answer:**    Yes_____    No_____

    J) Other personal property      **Answer:**    Yes_____    No_____

# Claim No. 10
## Failure to Intervene

**PHIL SIMMERT**

**Question No. 26:**

Did Det. Phil Simmert know or reasonably should have known that other City of Milwaukee police officers were seizing any of the Plaintiffs' personal property in an unreasonable manner?

        **Answer: Yes_____ No_____**

**Question No. 27:**

Did Det. Phil Simmert have a realistic opportunity to prevent an unreasonable seizure of any of Plaintiffs' personal property by other City of Milwaukee police officers?

        **Answer: Yes_____ No_____**

**Question No. 28:**

Did Det. Phil Simmert fail to take reasonable steps to prevent the unreasonable seizure of any of Plaintiffs' personal property by other City of Milwaukee police officers?

        **Answer: Yes_____ No_____**

**Question No. 29:**

If you answered "Yes" to all of Questions 26, 27, and 28, then specify which property Det. Phil Simmert failed to take reasonable steps to prevent an unreasonable seizure of any of Plaintiffs' personal property by other City of Milwaukee police officers:

| | | | | |
|---|---|---|---|---|
| A) | Animals | Answer: | Yes_____ | No_____ |
| B) | Firearms | Answer: | Yes_____ | No_____ |
| C) | Money/Cash | Answer: | Yes_____ | No_____ |
| D) | Jewelry | Answer: | Yes_____ | No_____ |
| E) | Tools | Answer: | Yes_____ | No_____ |
| F) | Computers | Answer: | Yes_____ | No_____ |
| G) | Permits | Answer: | Yes_____ | No_____ |
| H) | Documents | Answer: | Yes_____ | No_____ |
| I) | Other business paperwork | Answer: | Yes_____ | No_____ |
| J) | Other personal property | Answer: | Yes_____ | No_____ |

# Claim No. 11
## Failure to Supervise

**PAUL FELICIAN**

**Question No. 30:**

Did Lt. Paul Felician fail to supervise Det. Phil Simmert and/or other subordinates as they conducted an unreasonable search and/or seizure of Plaintiffs' property?

**Answer:      Yes_____      No_____**

**Question No. 31:**

If you answered "Yes" to Question 30, then specify which properties below that Lt. Paul Felician failed to supervise Det. Phil Simmert and/or his subordinates as they conducted an unreasonable search and/or seizure of Plaintiffs' property:

A) **13th Street Property**      Answer:      Yes_____      No_____

B) **16th Street Property**      Answer:      Yes_____      No_____

C) **17th Street Property**      Answer:      Yes_____      No_____

D) **KK Street Property**        Answer:      Yes_____      No_____

16

Case 2:16-cv-00534-NJ   Filed 04/19/21   Page 17 of 19   Document 184

# Claim No. 12
## Punitive Liability

**PAUL FELICIAN**

**Question No. 32:**

Was the conduct of Lt. Paul Felician malicious or in reckless disregard of any of the three Plaintiffs' rights?

                        **Answer:   Yes_____    No_____**

**Question No. 33:**

If you answered "Yes" to Question 32, then specify which Plaintiffs had their rights disregarded by Lt. Paul Felician:

| | | |
|---|---|---|
| A) Terry Cullen personally | Answer: | Yes_____   No_____ |
| B) Pleguar Corporation | Answer: | Yes_____   No_____ |
| C) The Dragonwood Conservancy | Answer: | Yes_____   No_____ |

# Claim No. 13
## Punitive Liability

**PHIL SIMMERT**

**Question No. 34:**

Was the conduct of Det. Phil Simmert malicious or in reckless disregard of any of the three Plaintiffs' rights?

        **Answer: Yes_____ No_____**

**Question No. 35:**

If you answered "Yes" to Question 34, then specify which Plaintiffs had their rights disregarded by Det. Phil Simmert:

  D) Terry Cullen personally  Answer: Yes_____ No_____

  E) Pleguar Corporation  Answer: Yes_____ No_____

  F) The Dragonwood Conservancy  Answer: Yes_____ No_____