THE DRAGONWOOD CONSERVANCY, INC.,
PLEGUAR CORPORATION,
TERRY CULLEN,

    Plaintiffs,

v.                                                    Case No. 16-CV-00534

PAUL FELICIAN,
PHIL SIMMERT II,
And CITY OF MILWAUKEE,

    Defendants.

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
## STEPHEN GLYNN AS A WITNESS

The Defendants, the City of Milwaukee, Paul Felician and Phil Simmert II, hereby move *in limine* to exclude any testimony by plaintiffs' witness, Attorney Stephen Glynn. Please see defendants' filed brief in support of this motion.

Dated and signed at Milwaukee, Wisconsin, 12th day of May, 2021.

                                                         TEARMAN SPENCER
                                                         City Attorney

                                                         ***/S/ Heather Hecimovich Hough***
                                                         HEATHER HECIMOVICH HOUGH
                                                         State Bar No. 1092637
                                                         Assistant City Attorney
                                                         JENNY YUAN

P.O. ADDRESS:                    State Bar No. 1060098
800 City Hall                           Assistant City Attorney
200 East Wells Street               Attorneys for Defendants
Milwaukee, WI 53202              City of Milwaukee, Paul Felician and
Telephone: (414) 286-2601         Phil Simmert, II
Facsimile: (414) 286-8550
Email: hhough@milwaukee.gov
1032-2016-1146/274581