Delete LAST Page



# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

DRAGONWOOD CONSERVANCY,

V.

PAUL FELICIAN, et al.

## EXHIBIT AND WITNESS LIST

Case Number: 16-CV-00534

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nancy Joesph | Mark P. Murphy/Thomas Kyle | Jenny Yuan/Heather Hough |
| TRIAL DATE (S) 5/21/2021-5/28/2021 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1001 | | | | 5/12/10 Warrant for 13th Street/17th Street and Aff. Supp. |
| | 1002 | | | | 5/13/10 Warrant for 16th Street and Aff. Supp. |
| | 1003 | | | | 5/15/10 Warrant for the KK property and Aff. Supp. |
| | 1004 | | | | 1004.1 - Police reports authored by Det. Simmert |
| | | | | | 1004.2 - Police reports authored by Det. Simmert |
| | 1005 | | | | Police reports authored by PO Wick |
| | 1006 | | | | MPD police rpts re investigation into Cullen |
| | 1007 | | | | DNS Emergency Placard Order for 13th St, 5/12/10 |
| | 1008 | | | | 1008.1 - DNS 30-Day Order for 13th Street |
| | | | | | 1008.2 - DNS Supp. Order to Correct w/30 days |
| | | | | | 1008.3 - DNS Supp. Order to Correct w/5 days |
| | 1009 | | | | DNS file |
| | 1010 | | | | 1010.1 - DNS photographs: 13th St |
| | | | | | 1010.2 - DNS photographs: 13th St |
| | | | | | 1010.3 - DNS photographs: 17th St |
| | 1011 | | | | 1011.1 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.2 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.3 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.4 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.5 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.6 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.7 - MPD photographs from 13th St. 5/13/10 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DRAGONWOOD CONSERVANCY, | vs. | PAUL FELICIAN, et al. | | | CASE NO. 16-CV-00534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 1011.8 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.9 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.10 - MPD photographs from 13th St. 5/13/101 |
| | | | | | 1011.11 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.12 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.13 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.14 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.15 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.16 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.17 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.18 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.19 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.20 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.21 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.22 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.23 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.24 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.25 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.26 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.27 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.28 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.29 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.30 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.31 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.32 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.33 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.34 - MPD photographs from 13th St. 5/13/10 |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DRAGONWOOD CONSERVANCY, vs. PAUL FELICIAN, et al. | | | | | CASE NO. 16-CV-00534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 1011.35 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.36 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.37 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.38 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.39 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.40 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.41 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.42 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.43 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.44 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.45 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.46 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.47 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.48 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.49 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.50 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.51 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.52 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.53 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.54 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.55 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.56 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.57 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.58 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.59 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.60 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.61 - MPD photographs from 13th St. 5/13/10 |



