EXHIBIT
1004.1
exhibitsticker.com

# Incident Report
# MILWAUKEE POLICE DEPT

2333 N. 49TH ST

Milwaukee,WI 53210

(414)935-7502

**101320089** Supplement No ORIG

Reported Date
05/14/2010
Nature of Call
CRLTYANIML
Officer
SIMMERT II,PHILLIP C

## Administrative Information

| Agency | Incident No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| MILWAUKEE POLICE DEPT | 101320089 | ORIG | 05/14/2010 | 17:13 | 101321086 |

| Status | Nature of Call | Location |
|---|---|---|
| REPORT TO FOLLOW | CRUELTY ANIMAL | 2323 S 13TH ST |

| City | ZIP Code | Rep Dist | District | Squad | From Date | From Time | To Date |
|---|---|---|---|---|---|---|---|
| MILWAUKEE | 53204 | 5886 | 2 | 250 | 02/27/2010 | 17:00 | 03/12/2010 |

| To Time | Officer |
|---|---|
| 13:34 | 015133/SIMMERT II,PHILLIP C |

| Assignment | Entered by | Assignment |
|---|---|---|
| [redacted] CRIMES DIVISION - LATE | 015133 | [redacted] CRIMES DIVISION - LATE |

| RMS Transfer | Prop Trans Stat | Property? | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|---|
| Successful | Pending | Yes | 008005 | 05/14/2010 | 22:40:10 |

| TELETYPE DATE | TELETYPE TIME | TELETYPE MSG NO |
|---|---|---|
| 05/12/10 | 9:45PM | MWYA-30 |

CIB USE
CASE PENDING. ONE ARREST, SEEKING ANOTHER KNOWN SUSPECT

| ARREST PACKAGE | ARREST REPORT PA-45 | CAD PRINTOUT | EXT 7388 CALL ORD CIB PK | DIAGRAM(S) |
|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes |

PHOTOGRAPHS
Yes

| # Offenses | Offense | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|
| 1 | 951.02 | Mistreatment of Anim | | C | N | 88 | 98 |

| #Pr | MOE | Act | Weapon/Force | IBRS | No |
|---|---|---|---|---|---|
| | | | | 90Z | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| ARR | ARR | 1 | FLINT,JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN,TERRY | W | M | [redacted]/1949 |
| VIC | VAB | 1 | CITY OF MILWAUKEE | | | |
| WIT | INT | 1 | HUTTON,HANLEY | W | M | [redacted]/1989 |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| ARR | 1 | I | FLINT,JANE ELLEN | 2996704 | W | F | [redacted]/1960 |
| INT | 1 | I | HUTTON,HANLEY | 2997320 | W | M | [redacted]/1989 |
| SUS | 1 | I | CULLEN,TERRY | 522818 | W | M | [redacted]/1949 |
| VAB | 1 | S | CITY OF MILWAUKEE | 2997317 | | | |

## Property Summary

| Involvement | Description |
|---|---|
| EVD | ARTICLE: OTHER CERTIF VETERINARY CERTIFICATION |
| EVD | ARTICLE: OTHER RECEIP DELTA AIR LOGISTICS RECEIPT |
| EVD | ARTICLE: OTHER RECEIP DELTA PINK REPORT |
| EVD | ARTICLE: OTHER PHOTOS VARIOUS PHOTOS OF REPTILES |
| EVD | ARTICLE: OTHER BILL WE ENERGIES BILL |
| EVD | ARTICLE: OTHER PLACAR RED/WHITE DELIVERY PLACARD |
| EVD | ARTICLE: OTHER PAPER CONSUMER APPLICATION DEPT OF AGRICULTURE |

