# Exhibit 1021

# MPD IAD: recorded interview of Cullen

# (To Be Provided by Counsel)