Delete LAST Page



# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

The Dragonwood Conservancy, et a

V.

Paul Felician, et al

## EXHIBIT AND WITNESS LIST

Case Number: 2016 CV 534

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Nancy Joseph | Atty. Murphy/Atty. Kyle | Atty. Yuan/Atty. Hough |
| TRIAL DATE (S) May 21-28, 2021 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Dragonwood Conservancy Video |
| 2 | | | | | Hatchlings Video |
| 3 | | | | | Comparison Photos of MPD Entry vs. Plaintiffs allowed back in |
| 4 | | | | | (blank) |
| 5 | | | | | Mooshu/Dragonwood Fundraising Marketing Material |
| 6-1 | | | | | Standard Op. Pro. 540 |
| 6-2 | | | | | Standard Op. Pro. 560 |
| 6-3 | | | | | Standard Op. Pro. 970 |
| 6-4 | | | | | Roll Call form 1 |
| 6-5 | | | | | Roll Call form 2 |
| 7-1 | | | | | Search Warrant 13th/17th |
| 7-2 | | | | | Search Warrant KK and Wick |
| 8 | | | | | May 12th MPD Entry Video |
| 9 | | | | | Photos |
| 9-13 | | | | | 9-13-1 13th Street photos |
| | | | | | 9-13-2 13th Street photos |
| | | | | | 9-13-3 13th Street photos |
| | | | | | 9-13-4 13th Street photos |
| | | | | | 9-13-5 13th Street photos |
| | | | | | 9-13-6 13th Street photos |
| | | | | | 9-13-7 13th Street photos |
| | | | | | 9-13-8 13th Street photos |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Dragonwood Conservancy, et a | vs. | Paul Felician, et al | | | CASE NO. 2016 CV 534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 9-13-9 13th Street photos |
| | | | | | 9-13-10 13th Street photos |
| | | | | | 9-13-11 13th Street photos |
| | | | | | 9-13-12 13th Street photos |
| | | | | | 9-13-13 13th Street photos |
| | | | | | 9-13-14 13th Street photos |
| | | | | | 9-13-15 13th Street photos |
| | | | | | 9-13-16 13th Street photos |
| | | | | | 9-13-17 13th Street photos |
| | | | | | 9-13-18 13th Street photos |
| | | | | | 9-13-19 13th Street photos |
| | | | | | 9-13-20 13th Street photos |
| | | | | | 9-13-21 13th Street photos |
| | | | | | 9-13-22 13th Street photos |
| | | | | | 9-13-23 13th Street photos |
| | | | | | 9-13-24 13th Street photos |
| | | | | | 9-13-25 13th Street photos |
| | | | | | 9-13-26 13th Street photos |
| | | | | | 9-13-27 13th Street photos |
| | | | | | 9-13-28 13th Street photos |
| | | | | | 9-13-29 13th Street photos |
| | | | | | 9-13-30 13th Street photos |
| | | | | | 9-13-31 13th Street photos |
| | | | | | 9-13-32 13th Street photos |
| | | | | | 9-13-33 13th Street photos |
| | | | | | 9-13-34 13th Street photos |
| | | | | | 9-13-35 13th Street photos |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Dragonwood Conservancy, et a | vs. | Paul Felician, et al | CASE NO. 2016 CV 534 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 9-13-36 13th Street photos |
| | | | | | 9-13-37 13th Street photos |
| | | | | | 9-13-38 13th Street photos |
| | | | | | 9-13-39 13th Street photos |
| | | | | | 9-13-40 13th Street photos |
| | | | | | 9-13-41 13th Street photos |
| | | | | | 9-13-42 13th Street photos |
| | | | | | 9-13-43 13th Street photos |
| | | | | | 9-13-44 13th Street photos |
| | | | | | 9-13-45 13th Street photos |
| | | | | | 9-13-46 13th Street photos |
| | | | | | 9-13-47 13th Street photos |
| | | | | | 9-13-48 13th Street photos |
| | | | | | 9-13-49 13th Street photos |
| | | | | | 9-13-50 13th Street photos |
| | | | | | 9-13-51 13th Street photos |
| | | | | | 9-13-52 13th Street photos |
| | | | | | 9-13-53 13th Street photos |
| | | | | | 9-13-54 13th Street photos |
| | | | | | 9-13-55 13th Street photos |
| | | | | | 9-13-56 13th Street photos |
| | | | | | 9-13-57 13th Street photos |
| | | | | | 9-13-58 13th Street photos |
| | | | | | 9-13-59 13th Street photos |
| | | | | | 9-13-60 13th Street photos |
| | | | | | 9-13-61 13th Street photos |
| | | | | | 9-13-62 13th Street photos |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Dragonwood Conservancy, et a | vs. | Paul Felician, et al | | | CASE NO. 2016 CV 534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 9-13-63 13th Street photos |
| | | | | | 9-13-64 13th Street photos |
| | | | | | 9-13-65 13th Street photos |
| 9-17 | | | | | 17th Street photos |
| | | | | | 9-17-1 17th Street photos |
| | | | | | 9-17-2 17th Street photos |
| | | | | | 9-17-3 17th Street photos |
| | | | | | 9-17-4 17th Street photos |
| | | | | | 9-17-5 17th Street photos |
| | | | | | 9-17-6 17th Street photos |
| | | | | | 9-17-7 17th Street photos |
| | | | | | 9-17-8 17th Street photos |
| | | | | | 9-17-9 17th Street photos |
| | | | | | 9-17-10 17th Street photos |
| | | | | | 9-17-11 17th Street photos |
| | | | | | 9-17-12 17th Street photos |
| | | | | | 9-17-13 17th Street photos |
| | | | | | 9-17-14 17th Street photos |
| | | | | | 9-17-15 17th Street photos |
| | | | | | 9-17-16 17th Street photos |
| | | | | | 9-17-17 17th Street photos |
| | | | | | 9-17-18 17th Street photos |
