UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ORIGINAL**

THE DRAGONWOOD CONSERVANCY, INC.,
PLEGUAR CORPORATION, and TERRY CULLEN,

    Plaintiffs,

v.                                         Case No. 16-CV-534

PAUL FELICIAN and PHIL SIMMERT, II,

    Defendants.

## SPECIAL VERDICT FORM - LIABILITY

We, the jury, empaneled and sworn to try the issues in this action, being directed by the court to answer the following questions submitted to us for verdict, find and answer as follows:

**Claim No. 1 – Seizure Exceeded Scope of Search Warrants – Seizure of Animals and Personal Property Not Described in Search Warrants**

Question No. 1:

Did Lt. Paul Felician and/or Det. Phil Simmert act unreasonably in seizing animals not described in the warrants?

Answer:    As to Lt. Paul Felician    __no__  (yes/no).

              As to Det. Phil Simmert    __no__  (yes/no).

*After answering Question No. 1, answer Question No. 2.*

Question No. 2:

Did Lt. Paul Felician and/or Det. Phil Simmert act unreasonably in seizing personal property not described in the warrants?

Answer:    As to Lt. Paul Felician    __no__  (yes/no).

              As to Det. Phil Simmert    __no__  (yes/no).

*After answering Question No. 2, answer Question No. 3.*

## UNREASONABLE EXECUTION OF SEARCH WARRANTS (DAMAGE TO PERSONAL AND REAL PROPERTY)

**Claim No. 2 – Failure to Intervene**

Question No. 3:

    Did any unidentified officer on the scene unreasonably execute the search warrants?

    Answer:    (A)    As to 13th Street? __no__ (yes/no).

                  (B)    As to KK Avenue? __no__ (yes/no).

                  (C)    As to personal property? __no__ (yes/no).

*If you answered "yes" to Question No. 3(A), 3(B), or 3(C), answer Question No. 4. Only answer the questions in Question No. 4 regarding the properties to which you answered "yes" to in Question No. 3.*

*If you answered "no" to all parts of Question No. 3, stop. You must not answer any more questions.*

Question No. 4:

    Did Lt. Paul Felician and/or Det. Phil Simmert fail to intervene to prevent others from unreasonably executing the search warrants?

    Answer:    (A)    As to 13th Street?  As to Lt. Paul Felician_____ (yes/no).

                                              As to Det. Phil Simmert_____ (yes/no).

                  (B)    As to KK Avenue?  As to Lt. Paul Felician_____ (yes/no).

                                              As to Det. Phil Simmert_____ (yes/no).

                  (C)    As to personal property?  As to Lt. Paul Felician____ (yes/no).

                                              As to Det. Phil Simmert___ (yes/no).

*After answering Question No. 4, answer Question No. 5.*

2

**Claim No. 3 – Failure to Supervise**

Question No. 5:

Did any unidentified officer on the scene unreasonably execute the search warrants?

Answer: (A) As to 13th Street? _____ (yes/no).

(B) As to KK Avenue? _____ (yes/no).

(C) As to personal property?_____ (yes/no).

*If you answered "yes" to Question No. 5(A), 5(B), or 5(C), answer Question No. 6. Only answer the questions in Question No. 6 regarding the properties to which you answered "yes" to in Question No. 5.*

*If you answered "no" to all parts of Question No. 5, stop. You must not answer any more questions.*

Question No. 6:

Did Lt. Paul Felician fail to properly supervise the unidentified officers executing the search warrants?

Answer: (A) As to 13th Street? _____ (yes/no).

(B) As to KK Avenue? _____ (yes/no).

(C) As to personal property?_____ (yes/no).

*Please sign and date the final page of this verdict form.*

_____*/s/ Justin Styson*_____
Foreperson

3