Case 2:16-cv-00534-NJ Filed 05/20/21 Page 3 of 9 Document 194

# EXHIBIT AND WITNESS LIST – CONTINUATION

DRAGONWOOD CONSERVANCY, vs. PAUL FELICIAN, et al. CASE NO. 16-CV-00534

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 1011.62 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011. 63 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.64 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.65 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.66 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.67 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.68 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.69 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.70 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.71 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.72 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.73 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.74 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.75 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.76 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.77 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.78 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.79 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.80 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.81 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.82 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.83 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.84 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.85 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.86 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.87 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.88 - MPD photographs from 13th St. 5/13/10 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DRAGONWOOD CONSERVANCY, vs. PAUL FELICIAN, et al. | | | | | CASE NO. 16-CV-00534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 1011.89 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.90 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.91 - MPD photographs from 13th St. 5/13/10 |
| | | | | | 1011.92 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.93 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.94 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.95 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.96 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.97 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.98 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.99 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.100 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.101 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.102 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.103 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.104 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.105 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.106 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.107 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.108 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.109 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.110 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.111 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.112 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.113 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.114 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.115 - MPD photographs from 13th St.: 5/14/10 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DRAGONWOOD CONSERVANCY, vs. PAUL FELICIAN, et al. | | | | | CASE NO. 16-CV-00534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 1011.116 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.117 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.118 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.119 - MPD photographs from 13th St.: 5/14/10 |
| | | | | | 1011.120 - MPD photographs from 13th St.: 5/21/10 |
| | | | | | 1011.121 - MPD photographs from 13th St.: 5/21/10 |
| | | | | | 1011.122 - MPD photographs from 13th St.: 5/21/10 |
| | | | | | 1011.123 - MPD photographs from 13th St.: 5/21/10 |
| | | | | | 1011.124 - MPD photographs from 13th St.: 5/21/10 |
| | | | | | 1011.125 - MPD photographs from 13th St.: 5/21/10 |
| | 1012 | | | | 1012.1 - MPD photographs from 17th St. |
| | | | | | 1012.2 - MPD photographs from 17th St. |
| | | | | | 1012.3 - MPD photographs from 17th St. |
| | | | | | 1012.4 - MPD photographs from 17th St. |
| | | | | | 1012.5 - MPD photographs from 17th St. |
| | | | | | 1012.6 - MPD photographs from 17th St. |
| | | | | | 1012.7 - MPD photographs from 17th St. |
| | | | | | 1012.8 - MPD photographs from 17th St. |
| | | | | | 1012.9 - MPD photographs from 17th St. |
| | | | | | 1012.10 - MPD photographs from 17th St. |
| | | | | | 1012.11 - MPD photographs from 17th St. |
| | | | | | 1012.12 - MPD photographs from 17th St. |
| | | | | | 1012.13 - MPD photographs from 17th St. |
| | | | | | 1012.14 - MPD photographs from 17th St. |
| | | | | | 1012.15 - MPD photographs from 17th St. |
| | | | | | 1012.16 - MPD photographs from 17th St. |
| | | | | | 1012.17 - MPD photographs from 17th St. |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DRAGONWOOD CONSERVANCY, vs. PAUL FELICIAN, et al. | | | | | CASE NO. 16-CV-00534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 1012.18 - MPD photographs from 17th St. |
| | | | | | 1012.19 - MPD photographs from 17th St. |
| | | | | | 1012.20 - MPD photographs from 17th St. |
| | | | | | 1012.21 - MPD photographs from 17th St. |
| | | | | | 1012.22 - MPD photographs from 17th St. |
| | | | | | 1012.23 - MPD photographs from 17th St. |
| | | | | | 1012.24 - MPD photographs from 17th St. |
| | | | | | 1012.25 - MPD photographs from 17th St. |
| | 1013 | | | | MPD photographs from KK |
| | 1014 | | | | MPD: Property Return Docs |
| | 1015 | | | | Photographs from 13th St: 8/21/20 |
| | 1016 | | | | Photographs from 17th St: 8/21/20 |
| | 1017 | | | | Photographs from KK: 8/21/20 |
| | 1018 | | | | Photographs from 16th St: 8/21/20 |
| | 1019 | | | | Notice of Injury |
| | 1020 | | | | MPD IAD file re Cullen’s compl |
| | 1021 | | | | MPD IAD: recorded interview of Cullen |
| | 1022 | | | | 1022.1 - Tax returns for Dragonwood |
| | | | | | 1022.2 - Tax returns for Dragonwood |
| | | | | | 1022.3 - Tax returns for Dragonwood |
| | | | | | 1022.4 - Tax returns for Dragonwood |
| | | | | | 1022.5 - Tax returns for Dragonwood |
| | | | | | 1022.6 - Tax returns for Dragonwood |
| | 1023 | | | | 1023.1 - Tax returns for Pleguar |
| | | | | | 1023.2 - Tax returns for Pleguar |
| | | | | | 1023.3 - Tax returns for Pleguar |
| | 1024 | | | | 1024.1 - Tax returns for Terry Cullen |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DRAGONWOOD CONSERVANCY, vs. PAUL FELICIAN, et al. | | | | | CASE NO. 16-CV-00534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 1024.2 - Tax returns for Terry Cullen |
| | | | | | 1024.3 - Tax returns for Terry Cullen |
| | | | | | 1024.4 - Tax returns for Terry |
| | 1025 | | | | 1025.1 - Articles of Incorp.: Dragonwood |
| | | | | | 1025.2 - Articles of Incorp.: Dragonwood |
| | 1026 | | | | Warranty Deed for 13th St. |
| | 1027 | | | | Quit Claim Deed for 16th St. |
| | 1028 | | | | Recorded Deed for KK |
| | 1029 | | | | MCO 78-5-1, eff. in May, 2010 |
| | 1030 | | | | MCO 78-23-23-1-a, eff. in May, 2010 |
| | 1031 | | | | MCO 78-1-13-a-1, eff. in May, 2010 |
| | 1032 | | | | 13th St. Skeletal Warrant |
| | 1033 | | | | MPD SOP 3/560 Property |
| | 1034 | | | | MPD SOP 3/970 |
| | 1035 | | | | 1035.1 - MFD rpt for 13th St. |
| | | | | | 1035.2 - MFD rpt for 17th St. |
| | 1036 | | | | Transcript: Flint in prior case |
| | 1037 | | | | 1037.1 - Property record card for 13th Street |
| | | | | | 1037.2 - Property record card for KK property |
| | | | | | 1037.3 - Property record card for 16th Street |
| | | | | | 1037.4 - Property record card for 17th Street |
| | 1038 | | | | Warranty Deed for 17th St. |
| | 1039 | | | | Unrecorded Quit Claim of 17th St. |
| | 1040 | | | | Repair Estimates |
| | 1041 | | | | Kenosha Police rpts re: Katz. |
| | 1042 | | | | Dep. Transcript: Cullen |
| | 1043 | | | | Dep. Transcript: Flint |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DRAGONWOOD CONSERVANCY, vs. PAUL FELICIAN, et al. | | | | | CASE NO. 16-CV-00534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 1044 | | | | Dep. Transcript: Davenport |
| | 1045 | | | | Dep. Transcript: Rex Raasch |
| | 1046 | | | | Dep. Transcript: Greylach |
| | 1047 | | | | Dep. Transcript: Erik Katz |
| | 1048 | | | | Perry CV from Dep. |
| | 1049 | | | | Perry CV – Updated |
| | 1050 | | | | Perry Rpt: Market Assessment |
| | 1051 | | | | Perry Rpt: Animal Welfare |
| | 1052 | | | | Perry Rpt Re: Kalmanson |
| | 1053 | | | | Perry Rpt: Collection Eval. |
| | 1054 | | | | Article: Five Freedoms |
| | 1055 | | | | Article: Animal Welfare |
| | 1056 | | | | Article: Animal Mental Health |
| | 1057 | | | | Dep. Transcript: Kalmanson |
| | 1058 | | | | Kalmanson CV: Dkt 75-4 |
| | 1059 | | | | Kalmanson Rpts.: See Dkt 75; See also Dkt 75-1, Dkt 75-2, Dkt 75-3 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



Case 2:16-cv-00534-NJ Filed 05/20/21 Page 9 of 9 Document

To delete this page return to the top of the first page and click the "Delete LAST Page" button.

New Page

Print Save As... Export as FDF Retrieve FDF File Reset