### Property Summary

| Involvement | Description |
|---|---|
| EVD | ARTICLE: OTHER FORM DELTA AIR SHIPPERS CERTIFICATE |
| EVD | ARTICLE: RECORDINGS - AUDIO/VISUAL TAPE VIDEO TAPE OF SCENE |
| EVD | ARTICLE: RECORDINGS - AUDIO/VISUAL CD/DVD VIDEO OF SCENE |
| EVD | ARTICLE: CLOTHING/FURS CLOTHE LIME GREEN T-SHIRT, THE CULLEN VIVARIUM WILDLIFE |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) CHICKE 1 UNKNOWN TYPE CHICKEN |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) TURTLE 3 RED SLIDER TURTLES |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) SNAKE 1 UNKNOWN SPECIES PYTHON SNAKE |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) SNAKES 5 EXTRA LARGE ANACONDA SNAKES |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) SNAKES 2 BURMESE PYTHON SNAKES |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) SNAKES 17 BABY ANACONDA SNAKES |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) SPIDER 1 TARANTULA SPIDER |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) SNAKE 1 UNKNOWN TYPE SNAKE |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) ALLIGA 3 UNKNOWN SPECIES ALLIGATORS |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) SNAKE I UNIDENTIFIED BLACK SNAKE |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) SNAKE 1 SMALL SNAKE UNKNOWN SPECIES |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) SPIDER 6 TARANTULA SPIDERS |

# Incident Report
# MILWAUKEE POLICE DEPT

101320089 Supplement No ORIG

## Property Summary

| Involvement | Description |
|---|---|
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) SPIDER 6 SPIDERS UNKNOWN SPECIES |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) TURTLE 1 WOOD TURTLE |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) BUGS 2 UNKNOWN BUGS FROM THE SCORPION FAMILY |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) WATER CHINESE WATER DRAGON |
| EVD | ARTICLE: LIVESTOCK/ANIMALS (NOT DOMESTIC) ALLIGA 10 SMALL ALLIGATORS. |

## Narrative

Known actors possessed native and non-native wildlife which is either endangered or threatened. Actors further treated animals cruelly by providing inappropriate housing, unhealthy surroundings, and did not provide water necessary to sustain life. PV-17 issued.

# Incident Report

**101320089** Supplement No ORIG

# MILWAUKEE POLICE DEPT

## ARRESTEE 1: FLINT,JANE ELLEN

| Involvement | Invl No | Type | Name | MNI | Race |
|---|---|---|---|---|---|
| ARRESTEE | 1 | INDIVIDUAL | FLINT,JANE ELLEN | 2996704 | WHITE |

| Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight |
|---|---|---|---|---|---|---|
| FEMALE | [redacted] 1960 | 50 | NOT HISPANIC/LATINO | No | 5'06" | 120# |

| Hair Color | Eye Color | Res Status |
|---|---|---|
| BLOND OR STRAWBERRY | BLUE | RESIDENT |

| Type | Address | City | State |
|---|---|---|---|
| HOME | [redacted] S 13TH ST | MILWAUKEE | WISCONSIN |

ZIP Code: 53215

| Type | ID No | OLS |
|---|---|---|
| DRIVERS LICENSE NUMBER | [redacted]-01 | WISCONSIN |

| Type | ID No |
|---|---|
| MPD ID# | 000414755 |

| Phone Type | Phone No |
|---|---|
| HOME | [redacted]-1636 |

| Employer/School | Position/Grade | Phone Type |
|---|---|---|
| THERAPUETIC MASSAGER | LABORER | BUSINESS |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Book Date | Book Time |
|---|---|---|---|---|---|---|
| ARRESTED | ON-VIEW ARREST | 05/14/2010 | 17:13:00 | 1014575 | 05/14/2010 | 17:25:00 |

| Status | Dispo | Arrest Location | City |
|---|---|---|---|
| BOOKED | FELONY | 2323 S 13TH ST | MILWAUKEE |

| Place of Birth | City of Birth | Armed | Multi-Clear |
|---|---|---|---|
| WISCONSIN | MILWAUKEE | UNARMED | NOT APPLICABLE |

| Charge | Level | Charge Literal |
|---|---|---|
| 29.604[6299MU] | F | Viol/Endang/Threat S |
| 951.02[6201MA] | F | Intionally Mistreat |