| | | | | | 9-17-19 17th Street photos |
| | | | | | 9-17-20 17th Street photos |
| | | | | | 9-17-21 17th Street photos |
| | | | | | 9-17-22 17th Street photos |
| | | | | | 9-17-23 17th Street photos |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Dragonwood Conservancy, et a | vs. | Paul Felician, et al | | | CASE NO. 2016 CV 534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 9-17-24 17th Street photos |
| | | | | | 9-17-25 17th Street photos |
| | | | | | 9-17-26 17th Street photos |
| 9-dr | | | | | 9-dragon - photos of dragonwood and educational events |
| | | | | | 9-drag-1 photos of dragonwood and educational events |
| | | | | | 9-drag-2 photos of dragonwood and educational events |
| | | | | | 9-drag-3 photos of dragonwood and educational events |
| | | | | | 9-drag-4 photos of dragonwood and educational events |
| | | | | | 9-drag-5 photos of dragonwood and educational events |
| | | | | | 9-drag-6 photos of dragonwood and educational events |
| | | | | | 9-drag-7 photos of dragonwood and educational events |
| | | | | | 9-drag-8 photos of dragonwood and educational events |
| | | | | | 9-drag-9 photos of dragonwood and educational events |
| | | | | | 9-drag-10 photos of dragonwood and educational events |
| | | | | | 9-drag-11 photos of dragonwood and educational events |
| | | | | | 9-drag-12 photos of dragonwood and educational events |
| | | | | | 9-drag-13 photos of dragonwood and educational events |
| | | | | | 9-drag-14 photos of dragonwood and educational events |
| | | | | | 9-drag-15 photos of dragonwood and educational events |
| | | | | | 9-drag-16 photos of dragonwood and educational events |
| | | | | | 9-drag-17 photos of dragonwood and educational events |
| | | | | | 9-drag-18 photos of dragonwood and educational events |
| | | | | | 9-drag-19 photos of dragonwood and educational events |
| | | | | | 9-drag-20 photos of dragonwood and educational events |
| | | | | | 9-drag-21 photos of dragonwood and educational events |
| | | | | | 9-drag-22 photos of dragonwood and educational events |
| | | | | | 9-drag-23 photos of dragonwood and educational events |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Dragonwood Conservancy, et a vs. Paul Felician, et al | | | | | CASE NO. 2016 CV 534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 9-drag-24 photos of dragonwood and educational events |
| | | | | | 9-drag-25 photos of dragonwood and educational events |
| | | | | | 9-drag-26 photos of dragonwood and educational events |
| | | | | | 9-drag-27 photos of dragonwood and educational events |
| | | | | | 9-drag-28 photos of dragonwood and educational events |
| | | | | | 9-drag-29 photos of dragonwood and educational events |
| | | | | | 9-drag-30 photos of dragonwood and educational events |
| | | | | | 9-drag-31 photos of dragonwood and educational events |
| | | | | | 9-drag-32 photos of dragonwood and educational events |
| | | | | | 9-drag-33 photos of dragonwood and educational events |
| | | | | | 9-drag-34 photos of dragonwood and educational events |
| | | | | | 9-drag-35 photos of dragonwood and educational events |
| | | | | | 9-drag-36 photos of dragonwood and educational events |
| | | | | | 9-drag-37 photos of dragonwood and educational events |
| | | | | | 9-drag-38 photos of dragonwood and educational events |
| | | | | | 9-drag-39 photos of dragonwood and educational events |
| | | | | | 9-drag-40 photos of dragonwood and educational events |
| | | | | | 9-drag-41 photos of dragonwood and educational events |
| | | | | | 9-drag-42 photos of dragonwood and educational events |
| | | | | | 9-drag-43 photos of dragonwood and educational events |
| | | | | | 9-drag-44 photos of dragonwood and educational events |
| | | | | | 9-drag-45 photos of dragonwood and educational events |
| | | | | | 9-drag-46 photos of dragonwood and educational events |
| | | | | | 9-drag-47 photos of dragonwood and educational events |
| | | | | | 9-drag-48 photos of dragonwood and educational events |
| | | | | | 9-drag-49 photos of dragonwood and educational events |
| 9-KK | | | | | 9-KK- photos of S. KK Ave. |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Dragonwood Conservancy, et a | vs. | Paul Felician, et al | | | CASE NO. 2016 CV 534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | 9-KK-1 photos of S. KK Ave. |
| | | | | | 9-KK-2 photos of S. KK Ave. |
| | | | | | 9-KK-3 photos of S. KK Ave. |
| | | | | | 9-KK-4 photos of S. KK Ave. |
| | | | | | 9-KK-5 photos of S. KK Ave. |
| | | | | | 9-KK-6 photos of S. KK Ave. |
| | | | | | 9-KK-7 photos of S. KK Ave. |
| | | | | | 9-KK-8 photos of S. KK Ave. |
| | | | | | 9-KK-9 photos of S. KK Ave. |
| | | | | | 9-KK-10 photos of S. KK Ave. |
| | | | | | 9-KK-11 photos of S. KK Ave. |
| | | | | | 9-KK-12 photos of S. KK Ave. |
| | | | | | 9-KK-13 photos of S. KK Ave. |
| | | | | | 9-KK-14 photos of S. KK Ave. |
| | | | | | 9-KK-15 photos of S. KK Ave. |
| | | | | | 9-KK-16 photos of S. KK Ave. |