## INTERVIEW 1: HUTTON,HANLEY

| Involvement | Invl No | Type | Name | MNI | Race |
|---|---|---|---|---|---|
| INTERVIEW | 1 | INDIVIDUAL | HUTTON,HANLEY | 2997320 | WHITE |

| Sex | DOB | Age | Juvenile? | Res Status |
|---|---|---|---|---|
| MALE | [redacted]/1989 | 21 | No | RESIDENT |

| Type | Address | City | State |
|---|---|---|---|
| HOME | [redacted] W CENTER ST | MILWAUKEE | WISCONSIN |

ZIP Code: 53222

| Phone Type | Phone No | Phone Type | Phone No |
|---|---|---|---|
| CELL | [redacted]-3873 | HOME | [redacted]-0619 |

| Employer/School | Position/Grade |
|---|---|
| CARMAX | INVENTORY |

| Location | City | State |
|---|---|---|
| 111011 W METRO BLVD | MILWAUKEE | WISCONSIN |

ZIP Code: 53223

## SUSPECT 1: CULLEN,TERRY

| Involvement | Invl No | Type | Name | MNI | Race | Sex |
|---|---|---|---|---|---|---|
| SUSPECT | 1 | INDIVIDUAL | CULLEN,TERRY | 522818 | WHITE | MALE |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | Res Status | OFN_INVL |
|---|---|---|---|---|---|---|---|---|
| [redacted]/1949 | 60 | No | 6'06" | 225# | BROWN | GREEN | RESIDENT | 1 |

| Type | Address | City | State |
|---|---|---|---|
| HOME | [redacted] 17TH ST | MILWAUKEE | WISCONSIN |

ZIP Code: 53204

| Phone Type | Phone No |
|---|---|
| CELL | [redacted]-9999 |

Employer/School: SELF EMPLOYED

## VICTIM (BUSINESS) 1: CITY OF MILWAUKEE

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| VICTIM (BUSINESS) | 1 | SOCIETY/PUBLIC | CITY OF MILWAUKEE |

| MNI | Res Status |
|---|---|
| 2997317 | RESIDENT |

# Incident Report
# MILWAUKEE POLICE DEPT

**101320089** Supplement No: ORIG

| Type | Address | City |
|---|---|---|
| WORK/BUSINESS | 749 W STATE ST | MILWAUKEE |

| State | ZIP Code |
|---|---|
| WISCONSIN | 53233 |

| Phone Type | Phone No |
|---|---|
| BUSINESS | (414)935-4444 |

Employer/School
NA

## IBRS Info

| Victim Invl No | Offense Codes |
|---|---|
| 1 | 90Z |

| Rel | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| RU | SUS | 1 | CULLEN, TERRY | W | M | [redacted]1949 |

## Property

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 1 | EVIDENCE | 05/14/2010 | Yes |

Description
VETERINARY CERTIFICATION

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | OTHER | CERTIF | OTHER | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 2 | EVIDENCE | 05/14/2010 | Yes |

Description
DELTA AIR LOGISTICS RECEIPT

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | OTHER | RECEIP | OTHER | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 3 | EVIDENCE | 05/14/2010 | Yes |

Description
DELTA PINK REPORT

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | OTHER | RECEIP | OTHER | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 4 | EVIDENCE | 05/14/2010 | Yes |

Description
VARIOUS PHOTOS OF REPTILES

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | OTHER | PHOTOS | OTHER | 212 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]1949 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 5 | EVIDENCE | 05/14/2010 | Yes |

Description
WE ENERGIES BILL

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | OTHER | BILL | OTHER | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 6 | EVIDENCE | 05/14/2010 | Yes |