| | | | | | 9-KK-17 photos of S. KK Ave. |
| | | | | | 9-KK-18 photos of S. KK Ave. |
| | | | | | 9-KK-19 photos of S. KK Ave. |
| | | | | | 9-KK-20 photos of S. KK Ave. |
| | | | | | 9-KK-21 photos of S. KK Ave. |
| 9-M | | | | | 9-MADACC-photos in June 2010 at MADACC |
| | | | | | 9-MADACC-1 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-2 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-3 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-4 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-5 photos in June 2010 at MADACC |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Dragonwood Conservancy, et a | vs. | Paul Felician, et al | CASE NO. 2016 CV 534 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 9-MADACC-6 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-7 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-8 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-9 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-10 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-11 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-12 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-13 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-14 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-15 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-16 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-17 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-18 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-19 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-20 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-21 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-22 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-23 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-24 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-25 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-26 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-27 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-28 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-29 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-30 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-31 photos in June 2010 at MADACC |
| | | | | | 9-MADACC-32 photos in June 2010 at MADACC |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Dragonwood Conservancy, et a | | vs. | Paul Felician, et al | | CASE NO. 2016 CV 534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 10 | | | | | Dragonwood Mission Statement |
| 11 | | | | | MADACC related documents |
| 11-1 | | | | | Stipulation of Counsel re: MADACC |
| | | | | | 11-1A MPD Request for Services |
| | | | | | 11-1B MADACC notes |
| | | | | | 11-1C MADACC notice |
| | | | | | 11-1D McDowell Email |
| | | | | | 11-1E MADACC advising of dead croc |
| | | | | | 11-1F McDowell Affidavit |
| | | | | | 11-1G MADACC Inventory |
| | | | | | 11-1H MADACC Inventory (colors) |
| | | | | | 11-1I2010-2011 disposition |
| | | | | | 11-1J 2011-2012 disposition |
| | | | | | 11-1K 2012-2013 disposition |
| 11-2 | | | | | Josh Levy Email May 18 |
| 11-3 | | | | | Josh Levy / SBL email June 4 |
| 11-4 | | | | | email from SBL June 7 |
| 11-5 | | | | | Bronx Zoo communication |
| 12-1 | | | | | Animal Ownership spreadsheet |
| 12-2 | | | | | Ownership documents |
| 12-3 | | | | | Timeline of Animals Transfers |
| 12-4 | | | | | MADACC transfer agreements |
| 13-1 | | | | | Glynn Video Testimony |
| 13-2 | | | | | Glynn Transcript |
| 14 | | | | | Rehoming Plan (ex. 56 to T. Cullen Depo) |
| 15 | | | | | Larsen Report |
| 16 | | | | | Mitchel Kalmanson Report/CV |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Dragonwood Conservancy, et a vs. Paul Felician, et al | | | | | CASE NO. 2016 CV 534 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 16-1 | | | | | Mitchel Kalmanson Summary |
| 17 | | | | | Valuation of Firearms |
| 18-1 | | | | | Damage List |
| 18-2 | | | | | Damages Spreadsheet |
| 18-3 | | | | | Color Coded Repairs |
| 18-4 | | | | | Lehman Repairs |
| 18-5 | | | | | Milwaukee Plaster Repairs |
| 18-6 | | | | | Hunts Flooring Repairs |
| 19 | | | | | (blank) |
| 20-1 | | | | | Personal Property 13th Street |
| 20-2 | | | | | Personal Property 17th Street |
| 20-3 | | | | | Personal Property KK |
| 21 | | | | | Certified DFI record |
| 22 | | | | | MPD Record Firearms Destroyed |
| 23-1 | | | | | MPD Record Firearms Returned |
| 23-2 | | | | | Atty. Murphy Motion to Return Firearms |
| 24-1 | | | | | Amended Order to Return Firearms |
| 24-2 | | | | | Order to Return Firearms |
| 25-1 | | | | | DNS Order 5/12/10 |
| 25-2 | | | | | DNS photo 5/12/10 |
| 25-3 | | | | | DNS photo 5/12/10 |
| 25-4 | | | | | DNS photo 5/12/10 |
| 25-5 | | | | | DNS notes |
| 25-6 | | | | | DNS Order 5/19/10 |
| 25-7 | | | | | DNS photo 5/19/10 |
| 25-8 | | | | | DNS photo 5/19/10 |
| 25-9 | | | | | DNS photo 5/19/10 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