Description
RED/WHITE DELIVERY PLACARD

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | OTHER | PLACAR | OTHER | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 7 | EVIDENCE | 05/14/2010 | Yes |

Description
CONSUMER APPLICATION DEPT OF AGRICULTURE

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | OTHER | PAPER | OTHER | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 8 | EVIDENCE | 05/14/2010 | Yes |

Description
DELTA AIR SHIPPERS CERTIFICATE

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | OTHER | FORM | OTHER | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 9 | EVIDENCE | 05/14/2010 | Yes |

Description
VIDEO TAPE OF SCENE

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | RECORDINGS - AUDIO/VISUAL | TAPE | RECORDINGS - AUDIO, VISUAL | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 10 | EVIDENCE | 05/14/2010 | Yes |

Description
VIDEO OF SCENE

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | RECORDINGS - AUDIO/VISUAL | CD/DVD | RECORDINGS - AUDIO, VISUAL | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 11 | EVIDENCE | 05/14/2010 | Yes |

Description
LIME GREEN T-SHIRT. THE CULLEN VIVARIUM WILDLIFE

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | CLOTHING/FURS | CLOTHE | CLOTHES, FURS | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 12 | EVIDENCE | 05/14/2010 | Yes |

Description
1 UNKNOWN TYPE CHICKEN

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | CHICKE | LIVESTOCK | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 13 | EVIDENCE | 05/14/2010 | Yes |

Description
3 RED SLIDER TURTLES

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | TURTLE | LIVESTOCK | 3 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 14 | EVIDENCE | 05/14/2010 | Yes |

Description
1 UNKNOWN SPECIES PYTHON SNAKE

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | SNAKE | LIVESTOCK | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 15 | EVIDENCE | 05/14/2010 | Yes |

Description: 5 EXTRA LARGE ANACONDA SNAKES

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | SNAKES | LIVESTOCK | 5 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 16 | EVIDENCE | 05/14/2010 | Yes |

Description: 2 BURMESE PYTHON SNAKES

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | SNAKES | LIVESTOCK | 2 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 17 | EVIDENCE | 05/14/2010 | Yes |

Description: 17 BABY ANACONDA SNAKES

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | SNAKES | LIVESTOCK | 17 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 18 | EVIDENCE | 05/14/2010 | Yes |

Description: 1 TARANTULA SPIDER

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | SPIDER | LIVESTOCK | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 19 | EVIDENCE | 05/14/2010 | Yes |

Description: 1 UNKNOWN TYPE SNAKE

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | SNAKE | LIVESTOCK | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 20 | EVIDENCE | 05/14/2010 | Yes |

Description: 3 UNKNOWN SPECIES ALLIGATORS

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | ALLIGA | LIVESTOCK | 3 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 21 | EVIDENCE | 05/14/2010 | Yes |

Description: 1 UNIDENTIFIED BLACK SNAKE

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | SNAKE | LIVESTOCK | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 22 | EVIDENCE | 05/14/2010 | Yes |

Description: 1 SMALL SNAKE UNKNOWN SPECIES

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | SNAKE | LIVESTOCK | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 23 | EVIDENCE | 05/14/2010 | Yes |

Description: 6 TARANTULA SPIDERS

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | SPIDER | LIVESTOCK | 6 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |

# Incident Report
# MILWAUKEE POLICE DEPT

**101320089** Supplement No ORIG

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 24 | EVIDENCE | 05/14/2010 | Yes |

Description
6 SPIDERS UNKNOWN SPECIES

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | SPIDER | LIVESTOCK | 6 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 25 | EVIDENCE | 05/14/2010 | Yes |

Description
1 WOOD TURTLE

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | TURTLE | LIVESTOCK | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 26 | EVIDENCE | 05/14/2010 | Yes |

Description
2 UNKNOWN BUGS FROM THE SCORPION FAMILY

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | BUGS | LIVESTOCK | 2 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 27 | EVIDENCE | 05/14/2010 | Yes |