The Dragonwood Conservancy, et a vs. Paul Felician, et al — CASE NO. 2016 CV 534

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 25-1 | | | | | ex. 25-10 DNS photo 5/19/10 |
| 25-1 | | | | | ex. 25-11 DNS photo 5/19/10 |
| 25-1 | | | | | ex. 25-12 DNS photo 5/19/10 |
| 25-1 | | | | | ex. 25-13 DNS photo 5/19/10 |
| 25-1 | | | | | ex. 25-14 DNS photo 5/19/10 |
| 25-1 | | | | | ex. 25-15 DNS photo 5/19/10 |
| 25-1 | | | | | ex. 25-16 DNS photo 5/19/10 |
| 25-1 | | | | | ex. 25-17 DNS photo 5/19/10 |
| 25-1 | | | | | ex. 25-18 DNS photo 5/19/10 |
| 25-1 | | | | | ex 25-19 Unora email |
| 26 | | | | | Simmert police report |
| 27 | | | | | Wick police report |
| 28-1 | | | | | MFD records |
| 28-2 | | | | | MFD records |
| 28-3 | | | | | MFD records |
| 28-4 | | | | | MFD records |
| 28-5 | | | | | MFD records |
| 29-1 | | | | | dkt 111 Declaration of Ivan Wick |
| 29-2 | | | | | dkt 112 Declaration of Paul Felician |
| 29-3 | | | | | dkt 113 Declaration of Erica Roberts |
| 29-4 | | | | | dkt 114 Declaration of Phil Simmert |
| 29-5 | | | | | dkt 161 Declaration of Ivan Wick |
| 29-6 | | | | | dkt 29 Affidavit of Paul Felician |
| 30-1 | | | | | 2014 Deposition Transcript Daugherty |
| 30-2 | | | | | 2014 Deposition Transcript Hewitt |
| 30-3 | | | | | 2014 Deposition Transcript Moutry |
| 30-4 | | | | | 2014 Deposition Transcript Felician |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Dragonwood Conservancy, et a vs. Paul Felician, et al | CASE NO. 2016 CV 534 |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30-5 | | | | | 2014 Deposition Transcript Simmert |
| 30-6 | | | | | 2020 Deposition Transcript Felician |
| 30-7 | | | | | 2020 Deposition Transcript Simmert |
| 30-8 | | | | | 2020 Deposition Transcript Perry |
| 30-9 | | | | | 2020 Deposition Transcript Unora |
| 30-1 | | | | | ex. 30-10 Deposition Transcript Wick |
| 31 | | | | | Wick Status Email |
| 32-1 | | | | | William Zeigler CV |
| 32-2 | | | | | William Zeigler Report |
| 33 | | | | | Terry Cullen complaint filed against MPD Dec. 2010 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



Case 2:16-cv-00534-NJ Filed 05/20/21 Page 12 of 12 Document 137

To delete this page return to the top of the first page and click the "Delete LAST Page" button.

New Page

Print Save As... Export as FDF Retrieve FDF File Reset