Description
CHINESE WATER DRAGON

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | WATER | LIVESTOCK | 1 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON, HANLEY | W | M | [redacted]/1989 |

| Item | Involvement | Invl Date | In Custody? |
|---|---|---|---|
| 28 | EVIDENCE | 05/14/2010 | Yes |

Description
10 SMALL ALLIGATORS.

| Typ | Cat | Article | UCR Type | # Pieces |
|---|---|---|---|---|
| A | LIVESTOCK/ANIMALS (NOT DOMESTIC) | ALLIGA | LIVESTOCK | 10 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | ARR | 1 | FLINT, JANE ELLEN | W | F | [redacted]/1960 |
| SUS | SUS | 1 | CULLEN, TERRY | W | M | [redacted]/1949 |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OTH | VAB | 1 | CITY OF MILWAUKEE | | | |
| OTH | INT | 1 | HUTTON,HANLEY | W | M | [redacted] 1989 |

## Modus Operandi

| Gang Act? | Gang Name | Person/Prop Attacked |
|---|---|---|
| No | NONE | OTHER |

Suspect Action
INJURY INFLICTED

Crime Code(s)
ALL OTHERS

## Supplement

z This report is written by Det. Phil SIMMERT assigned to the [redacted] Crimes Division, Late Power.

On Friday, May 7, 2010, Officer Erwin ESTACIO, Officer Jamie HEWITT, and myself, interviewed a victim regarding a [redacted] complaint. The victim in this offense (10-128-0008) is [redacted] W/F, [redacted]/86 of [redacted] Washington, Streamwood, Illinois. [redacted] stated that she attended a reptile show at the Tinley Park Convention Center. While at this convention, [redacted] spoke with a person named Terry CULLEN who owns a business called; The Cullen Vivarium Wildlife Conservancy. This business is purported to be dedicated to the protection of Chinese Alligators and Chinese Crocodiles. A color photo provided by [redacted] showed CULLEN and [redacted] holding a Chinese Alligator whose name is "MooShu". A banner in an additional photo has a caption that reads, The worlds most endangered crocodilians.

While visiting with CULLEN, [redacted] stated she inquired about the possibility of an internship as she has a deep passion for this species, and wanted to work with animals. [redacted] stated that she had correspondence with CULLEN via E-mail and the telephone regarding this internship opportunity. [redacted] stated that on or about Thursday, February 18th, 2010, she traveled to Milwaukee for an interview regarding the internship. This interview occurred at the Chancery Restaurant located at 4624 S. 27th Street, and was approximately 5 hours in length.

On February 27, 2010, [redacted] returned to Milwaukee for a trail internship assignment, and to meet the animals. [redacted] stated that they stopped at a Kinko's where CULLEN had her sign a contract stating that she is not affiliated with PETA (People for the Ethical Treatment of Animals). [redacted] stated that she was not given a copy of this document that she signed. [redacted] further stated they stopped off at the post office where he picked up a package. She was told that these were mailed illegally, as the package contained animal specimens in petri dishes which cannot shipped via mail.

[redacted] stated CULLEN took her to his residence which was later determined to be [redacted] 17th Street. During the initial interview [redacted] only remembered the numbers [redacted]43, and provided a description of the resident. A check of internal and external databases revealed this address for; Terry CULLEN, W/M, [redacted]/49. I did later take [redacted] to this street where she did positively identify the residence. RUSHING stated she was given a tour of the residence and was able to draw a sketch of the residence, and specifically where some animals were located. [redacted] stated when she entered the basement she noticed that it was exceptionally warm, which is a temperature consistent/required with the keeping of reptiles. [redacted] further stated she observed five, twenty foot long Anacondas which were kept in a silver metal trough. She stated along one wall she observed what she believed to be small Chinese Alligators. [redacted] stated these alligators were kept in small enclosures, which did not permit the animals to move sideways or turn around. [redacted] further stated she observed numerous cardboard boxes which contained both spiders and turtles. [redacted] photographed these animals which I viewed on her computer. In searching the Internet, the alligators in the photos did have similar characteristics to a Chinese Alligator.

[redacted] state they then went to the residence of Jane FLINT who CULLEN described as being an employee/partner in his business. [redacted] provided me with a phone number for Jane FLINT, [redacted]-1636. An Internet search showed this number registered to Jane FLINT with an address of [redacted] S. 13th Street. [redacted] later did point out this residence as being where she went to meet Jane FLINT.

[redacted] stated that when she and CULLEN entered the residence, she was introduced to [redacted] which were purported to be [redacted]. It was later established that these animals were in-fact [redacted]. [redacted] stated she was also shown into a room where she met the alligator named "Moo Shu" [redacted]

## Supplement

further added that "Moo Shu" had free roam of the residence, and the bathtub contained water for his use. [redacted] stated that she observed numerous closed circuit televisions. [redacted] stated that throughout the day, CULLEN repeatedly spoke of the fact that he could not legally possess the alligator.

[redacted] stated they later returned with CULLEN to his residence, [redacted] S. 17th Street. While at this residence, [redacted] stated that CULLEN [redacted], and [redacted] without consent.

City of Milwaukee ordinances expressly prohibits the keeping of non-domesticated animals (78-5) and Harboring dangerous animals (78-23). The size of the anacondas and the nature of the crocodiles are in direct conflict with these ordinances and pose a public safety hazard.

Based on my belief that endangered species (Chinese Alligators) were being kept in the city, I contacted Nick BLANKENHEIM who is a Conservation Warden with the Wisconsin Department of Natural Resources. BLANKENHEIM did some research and established that CULLEN does hold a veterinary certificate, but has no permit to house or breed the previously mentioned animals. BLANKENHEIM further contacted U.S. Fish and Wildlife, and was informed that CULLEN has a breeders permit in Florida, but the permit is not for this specific type of alligator. BLANKENHEIM stated that the Chinese Alligator is classified as being critically endangered. An Internet search shows that critically endangered means that a species is facing an extremely high risk of extinction in the wild per the International Union for Conservation of Nature.

Utilizing numerous search engines, I positively identified the suspect as: Terry CULLEN, W/M, [redacted]9/49. I did make telephone contact with CULLEN by calling his cell number, [redacted]-9999. CULLEN did confirm that he is the owner of The Cullen Vivarium Nature Sanctuary, and confirmed that he resides at [redacted] S. 17th Street. CULLEN stated that he was currently in Connecticut and would not be available to be interviewed for two-three weeks.

On Tuesday, May 10, 2010 at approximately 8:15pm, I conducted further follow-up and contacted Jane FLINT, W/F, [redacted]/60. FLINT verified that she is an employee of Terry CULLEN and provided her address as [redacted] S. 13th Street. I asked FLINT if she is responsible for the care of the animals while CULLEN is aware. FLINT stated that she is, but stated she only cares for the [redacted]. Almost immediately after hanging up the phone, I received a call from Terry CULLEN. He informed me that he holds a federal captive wildlife breeding program in the state of Florida where he maintains his conservancy. It should be noted that CULLEN appears in an interview on YouTube stating his conservancy is in both Florida and Wisconsin. CULLEN state that he holds Class 1, 2, and 3 licenses in Florida which covers a wide range of animals. CULLEN stated he does not keep snakes or alligators/crocodiles in the City of Milwaukee. CULLEN informed me that he maintains properties in Florida, Illinois, and Missouri dedicated to animals. CULLEN stated that he works with the Wisconsin Humane Society assisting with the rehabilitation of turtles, frogs, and lizards. CULLEN admitted that FLINT assists with the rehabilitation and care of these animals while he is out of state. CULLEN stated he is not required to be licensed for the care of these animals as he is covered by the license belonging to the Humane Society.

Based on the previously mentioned information, I applied for and received a warrant to search the residences of: [redacted] S. 17th Street and [redacted] S. 13th Street. The order for the search warrant was signed by the Honorable David SWEET on May 12, 2010 at 8:53am.

On May 12, 2010 at 1:34pm, I executed the search at [redacted] S. 13th Street along with the following personnel: Lt. Paul FELICIAN, Officer Jamie HEWITT, Officers DAUGHERTY and MOUTRY from TEU, and Conservation Warden Nick BLANKENHEIM.

Upon entry the smell of rotting animals, urine and animal excrement was overwhelming. I did observe hundreds of animals throughout the residence. Animals were in containers which allowed limited movement by the animals. Dead animal carcasses were observed intermingled with live animals. Live crocodiles were free roaming inside of the residence. No words can fully describe the sights and smells of this residence, and the best way to describe it is "a house of horrors". The main level floor was rotted to the point that legs of the entry members did penetrate the floor. Officer HEWITT did video tape the entire residence under very low level light. Both the Department of Health, and Department of Neighborhood Services were notified. Upon walking through the residence, it was declared a public safety/health hazard, and was determined to be unfit for human or animal

## Supplement

habitation. Due to the hazards, it was unreasonable to have a uniformed officer remain in the residence until proper safety equipment and lighting was brought to the scene. The building was completely sealed due to the hazard, and a uniformed officer remained outside as security. The decision was made to return the following morning properly equipped, and with professional help in dealing with the safe recovery of these dangerous animals. This residence was sealed and placarded at 3:40pm.

During the short amount of time we were there, Conservation Warden Nicholas BLANKENHEIM positively identified an ornate box turtle in the kitchen. This species is a State of Wisconsin endangered species and thus illegal to possess.

We next proceeded to the address of [redacted] S. 17th Street where we made entry at 4:00pm. Additional personnel present were Nick REULAND and Erin RILEY from the Milwaukee Area Domesticated Animal Commission to assist with animal recovery.

In the kitchen I observed a U.S. Postal Service box which contained numerous animal specimens. These specimens were marked CZ2 dated 01/21/10 and each contained various animal parts. The box was shipped from, M.H. 376A Jenkins, Cedar Creek TX. to Dr. Terry CULLEN, The Cullen Vivarium P.O. Box 878. These items were not collected.

The bathroom, kitchen, Cullen's bedroom, and dining room all contained plastic containers. The containers held the following animals:

1 Chinese Water Dragon.
10 small alligators, unknown species.
2 unidentified bugs from the scorpion family.
1 Wood turtle.
6 spiders from the tarantula family.
6 spiders unknown type.
1 black snake unknown species.

These animals will be viewed by subject experts to determine exact species.

In the basement area there was a room with doors on both sides just at the bottom of the stairs. This room contained five silver metal horse troughs of various sizes. Each trough contained a extra large anaconda. John McDOWELL of MADACC estimated their sizes to be between 20-30 feet, and estimated to weigh in excess of two hundred pounds. Due to the agresiveness of these animals, exact measurements could not be obtained.

I observed a tall shelf that could accommodate twenty individual plastic containers. There were eighteen total, each containing baby snakes. It was the opinion of John McDowell that CULLEN was breeding snakes based on the fact this type of setup is common with breeders. There were additional shelving units which had yet to be assembled. Additional animals recovered from the basement are as follows:

3 red slider turtles.
1 chicken.
1 unknown species of snake.
1 tarantula spider.
1 unknown type python snake.
2 Burmese pythons.

Further identification will be made by subject experts.

It should be noted that we needed to call the Milwaukee Fire Department's Heavy Urban Rescue Team to recover the snakes. The size of the snake containers required a hold to be cut into the wall to pass the horse troughs through. To put the size of the anacondas in perspective, even the smallest anaconda at this location is larger than those located at the Milwaukee County Zoo. We did recover the previously mentioned animals which are now in the custody of MADAC.

The following paperwork was recovered showing ownership and residence:

## Supplement

1) Red/white placard marked, live wild animals-handle with care. The contents are described as Live reptiles (Chinese Alligators). This was shipped from the Bronx Zoo to the Cullen Vivarium Wildlife Conservancy, 3401 S. 16th Street. It specifies to contact Eric KATZ or Terry CULLEN upon arrival.

2) Standard certificate of veterinary inspection #07901. The description is Chinese Alligator, 54 years old male, 11 years old male, 52 year old female. It states the animals appear normal with no sign of infectious disease and no restriction to travel. The inspection is dated December 7, 2009 and signed by Robert Moore.

3) Shipper's certification for live animals, Delta Airlines waybill.

4) Wisconsin Dept of Agriculture, Trade and Consumer Protection general import permit application. Permit number is 35RE12079-1 dated 12/07/09.

5) WE Energies in the name of Jane Flint [redacted] S 17th Street.

The residence at 3443 S. 17th Street was secured at 8:20pm. Squad 1820, Identification Technician Anthony CHIOS photographed the scene and recovered animals. It should be noted that the photos are the best representation of the scene.

On Thursday, May 13, and Friday May 14th, 2010 we returned to 2323 S. 13th Street with numerous subject experts. A supplemental Report for this will be written by Officer Ivan WICK.

Det. Brant UNGERER obtained a search warrant for the address [redacted] S. 16th Street. This warrant was signed by the Honorable David SWEET on May 13th, 2010 at 8:52am. This warrant was based on the previously mentioned shipping manifests, and real estate owned by Terry CULLEN. I executed this warrant on Friday, May 14th 2010 at 1:40pm. No animals were located, but a few cages for reptiles were observed but not collected. It should be noted that this residence was filled with items consistent with a "hoarder". This is behavior already observed at [redacted] S. 13th street. This residence was secured at 2:40pm.

# Incident Report
# MILWAUKEE POLICE DEPT

**101320089** Supplement No 0004

2333 N. 49TH ST

Milwaukee,WI 53210

(414)935-7502

Reported Date
05/17/2010
Nature of Call
CRLTYANIML
Officer
SIMMERT II,PHILLIP C

## Administrative Information

| Agency | Incident No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| MILWAUKEE POLICE DEPT | 101320089 | 0004 | 05/17/2010 | 17:19 | 101321086 |

| Status | Nature of Call | Location |
|---|---|---|
| REPORT TO FOLLOW | CRUELTY ANIMAL | 2323 S 13TH ST |

| City | ZIP Code | Rep Dist | District | Squad | From Date | From Time |
|---|---|---|---|---|---|---|
| MILWAUKEE | 53215 | 5886 | 2 | 250 | 02/27/2010 | 17:00 |

| Officer | Assignment |
|---|---|
| 015133/SIMMERT II,PHILLIP C | [redacted] CRIMES DIVISION - LATE |

| Entered by | Assignment | RMS Transfer | Property? |
|---|---|---|---|
| 015133 | [redacted] CRIMES DIVISION - LATE | Successful | None |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 010991 | 05/17/2010 | 18:21:17 |

## Modus Operandi

| Gang Act? | Gang Name | Crime Code(s) |
|---|---|---|
| No | NONE | ALL OTHERS |

## Supplement

This report is written by Detective Phil Simmert assigned to the [redacted] Crimes Division, Late Power. On Saturday, May 15, 2010, this case was reviewed by ADA Sara Lewis. She stated that charges will be issued against both Flint and Cullen at a later date. Follow up is to get full animal inventory from all professionals including: MADACC, DNR, Milwaukee County Zoo, and the Racine Zoo.

EXHIBIT
1004.2
exhibitsticker.com